EXHIBIT A

Page: 1

| Ref# NJSP22033510 | Housing:NJSP-WEST-6 RIGHT-3 TIER-CELL 101 | Date Created:08/25/2022 |
|---|---|---|
| ID#: 000102317G | Name:MCGILLVARY,CALEB | |
| Form:Grievance | Subject:Medical | Description:Concerns/Treatment |
| Urgent:Yes | Time left:n/a | Status:Closed |

Communications / Case Actions

8/25/2022 4:56:25 PM : ( 000102317g ) wrote
Form has been submitted

8/25/2022 4:56:25 PM : ( 000102317g ) wrote
In december 2021, a dental assistant did filling on my left upper molar. he pressed the drill with excessive force. On January 11, 2022, the cusp of that same molar fell out. On January 12, 2022, I placed MR007 emergency dental request NJSP22001562. On 01/14/22, that same dental assistant and "dentist A" did on-unit sick call, no tx. On 3/9/22, "dentist b" put cap on my tooth. On 8/23/22 7:15am, while waiting for teeth cleaning, another I/M disclosed his personal health info to me that he was refusing b/c that same dental asst deliberately presses drill too hard, breaking teeth. that same dental asst rcv's add'l money for each procedure he performs. he intentionally and maliciously broke my tooth to make more work for himself. I want compensatory and punitive monetary damages from him, and tro/injunction to him to stay away from my teeth. He is specifically dental assistant working 8/23/22 7:15am male, over 6' tall, over 200lb, slicked back hair. What is his name, please and thank you?

9/24/2022 2:25:01 AM : ( Susan Spingler ) wrote
This will be referred to dental department to respond.

9/24/2022 2:25:22 AM : ( Susan Spingler ) wrote
Closed incarcerated individual form

9/24/2022 4:48:09 PM : ( 000102317g ) wrote
Case Appealed.

9/24/2022 4:48:09 PM : ( 000102317g ) wrote
This has violated my 8th amendment rights, my 14th amendment rights, and is also tortious conduct. This healthcare worker is deliberately harming patients under his care in order to make money from the procedures to fix the injuries he causes. I have sent a notice of claim against this individual to the NJ Department of Treasury, and request that you please provide me with his name so that I can file a civil complaint against him and serve process upon him. Thank you kindly, -Kai

10/5/2022 3:10:40 PM : ( Kelitta Mosley-Massenat ) wrote
This will be send to the dental department for review

10/5/2022 3:13:06 PM : ( Kelitta Mosley-Massenat ) wrote
Closed appealed incarcerated individual form