Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALEB L. MCGILLVARY<br>      PLAINTIFF<br><br>V.<br><br>RAHMO REIZ<br>      DEFENDANT | ) CIVIL ACTION NO.<br>) 3:22-cv-06430-MAS-LHG<br>) Hon. Michael A. Shipp, U.S.D.J.<br>) Hon. Lois H. Goodman, U.S.M.J.<br>)<br>)<br>) |

NOTICE OF MOTION FOR SUBPOENAS TO ISSUE AND FOR SCHEDULING ORDER

TO: CLERK, ALL CAPTIONED PARTIES
    Please take notice that, on a date and time to be determined by the Court, Plaintiff Caleb L. McGillvary ("Plaintiff") hereby moves the Court for an Order:

1. That the Clerk sign and affix the Court's seal to, and issue four subpoenas as sent to the Clerk in this matter by Plaintiff on January 20, 2024.

2. That the U.S. Marshal serve the issued subpoenas the persons or entities which Plaintiff will indicate on the completed subpoenas and accompanying USM-285's.

3. Issuing a scheduling order pursuant to Rule 16.

    As grounds for this motion, Plaintiff relies upon his Declaration and Motion in support of this motion filed herewith.

    A proposed form of order is lodged herewith

Date: 3/26/24

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861