Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861

RECEIVED
APR 0 1 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - D:..

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALEB L. MCGILLVARY<br>　　PLAINTIFF<br><br>V.<br><br>RAHMO REIZ<br>　　DEFENDANT | ) CIVIL ACTION NO.<br>) 3:22-cv-06430-MAS-LHG<br>) Hon. Michael A. Shipp, U.S.D.J.<br>) Hon. Lois H. Goodman, U.S.M.J.<br>)<br>)<br>) |

ORDER FOR SUBPOENAS TO ISSUE AND FOR SCHEDULING ORDER
(Fed. R. Civ. P. 45, 16(b))

The Motion of Caleb L. McGillvary for an order:

1. That the Clerk sign and affix the Court's seal to, and issue four subpoenas as sent to the Clerk in this matter by Plaintiff on January 20, 2024.

2. That the U.S. Marshal serve the issued subpoenas the persons or entities which Plaintiff will indicate on the completed subpoenas and accompanying USM-285's.

3. Issuing a scheduling order pursuant to Rule 16.

Was submitted on _____[date]. The court has reviewed the papers submitted and considered the arguments of counsel as well as the authorities cited. Being so informed,

1

and for good cause shown:

IT IS ON THIS ___ DAY OF _____, 20___ ORDERED:

1. That the Motion is GRANTED:

2. That the Clerk sign and affix the Court's seal to, and issue four subpoenas as sent to the Clerk in this matter by Plaintiff on January 20, 2024.

3. That the U.S. Marshal serve the issued subpoenas the persons or entities which Plaintiff will indicate on the completed subpoenas and accompanying USM-285's.

4. Issuing a scheduling order pursuant to Rule 16.

5. That a copy of this order be served upon all parties by the Clerk no later than 7 days from the date of this order.

Dated:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Michael A. Shipp, U.S.D.J.