Case 3:22-cv-06430-MAS-JBD   Document 49   Filed 05/15/24   Page 1 of 2 PageID: 864

**NORRIS McLAUGHLIN, P.A.**
Margaret Raymond-Flood, Esq.
Matthew C. Wells, Esq.
400 Crossing Blvd, 8th Floor
Bridgewater, New Jersey 08807-5933
908-722-0700
D: 908-252-4228
F: 908-722-0755
E: mrflood@norris-law.com
*Attorneys for Defendant Rahmo Reiz*

|  |  |  |
|---|---|---|
| CALEB L. MCGILLVARY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAHMO REIZ, et al.,<br><br>　　　　　Defendant. | : : : : : : : : : : : | **UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY**<br><br>CASE NO. 3:22-06430-MAS-JBD<br><br>DOCUMENT ELECTRONICALLY FILED<br><br>**SCHEDULING ORDER** |

**THIS MATTER** having been opened to the Court by Plaintiff, Caleb L. McGillvary, upon motion for issuance of a Scheduling Order, and the Court having scheduled a Status conference on May 30, 2024, and having directed counsel for Defendant, Rahmo Reiz, to submit a Proposed Scheduling Order in advance of same, and for good case shown;

**IT IS** on this _____ day of _____, 2024, hereby **ORDERED** that pretrial discovery in this matter shall proceed as follows:

1.　Fact discovery shall remain open through and including September 30, 2024. All fact witness depositions must be completed by the close of fact discovery. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2.　Written discovery shall be completed by June 28, 2024.

3. All disputes regarding written discovery shall be addressed in writing to the responding party no later than July 26, 2024. The responding party shall be afforded a reasonable opportunity to respond thereto prior to bringing such disputes to the attention of the Court.

4. Any motions to amend pleadings, including to add or restore additional parties, whether by amended or third-party complaint, shall be electronically filed by August 15, 2024.

5. Affirmative experts, if any, shall be identified by September 15, 2024.

6. Affirmative expert reports, if any, shall be served by October 30, 2024.

7. Responsive expert reports, if any, shall be served by November 14, 2024.

8. Expert depositions, if any, shall be completed by December 16, 2024.

9. A schedule for the filing of dispositive motions shall be set by the Court at a later date, following the completion of all discovery.

**IT IS FURTHER ORDERED** that the Court will hold a telephone status conference on May 30, 2024, pursuant to the Court's May 9, 2024 Text Order. (ECF No. 48).

_____
Honorable J. Brendan Day
United States Magistrate Judge