UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: May 30, 2024**
**MAGISTRATE JUDGE: J. Brendan Day**
**COURT REPORTER: Microsoft Teams**

**TITLE OF CASE:**  **CIVIL 22-6430 (MAS)(JBD)**
CALEB L. MCGILLVARY
v.
RONALD RIEZ et al

**APPEARANCES:**
Caleb McGillvary, *pro se* plaintiff
Matthew Wells, Esq. and Margaret Raymond-Flood, Esq. for defendants

**NATURE OF PROCEEDINGS: Telephone Status Conference**
Status Conference held regarding motion to compel (Dkt. 43) and motion for an order for subpoenas to issue and for a scheduling order (Dkt. 44).
Text order to be entered.

**TIME COMMENCED: 1:02pm**
**TIME ADJOURNED: 1:28pm**
**TOTAL TIME: 26 minutes**

                                                              <u>s/Christopher Yoos</u>
                                                              **Deputy Clerk**