

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4228
Email: mrflood@norris-law.com

June 14, 2024

<u>VIA Email</u>
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
Court Room: 7E
402 East State Street
Trenton, NJ 08608

      Re:    McGillvary v. Riez, et al.
               Case No. 3:22-06430-MAS-JBD

Dear Judge Day:

      This office represents Defendant Rahmo Riez in the above-referenced matter. Pursuant to Your Honor's June 4, 2024 Text Order (ECF No. 52), enclosed herewith please find the Declaration of Defendant Rahmo Reiz, addressing information for which Your Honor requested clarification during the May 30, 2024 conference, and in further support of Defendant's opposition to Plaintiff's motion to compel discovery.

      We thank Your Honor for the Court's time and attention to this matter.

      Respectfully submitted,

      **NORRIS McLAUGHLIN, P.A.**


      <u>*/s/ Margaret Raymond Flood*</u>
      Margaret Raymond-Flood

Cc:    Caleb McGillvary (via Regular Mail)

**NORRIS McLAUGHLIN, P.A.**
Margaret Raymond-Flood, Esq.
400 Crossing Blvd, 8th Floor
Bridgewater, New Jersey 08807-5933
908-722-0700
D: 908-252-4228
F: 908-722-0755
E: mrflood@norris-law.com
*Attorneys for Defendant Rahmo Riez*

| | |
|---|---|
| CALEB L. MCGILLVARY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD RIEZ, et al.,<br><br>　　　　Defendant. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CASE NO. 3:22-06430-MAS-JBD<br><br>DOCUMENT ELECTRONICALLY FILED<br><br>**DECLARATION OF DEFENDANT RAHMO REIZ IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |

I, Rahmo Reiz, of full age, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a Defendant in the above matter and am employed by Rutgers the State University of New Jersey as a Dental Hygienist. As such, I have personal knowledge of the facts stated herein.

2. I submit this declaration pursuant to the Court's June 4, 2024 Text Order in further opposition to Plaintiff Caleb L. McGillvary's ("Plaintiff") motion to compel discovery.

3. Upon information and belief, and to the best of my knowledge, Plaintiff's medical record has been produced in its entirety. I am not aware of the existence of any additional medical records which have not been produced.

4. "Append" entries within the medical records means that additional information was added to an existing chart entry. To the best of my knowledge and understanding, Electronic

Medical Records cannot be altered and/or deleted once entered and "append" does not indicate that the records were altered or deleted, other than the additional information that was added to an existing chart entry.

     5.    In light of my position as a dental hygienist who works within the prison system, I have access to Plaintiff's medical records. However, I do not have knowledge about, nor access to, the metadata or other related technical information associated with such electronic records.

I declare under penalty of perjury that the foregoing is true and correct.

                                                 */s/ Rahmo Reiz*
                                                 Rahmo Reiz

Dated: June 13, 2024