

400 Crossing Boulevard<br>
8th Floor<br>
P.O. Box 5933<br>
Bridgewater, NJ  08807<br><br>
T: 908-722-0700<br>
F: 908-722-0755<br>
Direct: 908-252-4228<br>
Email: mrflood@norris-law.com

September 10, 2024

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
Court Room: 7E
402 East State Street
Trenton, NJ 08608

    Re: Caleb L. McGillvary v. Ronald Riez, et al.
      Case No. 3:22-6430 (MAS-JBD)

Dear Judge Day:

  This office represents Defendant Rahmo Riez ("Defendant") in the above-referenced matter. We write regarding a subpoena served by Plaintiff on non-party Rutgers, The State University of New Jersey ("Rutgers"). This office will be representing Rutgers in connection with the subpoena. On September 4, 2024, we sent Plaintiff correspondence requesting a 30-day extension until October 4, 2024 for Rutgers to respond to the subpoena. We have not yet received a response from Plaintiff. As Plaintiff is incarcerated, we cannot reach him. Accordingly, out of an abundance of caution, we respectfully request an extension from this court until October 4, 2024 to allow Rutgers sufficient time to respond to Plaintiff's subpoena.

  We thank Your Honor for the Court's time and attention to this matter.

            Respectfully submitted,

            */s/ Margaret Raymond Flood*
            Margaret Raymond-Flood

cc: Caleb McGillvary (via FedEx)



400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

Direct Dial: 908-252-4228
Email: mrflood@norris-law.com

September 4, 2024

**VIA FEDERAL EXPRESS**
Caleb L. McGillvary, SBI #000102317G
New Jersey State Prison
600 Cass St.
Trenton, New Jersey 08608

      Re:    Caleb L. McGillvary v. Reiz, et al.
              Case No. 3:22-cv-6430-MAS-JBD

Dear Mr. McGillvary:

    This office represents Defendant Rahmo Reiz in the above-referenced matter. We understand that Rutgers, The State University of New Jersey ("Rutgers") is in receipt of a subpoena served by you upon Rutgers, and Rutgers has retained our office to work with Rutgers to address the subpoena. We are in the process of working with Rutgers to locate and review any responsive documents that may be in the University's possession

    Accordingly, we respectfully request thirty (30) days to October 4, 2024 to provide responses.

    We thank you for your anticipated cooperation.

                                    Very truly yours,

                                    */s/ Margaret Raymond-Flood*
                                    Margaret Raymond-Flood

