

**400 Crossing Boulevard**
**8th Floor**
**P.O. Box 5933**
**Bridgewater, NJ 08807**

**T: 908-722-0700**
**F: 908-722-0755**
**Direct: 908-252-4228**
**Email: mrflood@norris-law.com**

October 31, 2024

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
Court Room: 7E
402 East State Street
Trenton, NJ 08608

So Ordered this
1st Day of November, 2024.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

Re: Caleb L. McGillvary v. Ronald Riez, et al.
Case No. 3:22-6430 (MAS-JBD)

Dear Judge Day:

This office represents Defendant Rahmo Riez ("Defendant") in the above-referenced matter, and has been retained by non-party Rutgers, The State University of New Jersey ("Rutgers"), in connection with a subpoena *duces tecum* served on Rutgers by Plaintiff. Presently pending before the Court is Plaintiff's motion to enforce the subpoena served on Rutgers, which motion is currently returnable on November 18, 2024. We write to respectfully request a one-cycle adjournment of Plaintiff's motion to December 2, 2024.

Rutgers' opposition is due on November 4, 2024, however, I have been out of the country and unable to confer with Rutgers in order to prepare a response to Plaintiff's motion. Accordingly, we respectfully request that the motion be adjourned one cycle to December 2, 2024. We are unable to obtain Plaintiff's consent as he is currently incarcerated.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

*/s/ Margaret Raymond-Flood*
Margaret Raymond-Flood

cc: Caleb McGillvary (via FedEx)