**NORRIS McLAUGHLIN, P.A.**
Margaret Raymond-Flood, Esq.
400 Crossing Blvd, 8th Floor
Bridgewater, New Jersey 08807-5933
908-722-0700
D: 908-252-4228
F: 908-722-0755
E: mraymondflood@norris-law.com
*Attorneys for Defendant Rahmo Reiz*

| | | |
|---|---|---|
| CALEB L. MCGILLVARY, | : | **UNITED STATES DISTRICT COURT** |
| Plaintiff, | : | **FOR THE DISTRICT OF NEW JERSEY** |
| v. | : | CASE NO. 3:22-06430-MAS-JBD |
| RONALD RIEZ, et al., | : | DOCUMENT ELECTRONICALLY FILED |
| Defendant. | : | **ORDER GRANTING LEAVE TO CONDUCT THE DEPOSITION OF PLAINTIFF, CALEB L. MCGILLVARY** |

**THIS MATTER**, having been opened to the Court upon the application of Norris McLaughlin, P.A., counsel for Defendant, Rahmo Reiz, for an Order pursuant to Fed.R.Civ.P. 30(a)(2)(B), granting leave of Court to conduct the deposition of incarcerated Plaintiff, Caleb L. McGillvary, and for good cause having been shown;

**IT IS** on this 8th day of January, 2025, hereby **ORDERED** as follows:

1. The parties are granted leave of Court to conduct the deposition of Plaintiff, Caleb L. McGillvary, SBI# 000102317G, an inmate at New Jersey State Prison at 3rd and Federal Streets in Trenton, New Jersey on Thursday, January 22, 2025 beginning at 10:00 A.M.;

2. A Court Reporter with Veritext Legal Solutions is permitted to attend the deposition and bring a steno machine, a laptop computer, tape recorder, and/or microphone (and the various cords and plugs for such equipment) into New Jersey State Prison for the purpose of recording said deposition; and

3.  Margaret Raymond-Flood, Esq. and Matthew C. Wells, Esq. (or such other attorney from Norris McLaughlin. P.A.) and Keith P. Ronan, Esq. are permitted entry into New Jersey State Prison to conduct the deposition.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE