

400 Crossing Boulevard<br>
8th Floor<br>
P.O. Box 5933<br>
Bridgewater, NJ  08807<br><br>
T: 908-722-0700<br>
F: 908-722-0755<br>
Direct: 908-252-4228<br>
Email: mrflood@norris-law.com

February 19, 2025

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
Court Room: 7E
402 East State Street
Trenton, NJ 08608

      **Re:**    **Caleb L. McGillvary v. Ronald Riez, et al.**
             **Case No. 3:22-6430 (MAS-JBD)**

Dear Judge Day:

      This office represents Defendant Rahmo Riez ("Defendant") in the above-referenced matter, as well as non-party Rutgers, The State University of New Jersey ("Rutgers") in connection with a subpoena served on Rutgers by Plaintiff. Pursuant to Your Honor's instructions during the January 30, 2025 Conference and subsequent February 6, 2025 Order, enclosed herewith please find the Declaration of Andrew Youngblood, DMD, Director of Dentistry for Rutgers—University Correctional Healthcare. We submit this Declaration to respond to the Court's questions and clarify any issues raised by the Court during the January 30, 2025 Conference, regarding the procedures for the generation and retention of dental x-rays at New Jersey State Prison.

      We thank Your Honor for the Court's time and attention to this matter.

      Respectfully submitted,

      **NORRIS McLAUGHLIN, P.A.**

      */s/ Margaret Raymond Flood*
      Margaret Raymond-Flood

cc:    Caleb McGillvary (via Regular Mail and FedEx)