

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET, PO BOX 112
TRENTON, NJ 08625-01122

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

March 20, 2025

<u>**VIA CM/ECF**</u>
Hon. J. Brendan Day, U.S.M.J.
United States District Court
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Courtroom 7E
Trenton, NJ 08608

      Re:    **Caleb L. McGillvary v. Ronald Reiz, et al.**
              **Civil Action No. 3:22-cv-6430-MAS-JBD**

Dear Judge Day:

      I represent non-party New Jersey Department of Corrections ("NJDOC") in connection with a subpoena served on NJDOC by Plaintiff Caleb L. McGillvary.

      I am writing in accordance with the Court's February 6, 2025 Order (ECF No. 87) in which the Court directed NJDOC to file a letter apprising the Court of the status of its search for logbook entries from certain dates specified by Plaintiff. Please note that I received Plaintiff's list of dates on February 27, 2025.

      I have provided the dates to NJDOC, which has searched its records and located three (3) logbooks that may contain information responsive to Plaintiff's subpoena. NJDOC is presently in the process of photocopying and digitizing the pages for the dates identified by Plaintiff. Once that process is completed, the digitized pages will be sent to me to review for relevant information pertaining to Plaintiff, if any, redact irrelevant information such as information pertaining to other



Hon. J. Brendan Day, U.S.M.J.
March 20, 2025
Page 2

incarcerated persons ("IPs"), and to prepare the documents for production. I expect to receive the digitized records sometime next week and to have the documents ready for production (assuming they contain relevant information pertaining to Plaintiff) within thirty (30) days thereafter.

 I also discussed with NJDOC whether other responsive records might be available, such as travel logs or movement lists. Based upon representations from NJDOC, I understand there are no travel logs or lists that would contain responsive information that are in the possession of NJDOC for the relevant time period.

 I will file a follow-up letter with the Court once I have reviewed the digitized records from NJDOC and/or relevant records have been produced.

 Should the Court have any questions or concerns, do no hesitate to contact me.

     Respectfully submitted,

     MATTHEW J. PLATKIN
     ATTORNEY GENERAL OF NEW JERSEY

  By: /s/Michael B. McNeil
     Michael B. McNeil
     Deputy Attorney General

c. Caleb L. McGillvary (via regular and certified mail)
  All counsel of record (via CM/ECF)