

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

March 18, 2025

Lori N. Lewkowitz
c/o Priority-One Court Reporting Services, Inc.
290 W. Mount Pleasant Ave, Ste 3200
Livingstone, NJ 07039

    RE: Caleb L. McGIllvary v. Rahmo Reiz
    Civil Action No. 3:22-cv-06430-MAS-JBD
    Hon. Michael A. Shipp, U.S.D.J.
    Hon. J. Brendan Day, U.S.M.J.

Dear Clerk;

    Please provide me with the audio recording of the January 22, 2025 deposition of Caleb L. McGillvary, Job No. P1-7099228, which you represented to me that you recorded in the above-captioned matter. I make this request pursuant to Fed. R. Civ. P. 30(f)(3), for the audio recording you're required to retain and furnish upon my request.

                                       Kind Regards,

                                       Caleb L. McGillvary
                                       In Propria Persona

CC: FILE