

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

March 18, 2025

Clerk, US Dist. Ct. - DNJ
US Courthouse
402 E. State St.
Trenton, NJ 08608

     RE: Caleb L. McGIllvary v. Rahmo Reiz
     Civil Action No. 3:22-cv-06430-MAS-JBD
     Hon. Michael A. Shipp, U.S.D.J.
     Hon. J. Brendan Day, U.S.M.J.

Dear Clerk;

     Please find enclosed and file onto the docket the original of my request pursuant to Fed. R. Civ. P. 30(f)(3); and proof of service thereof; in the above-captioned matter.

Kind Regards,

Caleb L. McGillvary
In Propria Persona

ENCL:
CC: FILE