RECEIVED

MAR 27 2025

AT 8:30 \_\_\_\_\_ M

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original of my request for audio recording of the January 22, 2025 deposition of Caleb L. McGillvary; to the Clerk of the USDC-DNJ at 402 E. State St. Trenton, NJ 08608 for filing; and a copy of said document via USPS certified mail to the officer conducting the deposition, Lori N. Lewkowitz at 290 W. Mount Pleasant Ave, Ste 3200 Livingstone, NJ 07039; and a copy of said document to Counsel for Defendants and for Rutgers University Healthcare, Margaret Raymond-Flood; and a copy of said document to counsel for NJ Department of Corrections, Michael B. McNeil; because pursuant to DNJ Local Civil Rules, upon said filing the Clerk files Plaintiff's document into the CM/ECF system. See DNJ L.Civ.R. 5.2.2 ("All civil ... cases and documents filed in this Court, will be entered into the Court's ECF System in accordance with these Procedures."). Upon entry of a document in CM/ECF, notice of electronic filing thereof ("NEF"); is automatically thereby sent to all CM/ECF-participating parties. See DNJ L.Civ.R. 5.2.1(d)("NEF is a notice automatically generated by the Electronic Filing System at the time a document is filed with the system..."). This NEF constitutes service upon all such parties. See DNJ L.Civ.R. 5.2.14(b)(1)("Transmission of the NEF constitutes service of the filed document on Filing Users"). Therefore, pursuant to this Court's Local Civil Rules, on today's date I have also served a copy of each said document on all appearing captioned Defendants, who are represented by CM/ECF-user Counsel.

I hereby invoke the prison mailbox rule.

I declare under penalty of perjury that the foregoing statements made by me are true and accurate.
Executed this 18 Day of MARCH, 2025

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861