C MCGILLVARY
#1222665/SBI#1023176
NJSP PO BOX 861
TRENTON, NJ
08625

CERTIFIED MAIL

7022 2410 0003 3323 7119

US POSTAGE $010.20
First-Class - IMI
ZIP 08625
03/24/2025
036B 0011837735

CLERK
US DIST. CT. - DNJ
402 E. STATE ST
TRENTON, NJ
08608

RECEIVED
MAR 27 2025
AT 8:30 ___ M
CLERK, U.S. DISTRICT COURT

LEGAL MAIL