# EXHIBIT A

RECEIVED

MAR 28 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ



ORIGIN ID:CHUA (908) 722-0700
PATTI FREDA
NORRIS MCLAUGHLIN
400 CROSSING BOULEVARD
8TH FLOOR
BRIDGEWATER, NJ 08807
UNITED STATES US

SHIP DATE: 12MAR25
ACTWGT: 1.00 LB
CAD: 386787/INET4535

BILL SENDER

TO CALEB MCGILLVARY
SBI #000102317G
NJ STATE PRISON
600 CASS STREET
TRENTON NJ 08611
(000) 000-0000    REF: 950768-771
INV:
PO:    DEPT:

FedEx Express

THU - 13 MAR 10:30A
PRIORITY OVERNIGHT

TRK# 7726 6014 0588
0201

E2 TTNA    08611
NJ-US  EWR

G-21  1222665    NEW JERSEY STATE PRISON    (Rev. 9/7/17)

Legal Mail/Accountable Non Legal Mail

Process and Delivery Receipt #

| Inmate Name | Number | Wing | Date |
|---|---|---|---|
| C. McGillvary | | 6R | 3-14-25 |

| Sender | Address | Date (Postmark) |
|---|---|---|
| Patti Freda | | 3-12-25 |

Processed by: (Print and Sign) Ford — Date 3-14-25

Traffic Control Officer (If relocated) (Print and Sign) — Date

Issued by: (Officer Print and Sign) J. Lem — 6R — 03.14.25

Accepted by Inmate: (Print and Sign) CM — 6R — 3/14/25

Refused by Inmate: (Print and Sign) — Date

---

Item #

✓ Legal Mail

___ Non Legal Accountable

___ Regular First Class (No special handling)

___ Inter Office (Truck Mail)

___ Registered/Certified

___ Return Receipt

___ Priority Mail

___ Express Mail

___ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier: _____

Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.
Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.

WHITE - Mailroom I/M file
YELLOW - Inmate Receipt



400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

Direct Dial: 908-252-4228
Email: mrflood@norris-law.com

March 12, 2025

**VIA FEDERAL EXPRESS**
Caleb L. McGillvary, SBI #000102317G
New Jersey State Prison
600 Cass St.
Trenton, New Jersey 08608

      Re:    **Caleb L. McGillvary v. Reiz, et al.**
              **Case No. 3:22-cv-6430-MAS-JBD**

Dear Mr. McGillvary:

      This office represents Defendant, Rahmo Reiz in the above-referenced matter. Enclosed herewith, please find the transcript of your January 22, 2025 deposition taken at New Jersey State Prison. We have confirmed with the Court reporter that the audio recording of the deposition is not available as a deliverable. We were advised by the court reporter service that without video services, no audio is captured during the deposition that can be provided. As you know, we did not video tape the deposition, so we cannot obtain any audio, and therefore we cannot provide it to you.

      Thank you.

                                    Very truly yours,

                                    */s/ Margaret Raymond-Flood*

                                    Margaret Raymond-Flood

Enclosure



Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

January 27, 2025

Margaret Raymond-Flood, Esq.
c/o Weber Gallagher
400 Crossing Blvd., 8th Floor
Bridgewater, NJ 08807-5933

    RE: Caleb L. McGIllvary v. Rahmo Reiz
    Civil Action No. 3:22-cv-06430-MAS-JBD
    Hon. Michael A. Shipp, U.S.D.J.
    Hon. J. Brendan Day, U.S.M.J.

Dear Ms. Flood;

    I note that, immediately after being affirmed during the deposition this past Wednesday, January 22, 2025, I duly made a request to review the transcript for accuracy pursuant to Fed. R. Civ. P. 30(e)(1). I also note that, upon my request, the court reporter did attach a microphone to her stenography machine and indicate that she was creating an audio recording of the deposition. I further note that you indicated on the record that you would send me a copy of the transcript as soon as it was available. I hereby request, pursuant to Fed. R. Civ. P. 30(e)(1), 30(f)(3) and any other applicable rule or law, that you provide me with a copy of both the transcript and the audio recording of the deposition as soon as they are available, for me to use in my review of the transcript under Rule 30(e).

    Your attention to this matter is appreciated.

                                      Kind Regards,

                                     Caleb L. McGillvary
                                     In Propria Persona