RECEIVED

MAR 28 2025

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

EXHIBIT 5

Page 1

1                UNITED STATES DISTRICT COURT

2                   DISTRICT OF NEW JERSEY

3                Case No.:   3:22-06430-MAS-JBD

4

5    ---------------------------------------x

6    CALEB L. McGILLVARY,

7                          Plaintiff,

8              vs.

9    RAHMO RIEZ, et al.,

10                         Defendant.

11   ---------------------------------------x

12

13

14       IN-PERSON DEPOSITION OF CALEB L. McGILLVARY

15               WEDNESDAY, JANUARY 22, 2025

16                      1:06 P.M.

17

18

19

20

21

22

23

24   JOB NO.: P1-7099228

25

Page 2

1          T R A N S C R I P T of the stenographic notes

2     of the proceedings in the above-entitled matter as taken

3     by and before LORI N. LEWKOWITZ, a Certified Court Reporter

4     and Notary Public of the State of New Jersey, and a

5     Certified Shorthand Reporter of the State of New York,

6     held at the New Jersey State Prison, 600 Cass Street,

7     Trenton, New Jersey 08611, on Wednesday, January 22, 2025,

8     commencing at approximately 1:06 in the afternoon, pursuant

9     to notice.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1    A P P E A R A N C E S:

2

3

4          NORRIS, McLAUGHLIN, P.A.

5          Attorneys for Defendants

6                400 Crossing Boulevard, 8th Floor

7                Bridgewater, New Jersey 08807

8          BY:    MARGARET RAYMOND-FLOOD, ESQ.

9                 Mrflood@norris-law.com

10                (908) 722-0700

11

12

13   ALSO PRESENT:

14          KEITH RONAN, ESQ.

15          Associate General Counsel

            Rutgers University

16

17

18

19

20

21

22

23

24

25

Page 4

1                           I N D E X

2

3    WITNESS                                          PAGE

4    CALEB L. McGILLVARY                                 5

5

6    EXAMINATION BY   DIRECT   CROSS   REDIRECT   RECROSS

7    MS. RAYMOND-FLOOD      5

8

9

10                        E X H I B I T S

11

     NUMBER          DESCRIPTION                    PAGE

12

     McGILLVARY

13

     1     Handwritten Complaint                      29

14

     2     Document dated August 25, 2022             66

15

     3     Consent for medical, dental or surgical

16         treatment form dated 10/6/22               94

17   4     Handwritten document                       98

18

19   (Exhibits attached)

20

21

22                 DOCUMENTS/INFORMATION REQUESTED

23                                                   PAGE

24   (None requested)

25

Page 5

1    C A L E B    L.    M C G I L L V A R Y,

2            called as a witness, having been affirmed

3            duly sworn by the Notary Public of the

4            State of New Jersey, was examined and

5            testifies under oath as follows:

6    DIRECT EXAMINATION

7    BY MS. RAYMOND-FLOOD:

8            Q.    Good morning, Kai.  I'm Margaret

9    Raymond-Flood.  I'm with the law firm Norris

10   McLaughlin.  We represent Mr. Riez in the litigation

11   you brought in connection with your dental care

12   treatment.

13            We are here today to take your

14   deposition.  I know you want to put some things on

15   the record and we certainly can do that, but I want

16   to get through the introductory comments on the

17   record as well.

18            We are here to take your deposition.

19   You have affirmed.  What you are about to say is the

20   truth and we -- I'll ask you a series of questions.

21   If you don't understand one of my questions you

22   should let me know that.  I'm happy to rephrase but

23   I'm not trying to trick you with any of my

24   questions.

25            If my question is confusing, let me

Page 6

1    know.  I'll assume you've understood it if you don't

2    ask me to rephrase it.  Let me know if there is

3    something I asked you that is unclear.

4           We will be taking down everything that

5    we say in the room today.  Our court reporter is

6    writing each word down so it's very important for us

7    to try not to talk over each other.  I will do my

8    best to wait until you are finished speaking before

9    I ask my next question.  I just ask you also wait

10   until I'm finished before you speak.

11           Do you understand that?

12   A.     I understand what you said.

13   Q.     Good.  If there is any point in time

14   where you need a break we have to ask the officers,

15   but you are certainly welcome to do that.  If there

16   is any time that you don't understand something

17   going on in the proceeding, please let know.  I'll

18   do my best to answer your question.

19   A.     Thank you.

20   Q.     You are welcome.

21   A.     I would like to get a matter on the

22   record.

23           Are you finished speaking?

24   Q.     Yes.

25   A.     Prior to her introduction and my

Page 7

1   swearing in, there was a discussion between counsel

2   and I wish they represented to me that this

3   deposition is not being video recorded, but it is

4   being audio recorded.

5           I requested that I have the right of

6   review of the transcript of this deposition so I

7   could ascertain whether it is a true and accurate

8   record of the proceedings.

9           I'm finished.  Thank you.

10      Q.   You are welcome.

11          For the record, when we get the copy of

12  the transcript we'll send it to you in the mail and

13  you can review it at this time.

14      A.   Thank you.

15      Q.   It takes a week or two before we get

16  the transcript.  As soon as I get it, I'll send it

17  to you.

18      A.   Are you finished speaking?

19      Q.   Yes.

20      A.   I would like to note the deposition was

21  scheduled for ten o'clock this morning.  However, as

22  far as I'm aware it's eleven o'clock.  I was present

23  at the time the deposition was supposed to start.  I

24  wanted to make that a matter of record.

25      Q.   Thank you very much.  We were also out

Page 8

1    in the waiting room waiting for approximately an

2    hour.  I'm not sure what exactly what the holdup

3    was.  We were --

4          A.    This is a pattern in New Jersey State

5    Prison.  Interfering with legal access as well as

6    legal professionals' access to inmates.

7          Q.    Well, let me ask you:

8                Have you ever been deposed before?

9          A.    Negative.

10         Q.    Are you on any current medications that

11   would affect your ability to answer truthfully

12   today?

13         A.    Caffeine would not affect my ability to

14   answer truthfully.  No.

15         Q.    Are you on any other medications?

16         A.    Just the caffeine I drank -- drink this

17   morning.

18         Q.    As in coffee?

19         A.    As in coffee.

20         Q.    Mr. McGillvary, how long have you been

21   in New Jersey State Prison?

22         A.    I am sorry.  Could you please repeat

23   that?  There is a lot of noise going on outside of

24   the room right now.

25         Q.    Sure.  How long have you been in the New

Page 9

1   Jersey State Prison?

2          A.    Since 2019.

3          Q.    Have you ever been in a prison, other

4   than New Jersey state prison?

5          A.    I've been in correctional facilities.

6          Q.    Okay.  When was that?

7          A.    From 2013 until 2019 I was in the Union

8   County Jail.  In April of 2019 I was transferred to

9   Essex County Correctional Facility.  I was

10  transferred from there to here end of May 2019.

11         Q.    Prior to 2014, '13 had you been in any

12  prison or correctional facility?

13         A.    In New Jersey?

14         Q.    Anywhere.

15         A.    Yes.

16         Q.    Where?

17         A.    Mendocino County Jail.

18         Q.    Where is that?

19         A.    Ukiah, California.

20         Q.    What years?  Estimate is fine.

21         A.    I believe it -- at the end of '01, but

22  there are writings that exist that would refresh my

23  recollection.  These writings were created by the

24  Mendocino County Sheriff's Office in the course of

25  their duties.  They were prepared on a date and time

Page 10

1  at which I was at the Mendocino County Jail.

2      Q.   What was the reason that you were at

3  the Mendocino County Jail?

4      A.   I stole iced tea from a McDonald's

5  drinking fountain.

6      Q.   In terms of your incarceration that

7  began in 2013, which began with the Union County

8  Jail, what was the reason for the incarceration

9  beginning in 2013?

10      A.   I invoke my Fifth Amendment privilege.

11  It's not relevant to materials.  I object.  This is

12  not relevant to -- material to this proceeding.  I can

13  provide a privileged log.

14           Would you like to pause this proceeding

15  so I could move for a protective order or would you

16  like to pass on the motion?

17      Q.   I'll pass on the question for the

18  moment but I reserve all rights to ask you the same

19  question.  I'm trying to get a sense,

20  Mr. McGillvary, what your conviction was for 2013.

21      A.   I invoke my private Fifth Amendment

22  privilege.

23      Q.   Do you have a release date scheduled?

24      A.   I object as irrelevant and immaterial

25  to this litigation.

Page 11

1          Q.    Okay.  Let's start with your -- let's

2    start with your health background.

3                What is your current health today?

4    Generally speaking.

5          A.    I'm not qualified to answer this

6    question.  I'm not a doctor.

7          Q.    Do you have any medical conditions that

8    you are currently being treated for here at the

9    prison?

10         A.    I object as overbroad, irrelevant and

11   immaterial to this.  It also calls for privileged

12   health information that I'm not required to

13   disclose.

14         Q.    Mr. McGillvary, I'm going to also go on

15   the record to say that I'm entitled to ask you

16   questions regarding your stay, your health care,

17   your dental care treatment.  You can certainly take

18   whatever position you would like today.  I'm not

19   going to argue or discuss them with you as we go

20   through.  You can give us your position.

21               It is possible I'll go back to the

22   court to explain what happened here at the

23   deposition, but let's get through as much as we can.

24               Does that make sense?

25         A.    I appreciate that.

Page 12

1           Q.    Okay?

2           A.    I also have the right and the

3    opportunity to make objections to overbroad

4    questions that asked for privileged material.

5                 If you like I can provide a privileged

6    log.

7           Q.    I don't need a privileged log.

8                 What is your current dental health?

9           A.    My current dental health is that I have

10   not been able to get my teeth cleaned or a dental

11   checkup since early, early 2021 because the

12   triggering of my post-traumatic stress disorder by

13   your client, Ronald Riez, which has prevented me

14   from accessing dental services because when I've

15   gone to the North Compound Clinic, your client has

16   been present which triggered my PTSD.

17          Q.    What is the basis for your

18   understanding that you have PTSD?

19          A.    I had been diagnosed with

20   post-traumatic stress disorder by a psychiatrist.

21          Q.    A psychiatrist at the prison?

22          A.    Yes.

23          Q.    Who?  If you know.

24          A.    There are writings that exist that

25   would refresh my recollection of his name.  These

Page 13

1   writings were prepared by the Rutgers University

2   Correctional Health employees in the course of their

3   duties.  They were prepared on a date or time that

4   would be reflected in documents, which I wouldn't be

5   able to provide for you.  However, I'll be moving

6   these documents be subject to a seal because they do

7   contain private health information.

8           So, with those objections in mind that

9   are caused for privileged health information, I ask

10  them.

11      Q.    Okay.  Mr. McGillvary, so we are clear,

12  any documents that we would file with respect to

13  your medical records would be filed under seal.

14          No. 2, to the extent that you are

15  talking about the medical records, are you talking

16  about the medical records that are kept here at the

17  prison?  The electronic medical records?

18          Is that what you are talking about?  I

19  would find this information.

20      A.    The medical records are kept by your

21  client, Rutgers University Correctional Health Care.

22  They are in the custody and control of Rutgers

23  University Health Care.

24      Q.    What is the basis for this statement?

25      A.    I have seen these documents and

Page 14

1    speaking from recollection of what they look like.

2         Q.    Are you currently under any psychiatric

3    treatment within the prison system?

4         A.    I object to this as irrelevant and

5    immaterial and cause for privileged health

6    information.

7         Q.    Mr. McGillvary, you told me you have

8    PTSD, which I understand to be being treated by the

9    mental health physicians in this prison.

10             So, are you refusing to tell me whether

11   or not you are being treated for PTSD in the prison

12   system?

13        A.    Subject to the objections I've made on

14   the subject to a motion to seal my PTSD is a

15   condition for which I am receiving treatment.

16        Q.    Thank you.  Are you on any medications

17   for the PTSD?

18        A.    Subject to the same objections I've

19   made.  No.

20        Q.    How often are you seen by a mental

21   health physician for the PTSD issue?

22        A.    Subject to my previous objections I was

23   seen by a mental health professional 62 weeks.

24        Q.    Are you on the special needs roster for

25   mental health?

Page 15

1          A.     Subject to my previous corrections, I'm
2    on the special needs roster for mental health.
3          Q.     Thank you.   Let's switch gears a little
4    bit.
5                 In terms of dental care, what is the
6    process that you would follow in order to get an
7    appointment to see a dental provider?
8          A.     So, as far as I'm aware, the dental
9    services schedules me automatically for biannual
10   exams.   During these exams it is a habit and
11   routine, organizational practice of the Rutgers
12   University Correctional Health Care to call the
13   inmates from their housing unit to the North
14   Compound Clinic.
15                When they do this, there is a public
16   record that's created.   It is created by the
17   New Jersey Department of Corrections officer on the
18   housing unit.   This is called the Six Right
19   officers' logbook.
20                There is also a traffic control log on
21   the unit which is visible to all of the inmates on
22   the unit.   It is hung on a bulletin board which is
23   besides the officers' desk.   The inmate checks this
24   travel control log and logs their traffic control
25   which is the West Compound.

Page 16

1          This routine, the inmates go through

2    the metal detector -- excuse me -- to the traffic

3    control booth at which point a New Jersey Department

4    of Corrections officer creates a public record in

5    the course of his duties, indicates the time and

6    location of the dental (inaudible) -- the inmate

7    then receives a traffic control pass which is a

8    plastic card that he attaches to his lab work.

9          They then walk in the North Compound

10   Clinic.  When he gets there, an officer creates a

11   public record in the course of their duties at

12   the -- the New Jersey Department Corrections officer

13   and this public record is called a North Compound

14   Clinic officers' logbook.  In this logbook they

15   record the date and the time as well as the tenor of

16   the visit to the North Compound Clinic.

17          Another record is also created on this

18   date and at this time which is known as the North

19   Compound Clinic Traffic Control Log.  Each of these

20   public records I've just referred to from this point

21   forward in this deposition I'll refer to under the

22   term "traffic control records."

23          Does that sound all right with you?

24        Q.    Fine with me.

25        A.    Perfect.  As far as I'm aware, there

Page 17

1    are also additional procedures.  These procedures

2    for which an inmate will request medical care for

3    themselves that is, they will go to a kiosk at a

4    designated time on their housing unit.  On the kiosk

5    they will write a request to the medical services

6    department at which point an electronic record is

7    created by the New Jersey Department of Corrections

8    and the Rutgers University Correctional Health Care.

9              This electronic record is created by

10   the inmate and is also acknowledged by an employee

11   of the Rutgers University Correctional Health Care

12   at which point that employee makes a report of their

13   own which is stored on the servers that are in the

14   custody or control of the Rutgers University

15   Correctional Health Care and the New Jersey

16   Department of Corrections.

17             This record indicates what date and

18   time the inmate is scheduled to go to the North

19   Compound Clinic to receive the medical care, when

20   the inmate arrives at the North Compound Clinic --

21   the traffic -- the traffic control records are

22   produced.  The inmate waits in the holding cell

23   until their name is called.  When they are called,

24   they go into the dental services room at which point

25   the dental professional does whatever procedure or

Page 18

1  examination that they are scheduled for.

2          At this point in the dental services

3  room the Rutgers University Professional Health

4  employee, either at the contemporaneous time

5  conclusion of the visit or shortly there afterwards

6  creates a medical record at which point they

7  indicate what radiography has been collected, what

8  samples or procedures have been performed and a SOAP

9  analysis, which is an acronym, I believe stands for

10 symptoms observations analysis and prognosis.

11         Q.    Thank you.  Before we go any further, I

12 note you are reviewing documents you brought with

13 you.

14         Can you explain to us what documents

15 you have in your hand, please?

16         A.    Sure.  I'm providing a document in my

17 hand to you, Counsel.

18         Q.    Thank you.

19         A.    I'm handing it to her right now.  She

20 is observing it.  I would like it for the court

21 reporter to mark it as Exhibit A.

22         Q.    Could you tell me, it appears to have a

23 series of three letters.  Almost appears like

24 initials.

25         Would you care to explain to me what

Page 19

1   they or --

2          A.    That's work product privilege.

3          Q.    So if it's work product, I don't want

4   it.  But I want to understand what you are reviewing

5   for purposes of the deposition.

6          A.    If you like, I could definitely make

7   copies of this and provide it to you.

8          Q.    You can mail those to me.  That will be

9   fine.

10         A.    Will do.

11         Q.    Are you able to tell us how these

12  documents are being used for purposes of the

13  deposition today?

14         A.    That would be work product privilege.

15         Q.    In addition, besides the kiosks, are

16  there.  Any other forms you, as an inmate, would

17  fill out in order to have a dental appointment?

18         A.    There are also paper forms which an

19  inmate could fill out to leaving in wooden medical

20  services box on the unit.

21         Q.    How often -- you said earlier that

22  there were biannual exams.

23                Is that correct?

24         A.    That is correct.

25         Q.    Are there cleanings as part of the

Page 20

1    biannual exams or separate appointments, if you

2    know?

3          A.    As far as I'm aware the biannual

4    cleaning is distinct from the biannual exam.

5          Q.    So, you mentioned earlier that you have

6    not had any cleanings since early in 2021.

7                Have you had any biannual exams since

8    early 2021?

9          A.    Hum.   There are writings that would

10    refresh my recollection.

11          Q.    Do you recall --

12          A.    Excuse me, Counsel.   I'm speaking right

13    now.

14          Q.    I apologize.   I thought you were

15    finished.

16          A.    Good.   So, in early of 2021, I believe

17    Springtime, the traffic control records of me going

18    to the North Compound for a biannual prophylaxis

19    exam.   There are also health records that exist that

20    were produced by New Jersey Department of

21    Corrections and Rutgers University Correctional

22    Health Care officials respectively.

23                Thereafter, at the end of 2021, in the

24    weeks leading up to Christmas, I was called from my

25    unit on Six Right of New Jersey State Prison to the

Page 21

1   North Compound Clinic.  On this date, which a

2   writing would refresh my recollection of, there was

3   traffic control records created that showed I went

4   to the North Compound Clinic.

5              At this time I do believe that I was

6   scheduled for a biannual exam.  However, on this

7   date, after an x-ray was made of my mouth in which

8   Samuel Lopez used an x-ray machine after getting me

9   to bite on a lead something, made an x-ray of my

10  tooth No. 14 after which he sent me to the dental

11  services room chair adjacent to the one where he

12  performed the x-ray where your client, Ronald Riez,

13  did periodontal dental surgery on my tooth No. 14.

14             These writings that would refresh my

15  recollection of what date and what time this

16  occurred, just to reiterate, are the Six Right

17  officers' logbooks; Six Right, the traffic control

18  booth traffic log; the North Compound Clinic officer

19  logbook and North Compound Clinic traffic control

20  pass logbook.

21             I've finished answering.  Thank you.

22       Q.    Now, you mentioned Lopez.

23             Do you understand what his position is?

24       A.    As far as I'm aware he is a dentist

25  which means he is a doctorate in dental surgery.

Page 22

```
 1              Is that correct?
 2        Q.    I believe so.
 3              Do you know what Mr. Riez's position
 4   is?
 5        A.    I am uncertain of the significance of
 6   his position.  I do know he is a dental hygienist.
 7        Q.    Okay.  How about Joel Bernard?  Do
 8   you know him?
 9        A.    Joel Bernard is a doctor of dental
10   surgery as far as I'm aware.
11        Q.    Thank you.  Let me ask you:
12              Have you had dental cleanings by
13   Mr. Riez?
14        A.    Yes.
15        Q.    Approximately, how many, if you know?
16        A.    There are writings that would refresh
17   my recollection.  I know for sure I had one in early
18   2019.
19              It's been half a decade, but I remember
20   going to the North Compound Clinic in 2019 and I may
21   or may not have had a dental cleaning at that time.
22   These records, these writings that would refresh my
23   recollection are the traffic control records as well
24   as the medical records produced by the Rutgers
25   University Health Care.
```

Page 23

1          Q.    Just for the record, Mr. McGillvary, do

2    you have copies of your medical records from 2019

3    through 2021 currently?

4                Not here, but do you have them?

5          A.    Individually?  Each record?

6          Q.    Do you have a set of medical records?

7          A.    In order to answer that question, I

8    would have to break it down to the different medical

9    records.

10         Q.    How about the dental records?

11         A.    Excuse me, Counsel.  I'm still

12   answering the question.

13         Q.    Okay.

14         A.    I have some records.  However, there

15   are medical records which have not been provided to

16   me.

17               For instance, when I first arrived at

18   this facility in 2019 I was called to the North

19   Compound Clinic.  While I was at the North Compound

20   Clinic, the dentist, Samuel Lopez, created x-ray

21   images of my mouth.  He had me bite on a lead thing;

22   he used an x-ray machine to take radiology of the

23   left side of my mouth; the front side of my mouth

24   and the right side of the -- my mouth.

25               He also, as far as I'm aware, the Board

Page 24

1  of Dentistry of New Jersey requires dentists to

2  create charts of their patient's mouth which they

3  have graphical depictions of the top and bottom rows

4  of teeth and on these charts they make marks.  They

5  write in the significance of these marks to indicate

6  whether there was preexisting dental surgeries or

7  cavities or missing teeth present on each of the

8  spaces of these charts.  I was not provided with

9  either the x-rays nor these dental charts upon

10  request.

11         I'm aware it's judicially noticeable,

12  in fact, HIPAA and New Jersey, access to public

13  records and access to public health care records

14  requires Rutgers University to keep and the

15  dentists, themself, keep records of these health

16  records for my perusal upon request.  Although I've

17  requested these, I've not received these.

18         Moving forward, from that point I was

19  also called back, I believe, at the beginning of

20  2020 because the x-ray created of my mouth indicated

21  that I had a cavity on one of my teeth.  That was

22  not tooth No. 14.  A writing would refresh my

23  recollection as to what this tooth was.  That

24  writing is the medical record created by Samuel

25  Lopez when he performed a surgery on my other tooth.

Page 25

1          I was not provided with the x-ray nor

2    with the dental charting for my visits in the

3    beginning of 2020 when he performed the surgery on

4    my tooth.

5          Q.    Do you --

6          A.    Excuse me, Counsel.  I'm --

7          Q.    I thought you --

8          A.    -- still answering the question.

9          In 2021, when I was recalled to the

10   North Compound Clinic by Samuel Lopez doing the

11   x-ray on my mouth, I was not provided with that

12   x-ray.  That was in the weeks leading up to

13   Christmas.

14         There is a writing that would refresh

15   my recollection as to what the date of that visit

16   was.  This writing, which is the traffic control

17   records, which I previously defined.  There are

18   other records also that have not been provided to

19   me.

20         In the beginning of 2022, there was a

21   visit by your clients and one of the dentists, who I

22   can't remember the identity of right now -- this was

23   shortly after my tooth filling fell out -- your

24   client had placed in my mouth which was a couple

25   weeks after lockdown and probably a little over a

Page 26

1   week after the new now (inaudible) date that I filed

2   a dental request for emergency dental request in the

3   kiosk.

4              The date after the filling fell out it

5   took almost the whole week for your clients and this

6   other dentist to visit me at my cell at which point

7   they seen there was a gaping hole in my tooth which

8   a tooth nerve was exposed.  As a result of that they

9   scheduled me for a dental exam.

10             Approximately a month later I was

11  called to this exam, well over a week after the

12  lockdown had cleared, even though I had a gaping

13  hole in my tooth.  When I got to this exam, Samuel

14  Lopez was there.  He made an x-ray of my mouth which

15  he had me bite on this lead thing and put the x-ray

16  machine in the left side of my mouth and took an

17  image of my mouth.

18             Although I have requested for this

19  image to be provided to me, this x-ray image, he has

20  not provided this to me.  In addition, I've

21  requested for the dental charting he is required as

22  a routine organizational practice by the board of

23  dentistry to create of my mouth and he has not

24  provided this dental chart of my mouth.

25             I'm finished answering your question.

Page 27

1   Thank you for your patience.

2          Q.    My question was:  Do you currently have

3   any dental health records on your person in your

4   cell?  I understand what you don't have.

5          A.    Counsel.

6          Q.    I --

7          A.    I respect your attempt to rephrase the

8   question.  However, you asked me a very broad and

9   ambiguous question whether or not I have all of my

10  medical records which I was trying to parse and I

11  thought I did a very good job.

12         Q.    Thank you.  My question has changed a

13  bit:  Do you have any dental health medical records

14  in your cell?  On your person currently?

15               Do you have copies of any records?

16         A.    I have copies of medical records which

17  were provided by you as part of discovery.

18         Q.    Okay.

19         A.    I also have copies of medical records

20  that were provided by Rutgers University Health Care

21  in response to a request.  However, these are not my

22  full records.  They do not contain x-rays; they do

23  not contain dental charts.

24               To answer your first question, no, I

25  do not have all of my medical records.  To answer

Page 28

1  your second question, I do have some medical

2  records.

3       Q.    Thank you.

4       A.    My pleasure.

5       Q.    Before we -- I'm going to show you your

6  complaint.  We can walk through it.  That can help

7  us with some of the dates and times.

8            I did want to ask you, prior to coming

9  to the New Jersey State Prison, had you seen

10  dentists on a regular basis?

11      A.    Yes.  Union County Jail I regularly saw

12  a doctor of dental -- doctor of dentistry, DDA.  I

13  can't remember his name.

14      Q.    How often did you see him?

15      A.    There are writings that would refresh

16  my recollection.  There were medical records created

17  by this dentist.  Each of those visits they indicate

18  the date and the time of visit.  However, I can't

19  recollect off the top of my head exactly how often it

20  was.

21      Q.    That was during the 2013, 2019 time

22  frame?

23      A.    That is correct.  Yes.

24      Q.    Do you have any sense -- I'm not asking

25  you to guess -- do you have any sense of whether you

Page 29

1    saw him annually?  Biannually?  Or more often than

2    that?

3           A.    I believe it was annually.  However, my

4    recollection isn't confident on this.

5           Q.    Okay.  Thank you.

6                      (Handwritten Complaint,

7               received and marked as McGillvary

8               Exhibit 1, for identification.)

9    BY MS. RAYMOND-FLOOD:

10          Q.    Mr. McGillvary, this has been marked

11   for identification as Exhibit McGillvary 1.

12                Just so you know, this document will

13   also be attached to the transcript so you will have

14   a copy with you when we send you the transcript.

15          A.    Thank you.  I'm holding the document in

16   my hand.

17          Q.    Do you recognize this document?

18          A.    I briefly am perusing the document.

19          Q.    Sure.  Take your time.

20          A.    So can I respond to your question?

21          Q.    Sure.

22          A.    From my brief perusal of this document,

23   it appears to be my first complaint in this action.

24          Q.    Did you -- let me ask you this:

25                If you flip to page 39 of the document

Page 30

1   and the numbers are on the bottom center of this

2   page or those pages.

3           A.    I'm looking at page 39 which is

4   indicated as page ID:82.

5           Q.    Correct.

6           A.    Document 3 on the docket of this

7   action.

8           Q.    Correct.  I note that there is a

9   signature above your name.

10               Is that your signature?

11          A.    Under the words, "I declare under

12  penalty of perjury pursuant to the penalty

13  28USC1746, that the foregoing statements are true

14  and accurate to the best of my knowledge and

15  belief."

16               I've executed this the 30th day of

17  November, 2022 on this document.

18          Q.    So, is that your signature?

19          A.    That is my signature on this document.

20  Yes.

21          Q.    Good.  So, am I correct you prepared

22  this document and you signed this document?

23          A.    From what I can see from my brief

24  perusal of this document, this is the document I

25  prepared.  However, with the advancement of A.I.

Page 31

1  technology, I have not had a chance to see if A.I.

2  copied my handwriting and replaced a page.

3        Q.    I'll represent to you this came

4  directly off the court docket.  So, to my knowledge,

5  this is the document that you filed with the federal

6  court on November -- December 2nd, 2022?

7        A.    Great.  So the document that I filed is

8  Document 3 on the document of this document.  This

9  is a document I prepared myself that has my personal

10  signature attached to it.

11        Q.    Thank you.

12        A.    It's monographic, too.

13        Q.    I am sorry?

14        A.    It's monographic.  I wrote the whole

15  thing in my handwriting.

16        Q.    That was going to be my next question.

17              Is that your handwriting you prepared

18  in your own handwriting?

19        A.    Document 3 from the document was from

20  my handwriting.  Yes.

21        Q.    So, let's walk through some of this

22  document.  It will help clarify some of the

23  questions I have.

24              If we go to page 5 of the document, on

25  the bottom it states, "In a nutshell, this case is

Page 32

1  about a confederacy of health care professionals who

2  deliberately injure patients for profit."

3          Do you see this?

4          A.    I object under federal rule of evidence

5  1006.  That's not the full statement.

6          Q.    No.  It's not.  Not if the --

7          A.    In the kind of health care professional

8  "who deliberately injure patients and who got caught

9  red handed destroying and fraudulently altering

10  medical records to cover it up afterwards."

11         Q.    Okay.  So that is what that sentence

12  reads in completion.

13               I would like to focus you on the

14  section that says, "This case is about confederacy

15  of health care professionals who deliberately injure

16  patients for profit," which is only a portion of

17  the -- (inaudible)

18               What is the basis for you making that

19  statement that "health care professionals

20  deliberately injure patients for profit"?

21               What is the basis?  Why do you believe

22  that to be correct?

23         A.    During the dental visit in the weeks

24  leading up to Christmas of 2021, when your client,

25  Ronald Riez, was performing work on my tooth 14, I

Page 33

1    had a conversation with him which I asked him why he

2    would work in a prison and he said that the pay was

3    better.

4            I don't remember verbatim what he said

5    at this present time.  However, there is a writing

6    that would refresh my recollection.  I'm holding it

7    in my hand.

8            Would you like to me to turn to the

9    page where it says that?

10           Q.    We are going to get there.

11           A.    I'm not finished answering, Counsel.

12           Q.    Okay?

13           A.    When I went back in the Summer of 2022

14   for a biannual prophylaxis, there was another inmate

15   in the holding cell with me.  His name was Daniel

16   Lawrence.  He indicated that he was going to sign a

17   refusal because the dental hygienist who was going

18   to perform the cleaning was your client, who I

19   recognized from sight, deliberately breaks an

20   inmate's tooth because he gets paid by the

21   procedure.

22           Q.    Did Mr. Lawrence tell you how he knew

23   that?

24           A.    Not that I can recall.

25           Q.    Did Mr. Lawrence have a broken tooth?

Page 34

1  If you know.

2          A.    Oh, you just jogged a recollection.

3  Thank you for that.

4          Q.    You are welcome.

5          A.    After I got back from the refusal, I

6  asked other inmates at Six Right, one of the other

7  inmates, Lashawn Fitch.  Lashawn Fitch also had a

8  broken tooth caused by one of your clients, Rutgers

9  University Health Care.  His tooth was also left

10  with an exposed nerve for a couple months and he

11  said he believed your client got paid by the

12  procedure for the destruction of inmate's teeth.  He

13  didn't indicate how.

14          However, he did indicate that your

15  client, Rutgers University Correctional Health, had

16  entered into a settlement agreement with him wherein

17  he was provided with a dental provider from outside

18  of New Jersey State Prison to give him dental care

19  because of the actions of your client, Rutgers

20  University Correctional Health, who employs your

21  individual client, Ronald Riez.

22          So that's two different witnesses that

23  have said your client, Ronald Riez, or your client

24  Rutgers University Health Care, were made by the

25  procedure for the destruction of witness's teeth.

Page 35

1          Q.     Did any other individuals in the prison

2     that provided you with information regarding either

3     their dental care for or anything else related to

4     Mr. Riez?

5          A.     Excuse me?  That sentence, in

6     particular, are you asking me if there are any other

7     inmates?

8          Q.     I'll rephrase the question.

9          A.     Thank you.

10         Q.     Have you had any other discussions with

11    any other inmates regarding your dental health care?

12         A.     Yes.  The day after I got back --

13    excuse me -- later on the day when I signed the

14    refusal, when I talked with inmate Daniel

15    Lawrence -- I asked around to other inmates.  I

16    followed up the next day asking other inmates.

17              However, at the present time, I do not

18    recall what their names or IDs were.  However, there

19    were at least three other inmates who indicated that

20    Rutgers University Correctional Health Care

21    deliberately injures patients and thereafter

22    collects money for it.  They didn't specify how.

23         Q.     Do you know whether that was in

24    connection with dental treatment?

25         A.     That was definitely in connection with

Page 36

1    dental treatment because that's all I was asking
2    about.
3          Q.    Do you recall anything about these
4    individuals, even if it was theirselves?
5          A.    I remember there were people of color
6    who were taking showers at the same time I was.  I
7    was asking them about it.
8          Q.    Okay.  So, other than your discussions
9    with various inmates, is there any other basis for
10   which you state that the health care professionals
11   deliberately injure patients for profit?
12                Any other reason you believe that?
13         A.    Well, since you've asked, it is
14   traditionally notable in the New York Times, Blue
15   Shodly (phonetic), known as "The family."  They have
16   different chapters such as Lords of Discipline in
17   Essex.  They have another in New Jersey State
18   Prison.  These are white supremacists.
19                They take bribes for performance and
20   nonperformance of acts in the course of their
21   duties.  These bribes are given in different
22   (inaudible) as a copy (inaudible) and as they are
23   passing through on the way to and from shifts.
24                It is possible because of this routine,
25   organizational practice that one of the police union

Page 37

1  members, who's a part of this criminal enterprise,

2  engaged in bribery with your client, Ronald Riez,

3  whereby he was paid in cash surreptitiously by the

4  passing off of a copy (inaudible) of or another

5  modality.  He was paid in funds not recorded and

6  there -- they were outside of the course of his

7  employment duties.

8        Q.    Why do -- did you believe this?

9        A.    Because it's a routine organizational

10  practice of the New Jersey police who were members

11  of the New Jersey Policeman's Benevolent Association

12  to pay for the performance and the nonperformance of

13  acts, which are designed to harm, threaten,

14  intimidate or otherwise obstruct litigants who

15  litigate against them.  Government officials who are

16  allied with them or organizations to which they

17  benefit from.

18        Q.    Do you have any personal knowledge that

19  Mr. Riez was involved with any of these individuals

20  you've referenced from this article?

21        A.    I have personal knowledge that Mr. Riez

22  interacts with members of the Policeman's

23  Organization Local 105 every time he comes in work.

24  All of these are members of the statewide PBA.

25        Q.    How do you know that?

Page 38

1          A.     Because every local of the Policeman's

2     Benevolent Association is mandatory, a member of the

3     statewide PBA.

4          Q.     When you say Mr. Riez interacts with

5     this position here at the New Jersey State Prison or

6     you know something else?

7          A.     I know for certain he does as part of

8     his position here at the prison.  I'm unaware of

9     what his extracurricular activities are.

10          Q.     If we can move to page 6 of the

11     document, we -- in the paragraph 2 you state that

12     "Prior to entering the care of New Jersey State

13     Prison, dental care providers on May 31, 2019,

14     plaintiff never had any fillings or dental surgery

15     whatsoever performed on tooth 14."

16               Is that correct?

17          A.     Everything you just read is correct.

18          Q.     And is it true and accurate that prior

19     to entering the care of the New Jersey State Prison

20     dental care providers on May 31, 2019, you never had

21     any fillings or dental surgery performed on

22     tooth 14?

23          A.     That's correct.  I may have --

24     (inaudible) surgery on tooth No. 14 prior to

25     entering the care of Rutgers University Health Care

Page 39

1    on May 30, 2014.

2          Q.    Did you ever have any fillings or dental

3    surgery prior to May 31, 2019 on tooth 14?

4          A.    Yes.

5          Q.    What were those procedures, if you

6    remember?

7          A.    Off the top of my head I don't

8    remember.  I was a lot younger.  However, there are

9    writings that would refresh my recollection.  These

10   writings in the dental (inaudible) required to be

11   prepared of my mouth at top and bottom rows were

12   created as part of the routine organizational

13   practice of dental, licensed by the board when I was

14   in Union County Jail and also here in the New Jersey

15   State Prison.

16         Q.    Do you recall, without the records,

17   whether you ever had any cavities before May 31,

18   2019?

19         A.    I do.  Otherwise I would not have

20   fillings.

21         Q.    Okay.  Do you have any idea of which

22   tooth you had cavities in which were then required

23   fillings prior to May 31, 2019?

24         A.    It would help of me to look at the

25   inside of my mouth because there are fillings in

Page 40

1    those too.

2         Q.    Do you have any estimate how many,

3    approximately, how many fillings you have in your

4    mouth?

5         A.    I can't recall off the top of my head.

6    As I said, that was over ten years ago.

7         Q.    That's true.

8         A.    I take very good care of my teeth.

9         Q.    So, okay.   That's fine.

10        So, it is true that you have other

11   fillings in your mouth that occurred prior to

12   May 31, 2019, regardless how many you do have, some?

13   Correct?

14        A.    There are some.

15        Q.    Okay.   You ever --

16        A.    However, I want to clarify.

17        They are from when I was really, really

18   young.  Before I reached the age of -- majority --

19   they were from as when I didn't take as good care of

20   my teeth.  Since having these, I've taken meticulous

21   care of my teeth.

22        Q.    I want to know if you had any other

23   fillings in your mouth.

24        A.    I do.

25        Q.    So if we can keep going, there is a

Page 41

1   reference in paragraph 3 to a visit scheduled for

2   June 7, 2019 for a tooth cleaning that you were

3   unable to attend.

4           Do you have any recollection as to why

5   it was you were unable to attend that tooth cleaning

6   June 7, 2019?

7       A.    I do not recall off the top of my head.

8   However, there are writings that would refresh my

9   recollection.  These are the traffic control records

10  which I previously indicated and also the officers'

11  logbook at the unit I was housed on at that point in

12  time which I can't remember off the top of my head.

13      Q.    That's fine.  I'm trying to get your

14  general recollection without the documents at the

15  moment.

16          If you go further down this

17  paragraph -- I am sorry.  Further down to paragraph

18  4, it talks about, and I'm summarizing, feel free to

19  review it carefully, "On June 11, 2019, plaintiff

20  was examined by Samuel Lopez D.M.D."

21          And it states that "as part of this

22  examination, plaintiff's mouth was radiographically

23  imaged by Panorex to show what fillings he had."

24          Do you see that?

25      A.    I do.

Page 42

1          Q.    I read only a portion of the sentence.
2    I want to stop there for a moment.
3          A.    It's not the full sentence and federal
4    rule of evidence 1006.  Read the full sentence.
5          Q.    I read the full sentence.  I didn't
6    read the whole paragraph.
7          A.    "The dental records of other inmates
8    imaged by the Panorex before and after this date, as
9    well as maintenance records of the Panorex machine
10   and related fiscal expenditure records show and are
11   believed to show that the Panorex was in good
12   working condition before and after this date with no
13   intervening maintenance performed on it."
14               I would like to define the word
15   "Panorex."
16          Q.    I asked --
17          A.    You asked me -- talked over any --
18   (crosstalk) -- and I have to finish saying the
19   entirety of the writing, which you are excerpting
20   the (inaudible) define comes from, I believe, the
21   (inaudible) which means all and/or recollection
22   which means earlier on in this deposition I
23   described when Dr. Samuel Lopez used an x-ray
24   machine that was on a beam table swinging crane arm
25   and took an image of the left side of my mouth, the

Page 43

1    front of my mouth and right side of my mouth.

2              When I wrote this, it was my

3    understanding of that term that the machine he used

4    to do that was termed a Panorex.

5         Q.    What is --

6         A.    You should know.

7         Q.    What was your basis of your

8    understanding it was a Panorex?

9         A.    The logical route of the record means

10   Panorex when he took an x-ray of all of my mouth I

11   assumed because of the term of the device that that

12   was what that was called.

13        Q.    Do you know -- did you see the word

14   "Panorex" on the machine itself?

15        A.    That is a negative.

16        Q.    Did anyone tell you that Dr. Lopez was

17   using a Panorex machine?

18        A.    Nobody told me he was using a Panorex

19   machine.  However, he did say that I am going to

20   take an x-ray of your mouth.  Okay?

21        Q.    So we have no dispute as I understand

22   your mouth was x-rayed.  What I understand there is

23   a question what -- as to what type of machine was

24   actually used.

25              Is that correct?

Page 44

1          A.    If you are conceding there is no

2    dispute, my mouth was x-rayed.  Hundred percent

3    correct.  My mouth was definitely x-rayed on this

4    day.

5          Q.    You believe your mouth was x-rayed.

6                My question is, how do you know it was

7    x-rayed by a Panorex?

8          A.    I'll be the first to admit I don't know

9    what a Panorex looks like.

10         Q.    Okay.

11         A.    I do know that the x-ray machine that

12   he used on my mouth was on a metal crane arm, looked

13   kind of like an elbow, two handles on either side of

14   it.  He put it up to my mouth and held it

15   approximately six inches from the left side of my

16   face and made me bite on the same lead thing and

17   moved it around to the front of me and left the lead

18   thing inside of the mouth and made another image on

19   the right side of my mouth.

20               This machine, what was on the elbow

21   crane arm was what I believed he was referring to

22   when he said Panorex.

23         Q.    Let me ask you:

24               While he was taking the images of your

25   mouth, do you have any recollection of whether he

Page 45

1    took one complete picture or whether he took three

2    separate snapshots.

3            If you remember.

4        A.    I do not have the technical expertise

5    to answer this question.

6        Q.    Okay.  That's fair.

7        A.    If you would like me to speculate.

8        Q.    No.  I don't want you to speculate.

9            Let's go down further in this paragraph

10   which is the second sentence you already read and

11   you referenced "maintenance records of the Panorex

12   machine and related fiscal expenditure records."

13           What maintenance records are you

14   talking about?

15       A.    The machine that I described is still

16   located in the North Compound Clinic.  From time to

17   time machines such as that break down.  When these

18   parts break down they must be replaced.  There is

19   wear and tear on the machines.  They have film

20   rolls, they have possibly electronic links like

21   fiber optics, USB ports.  Each of these parts of

22   this machine eventually break down and must be

23   replaced or fixed.

24           The records of each of these parts that

25   have worn down must be replaced or fixed is what I

Page 46

1    was referring to as the maintenance records.

2            Q.    Have you ever seen them?

3            A.    No.  But it's common sense.  A machine

4    will have maintenance records.

5            Q.    What about the physical expenditure

6    records.

7                  Have you ever seen those?

8            A.    It's a very broad question.  I'm going

9    to try to parse it.

10                 I have seen there are salary statements

11   for New Jersey dentists, I believe, in the stuff you

12   sent me where he has a time sheet.  I know there are

13   fiscal expenditures relating to wages.  You also

14   indicated in representations to me there are orders

15   of dental records, namely amalgamated, namely

16   Lidocaine, they come in certain units.

17                 Likewise, it flows from logical

18   conclusion if there is a routine organizational

19   practice in making orders which inventories any

20   parts of any nonrenewable resource like film that's

21   required for this machine, would need to be kept at

22   Rutgers University Health Care and/or the New Jersey

23   Department of Corrections.

24           Q.    Okay.  So I understand you are making

25   an assumption based on logic the records exist.

Page 47

1                   Is that right?

2          A.    I'm making an observation based on the

3    routine or at the request of New Jersey Department

4    of Corrections, as has been demonstrated by

5    documents which you have provided for me.

6                   Now, on paragraph 5 there is a

7    reference -- excuse me, Counsel.  I am sorry to

8    interrupt.  You just turned your page.

9                   Which page are you turning to?

10         Q.    Page 7.

11         A.    Thank you.

12         Q.    On paragraph 5 of page 7, I will read

13   the entire paragraph.  "On June 26, 2019, Riez

14   performed a teeth cleaning on plaintiff.  Riez made

15   a record of this in which he indicated 'routed to DA

16   for continuation of TX.'"

17                  Did I read that correctly?

18         A.    Counsel, you have not read a sentence

19   at the top of this page.  Is -- that is part of

20   paragraph 4?

21         Q.    I'm not reading --

22         A.    Excuse me.  You know what, Ma'am?  I

23   would like -- (crosstalk) -- this is the third time

24   you've spoken over me during this deposition.  I'm

25   asking, you know, please stop abusive harassment

Page 48

1  talking over me when I'm trying to finish my answer.

2  If you do not, I'll have to pause this deposition

3  and move for a protective order.

4          What I was saying in response to a --

5  what you were reading was a faithful rendition of

6  what is written on this document.  I notice that

7  part of paragraph 4 you had left out was "this

8  examination was performed as an inevitable

9  consequence of Riez making the entry in paragraph 3

10 routed to DA for dental intake."

11         Now, in this context, which is required

12 by the federal rule of (inaudible) for completeness

13 of the paragraph you just read paragraph 5 says, "On

14 June 26, 2019 Riez performed the teeth cleaning on

15 plaintiff.  Riez made a report of this in which he

16 indicated 'routed to DA for continuation of TX.'"

17         I'm finished.  Thank you.

18     Q.    Mr. McGillvary, because you feel

19 compelled to continue to put things on the record,

20 I'm also going to add to the record.

21         I'm entitled to ask you about a

22 specific paragraph, the entirety of paragraph 5.  If

23 I do have any questions about paragraph 4, which is

24 why I didn't read it, I would appreciate if you

25 would specifically answer the questions I'm

Page 49

1    directing to you.  If you think there is something I

2    left out, that's fair, but I was specifically

3    addressing paragraph 5.

4              So let's go to paragraph 5, which we've

5    now both read into the record.  I wanted to ask you

6    about that specific cleaning by Mr. Riez that you

7    allege on January 26, 2019.  My first question is:

8              Do you have a recollection, as you sit

9    here today, of the January 26, 2019 cleaning?

10    A.    I have a vague recollection of it.

11    Doesn't stand out vividly in my mind, but this

12    writing has definitely helped my recollection.  Yes.

13    Thank you.

14    Q.    So, does this writing, which is your

15    writing, work to help refresh your recollection as

16    to the cleaning on June 26, 2019?

17    A.    That is what I said.  Yes.

18    Q.    So, were there any -- let me ask you

19    this:

20              Do you recall during this June 26, 2019

21    cleaning what equipment, if any, Mr. Riez used?

22    A.    I recall that Mr. Riez used a dental

23    drill.  He used a dental drill that had a detachable

24    tip on it.

25    Q.    What makes you think it was a drill?

Page 50

1          A.      Because of the high-pitched whining
2    sound it made.
3          Q.      Did you have any issues following the
4    cleaning on June 26, 2019 that Mr. Riez did to your
5    teeth?
6          A.      My teeth were very sensitive to hot and
7    cold liquids following this cleaning from my
8    recollection.
9          Q.      Okay.
10         A.      That has been refreshed by this record.
11         Q.      Any other issues?
12         A.      Not from that particular cleaning.  No.
13         Q.      Now, in paragraph 6 there is a
14   reference to dental surgery on tooth No. 3.  You can
15   certainly read the entire paragraph 6 to yourself.
16   My question is:
17              If this refreshes your recollection as
18   to what the dental surgery on tooth No. 3 -- the
19   dental treatment on tooth No. 3 on January 7 of
20   2020, acting on information from the Panorex in
21   paragraph No. 4, Lopez performed dental surgery on
22   plaintiff's tooth No. 3, this treatment was
23   performed as an inevitable consequence of Riez
24   making the entry in paragraph No. 5 routed to DA for
25   continuation of DX.

Page 51

1          A.     I've finished answering.

2          Q.     Well, you read me the paragraph, but

3    you -- do you have a recollection of what this specific

4    dental surgery was on tooth No. 3?

5          A.     I recalled that Lopez used his dental

6    drill to prepare of -- the area of the tooth after

7    inserting a needle that had a carp of Lidocaine in

8    it to -- used to anesthetize the surrounding area of

9    the tooth he operated on.

10               After he used this carp of Lidocaine,

11   he used the dental drill to prepare it and used

12   amalgam of some sort which he prepared and placed

13   into the tooth.

14         Q.     Is it your understanding he was filling

15   the tooth once he did the drilling?

16         A.     It was my understanding that he did a

17   filling procedure on my tooth.

18         Q.     Did you understand there had been a

19   cavity in that tooth?

20         A.     It was my understanding there was a

21   cavity in that tooth he had taken an x-ray of.

22         Q.     Just so we are clear, tooth No. 3 is

23   not part of this lawsuit.

24               Is that correct?

25         A.     That is correct.  Except for what

Page 52

1    you've just read as a context for routed to DA for

2    continuation of TX.

3         Q.    Let me ask this question then:

4               Why is that relevant to this lawsuit?

5         A.    Because of paragraph No. 4, the part

6    you had left out where he routed to DA for dental

7    intake which dental intake Lopez performed the

8    x-rays of my mouth.

9         Q.    Is there an issue with routing you to

10   the dentist by the dental hygienist or is that part

11   of the process?  I'm trying to understand how it

12   relates.

13        A.    If you recall later on in this

14   deposition I stated in Spring of 2021 I went for a

15   biannual prophylaxis with your client, Rahmo Riez,

16   for continuation is because your client Rahmo Riez

17   indicated in the medical report that was created of

18   that Spring 2021 by prophylaxis that I was routed to

19   DA for continuation of TX.  Because of the routine

20   organizational practice of Rutgers University

21   Correctional Health Care scheduling, for an inmate

22   to return for x-rays after your client writes such

23   things in the medicine report, it is very salient

24   that particular type of entry is pointed out for

25   those reasons.

Page 53

1          Q.     Would you say that the Mr. Riez's entry

2     of routing you to the dentist for dental intake or

3     x-rays or whatever the next step is, is a negative

4     issue or something that is part of his job to get

5     your continued dental care?

6                    I'm trying to understand.

7          A.     I would say it indicates I --

8     thereafter, a record was created.  The fact he wrote

9     it, it says standing alone is not good nor bad.  The

10    fact the -- and thereafter, the medical record for

11    me going to back to the North Compound Clinic and

12    receiving a filling procedure on my tooth No. 3,

13    plus the fact that that medical record is now

14    missing is something that is very wrong.  Medical

15    records like that should not go missing.

16         Q.     So the one with respect to the June 26,

17    2019 is your indication that Mr. -- I want to

18    understand that Mr. Riez indicated on the medical

19    record you were going to see the dentist and in fact

20    saw the dentist.

21                  Is that fair for purposes of this one?

22         A.     You are saying on paragraph 5 when he

23    would route to DA for continuation of TX?

24         Q.     Right.

25         A.     That was after going back to the

Page 54

1    dentist on January 2nd of 2020 for continuation of

2    TX.   TX is a short form for treatment.

3         Q.    That is what happened.  Correct?  You

4    then went for treatment?

5         A.    Approximately six months later I went

6    back for treatment.  Yes.

7         Q.    As you sit here today, do you recall

8    whether there were any visits between June 2019 and

9    January 2020?

10        A.    I can't recollect off the top of my

11   head.  It's been almost half a decade.

12        Q.    If we flip now to page 8, paragraph 10,

13   bottom of page 8, there is a reference to an

14   April 15, 2021 cleaning by Mr. Riez.

15              Do you see that?

16        A.    The whole thing says he performed the

17   teeth cleaning on plaintiff.  Riez made a report of

18   this in which he indicated "routed to DA for

19   biennial exam/x-ray and routed to DMD for

20   co-signature."

21        Q.    That's a correct reading of paragraph

22   10.  My question is:

23              Do you recall the visit on April 15,

24   2021 in which Riez performed a teeth cleaning on

25   you?

Page 55

1        A.    That I -- that was the visit I referred

2    to earlier on in Spring of 2021.

3        Q.    Okay.

4        A.    My recollection is Riez wrote it was

5    April 15, 2021.

6        Q.    So at least, according to this

7    complaint, we have at least two visits you had with

8    Mr. Riez for dental cleaning.

9             Is that correct?

10        A.    That is correct.

11        Q.    Were there any issues that resulted

12    from the April 15, 2021 dental cleaning by Mr. Riez

13    of your teeth?

14        A.    Afterwards I had extreme sensitivity

15    from my enamel coming into contact with hot or cold

16    liquids.

17        Q.    Did you report that or go back to see a

18    dentist about this sensitivity?

19        A.    I did not.

20        Q.    Did the sensitivity go away after a

21    certain period of time?

22        A.    Yes.

23        Q.    Is that the same for the prior visit as

24    well?  The sensitivity went away as well?

25        A.    The prior tooth cleaning?

Page 56

1          Q.    Prior tooth cleaning.

2          A.    Prior tooth cleaning.  Yeah.

3          Q.    I would like to take you through No. 11

4     because I have some questions as to the date

5     sequence.  I'm going to read this in pieces.  We can

6     certainly read the rest in a minute.

7               You say paragraph, "On date subsequent

8     to April 15, 2021, but before the date of 12,

9     plaintiff was recalled to Lopez for a dental exam

10    and x-ray."

11              When I looked down at 12 it appears you

12    are talking about a period leading up to the

13    Covid-19 lockdown in December of 2021.

14              So I'm trying to understand in 11, is

15    the period of time you are talking about between

16    April 15th, 2021 and December 2021?

17         A.    I'm sorry.  You just talked in circles

18    around me.  I don't understand the question.

19              Can you please repeat?

20         Q.    I'm trying to understand what you

21    wrote.  You referenced a day subsequent to April 15,

22    2021 but before the date of 12.

23         A.    Uh-huh.

24         Q.    And then in 12 you say, "During the

25    period leading up to the Covid lockdown in

Page 57

1    December 2021."

2        A.    Yeah.

3        Q.    So, I'm trying to figure out what the

4    time frame is, what you are talking about in

5    connection with this recall by before Lopez for

6    dental exam and x-ray.

7            Am I correct to believe that the timing

8    for that recall is between April 15, 2021 and

9    December of 2021, according to the way you drafted

10   this?

11       A.    In order to answer your question I

12   specified the -- yeah, I drafted this.  I'm not a

13   lawyer.  I have never been to law school.  The most

14   I've done is read some books in the law library how

15   to put together a civil rights complaint.  I feel

16   sometimes like I'm stuck in the middle of a forest

17   with no map when it comes to writing out this

18   complex legalese stuff.  Certainly, when I was --

19   (inaudible) four years ago I was far less fluid in

20   legal terms.

21           When I wrote this two weeks leading up

22   to Christmas, when the lockdown happened around that

23   area, but it was after when I went and Riez, routed

24   to DA for the x-ray in order to indicate that the

25   two are related.

Page 58

1       Q.   Okay.

2       A.   I wanted to clarify.  The x-ray that

3  was performed on the left side of my mouth by Lopez,

4  what I'm referring to, was on the same date he

5  referred me to your client, Rahmo Riez, to fill the

6  filling on my mouth, but the x-ray happened prior to

7  that.

8       Q.   Is it your testimony that Mr. Riez

9  performed the work on tooth 14 and not Dr. Lopez?

10      A.   You said his name defendant.

11          At any point leading up -- I need to

12  specify the identity of who you are talking about.

13          Rahmo, R-a-h-m-o, Riez, R-i-e-z.  Is

14  that the proper legal spelling of his name?

15       Q.   That's what I'm talking about

16  throughout --

17      A.   Thank you.

18       Q.   -- if I said Riez.

19      A.   Thank you.

20       Q.   That's fine.

21      A.   I wanted to clarify.

22       Q.   That's all we are talking about.

23      A.   I'm explicitly stating it was Ronald

24  Riez that performed the dental surgery on my

25  tooth 14 and not Samuel Lopez even though he was

Page 59

1    present.  Samuel Lopez sent me to the surgery on my

2    tooth 14.

3            Q.    It's your testimony that Dr. Lopez was

4    present, but Mr. Riez, my client, actually did the

5    work on tooth 14?

6            A.    With Samuel Lopez present in the next

7    room over.  That's correct.

8            Q.    What is the date that that happened?

9            A.    A writing would refresh my

10   recollection.  This writing is the traffic control

11   records for the date which this occurred.

12               To narrow the amounts of when this

13   would be, the officer log Six Right, traffic control

14   both roll logs, the North Compound Clinic officer.

15               The North Compound Clinic traffic

16   control log would indicate me going to the North

17   Compound Clinic for this dental procedure.  It is

18   one of the days and weeks leading up to Christmas

19   which are indicated on your complaint Rahmo Riez's

20   time sheets which you provided to me in response to

21   my subpoena for the Rutgers University Correctional

22   Health Care.

23           Q.    So I am clear, it is your testimony

24   that Mr. Riez performed the surgery on tooth 14

25   sometime in the time period leading up to the weeks

Page 60

1    before Christmas in 2021?

2                    Am I correct --

3         A.    That is correct.

4         Q.    -- about that?

5         A.    Yes.

6         Q.    Okay.  If we focus on our paragraph 13,

7    which is on the next page.

8         A.    Page 10.

9         Q.    Correct.

10        A.    I'm on page 10, paragraph 13.

11        Q.    I want to understand this is where your

12   allegations indicate that you were recalled to the

13   North Compound Clinic of New Jersey State Prison for

14   a filling on tooth 14 and that Dr. Lopez allowed

15   Riez, my client, to perform the procedure on you.

16                    Is this correct?

17        A.    That is correct.

18        Q.    Okay?

19        A.    Excuse me, Counsel.  I'm going to stand

20   up and briefly stretch my legs.

21                    (Pause on the record.)

22                    Just for the record, I'm on a stool.

23   That's different from the seats from which you are

24   sitting on.

25        Q.    Would you like to switch?

Page 61

1       A.    I wouldn't do this to a lady.  No.  You

2   are welcome to keep the chair.

3       Q.    So, on paragraph 13 you also -- this is

4   a long paragraph.  I would like to break it down.

5   We already covered the beginning.

6           This is, as I understand it, you

7   reference a conversation you had with Mr. Riez.  And

8   so, I would like you to read this paragraph to

9   yourself and tell me if this is the discussion that

10  you had with him that you discussed earlier that he

11  said he made more money at the prison than in

12  private practice.

13      A.    This writing refreshes my recollection.

14          This writing was made within a couple

15  months after the conversation back in 2022.  This

16  paragraph, right here, definitely reflects what he

17  said.

18          I asked him why he worked in a prison

19  instead of private practice.  Your client responded

20  by laughing derisively and stating, "I make money

21  here.  I get paid by the procedure."

22          This is shortly before he applied the

23  dental drill to my tooth No. 14 so hard that it

24  hurt, despite the anesthesia and such that I could

25  smell the burnt tooth enamel.  That was immediately

Page 62

1   apparent to me.

2        Q.   So, to be clear, in connection with the

3   your allegations as I understand them, is that

4   Mr. Riez used a drill hard on your tooth.  Correct?

5        A.   Those are part of my --

6        Q.   Part of your allegations.  And I want

7   to know that it was this visit sometime leading up

8   to Christmas of 2021 in the December 2021 time frame

9   this alleged incident occurred.

10            Is that right?

11       A.   I need to mark down the incident to

12  define that term is when he used the drill to drill

13  into my tooth 14.  After he did that extremely hard

14  in a way that was intended to cause pain and

15  suffering, he then applied amalgam which was there

16  to the hole that he had done into my tooth 14.

17            Now, the incident itself is comprised

18  of him pressing the drill to create a cavity and a

19  fracture in the tooth itself after which he put in

20  amalgam while the fracture undermined the structural

21  integrity of the tooth.  The entire procedure of

22  both the application of the drill with excessive

23  force as well as the application of the amalgam in a

24  surgical procedure was what I'm referring to.

25       Q.   So I think that's where I'm confused.

Page 63

1              Was my understanding Dr. Lopez, based

2     on your testimony, located a cavity and then

3     allegedly sent you to Mr. Riez to have the repair

4     done.  The surgery.

5              Am I incorrect that Dr. Lopez has

6     already located a cavity before you sat in the chair

7     with Riez according to this?

8         A.    Are you talking about tooth 14 or

9     conflating --

10        Q.    No.  I'm talking about tooth 14.

11        A.    This is 2021.

12        Q.    (Nods)

13        A.    Riez indicated in the April 2015 there

14    was a cavity present on tooth No. 14.  When I

15    returned in the weeks leading up to Christmas of

16    2021, Dr. Lopez used the x-ray to create an image of

17    my tooth No. 14.  There was indeed a cavity there

18    and then he sent me over on that same day to your

19    client Rahmo Riez at which point Rahmo Riez had a

20    conversation with me and as he finished saying that

21    used the dental drill to perform the incident that I

22    just defined.

23        Q.    The incident was in connection with the

24    repairing of a cavity.  Correct?

25        A.    It was a cavity on tooth No. 14.

Page 64

1          Q.    At that point it's your testimony that
2    Riez used a drill, a dental drill and applied it to
3    tooth 14 so hard it hurt despite the anesthesia.
4    Correct?
5               That's part of your allegation?
6          A.    You said a lot of words.  Sounds like
7    he used the drill aggressively he said.
8          Q.    No.  I used your words "he applied the
9    dental drill on tooth 14 so hard it hurt despite the
10   anesthesia."
11         A.    That's correct.
12         Q.    What kind of anesthesia were you under?
13         A.    He applied Lidocaine -- Riez, not Lopez,
14   applied a carp of Lidocaine to the surrounding
15   tissue of tooth No. 14.  He used a needle to do
16   this.
17         Q.    And was the purpose of the anesthesia
18   to numb that area of the mouth?
19         A.    That's correct.
20         Q.    Was your mouth numbed?
21         A.    It was numb, yet I still felt pain
22   despite that because of how hard he used the drill.
23         Q.    Was Dr. Lopez in the room at any
24   portion of the time that Mr. Riez was allegedly
25   repairing the cavity including the drilling?

Page 65

1          A.     Dr. Lopez was in his office which is

2    visible from the room which this was occurring.  He

3    described the layout.  There are two different

4    dental services rooms.  The one where Riez was

5    performing the dental surgery was on the far left

6    side.

7                 When you walk in the North Compound

8    Clinic there is another one to the right of that

9    room which has a door waylaid to it with no door on

10   it.  This is another one besides that second room

11   which does not have a dental chair in it which is,

12   rather, the dentist office.  Samuel Lopez was in his

13   office for the duration of that procedure.  It was

14   within sight of where I was sitting.  He could

15   observe the entire procedure at that time.

16          Q.     Do you know whether he was observing?

17          A.     I don't know.  He -- it was out of my

18   field of vision.

19          Q.     Can we go down to the next paragraph

20   which the first sentence of that paragraph reads,

21   "On January 11, 2022 the cusp of plaintiff's

22   tooth 14 broke off in plaintiff's mouth."

23                 I can see it's not the complete

24   paragraph, but I want to talk about this sentence

25   first.

Page 66

1          A.    I have a typo in this sentence.

2          Q.    What is that?

3          A.    January 11.

4          Q.    Okay.

5          A.    I don't think it was that day.

6          Q.    What do you think the date was?

7          A.    I think it was a couple days before

8    that.  I'm not sure.  There is a writing that would

9    refresh my recollection though.

10         Q.    What was --

11         A.    There is medical records created of the

12   emergency dental services slip I put it on the kiosk

13   I described early on.  I described inmates

14   requesting medical services.  I put in that request

15   in the very morning, very day after the cusp broke

16   off but I'm certain it was a single digit in

17   January.  Might have been the 8th or 9th.

18         Q.    Well --

19         A.    If you have --

20         Q.    I don't know if I have the document you

21   are referring to, but I do have a document that I

22   would like to show you to see if it helps one way or

23   the other.

24               I'm going to ask the court reporter to

25   mark that.

Page 67

1              (Document dated August 25,

2          2022, received and marked McGillvary

3          Exhibit 2, for identification.)

4    BY MS. RAYMOND-FLOOD:

5         Q.    Mr. McGillvary, I'm handing you a

6    document marked for identification as McGillvary 2.

7              It appears to me to bea  document that

8    was put into the kiosk.  It is dated August 25,

9    2022.  I don't believe this is the document you were

10   referring to but it does make a reference to the

11   date of the emergency slip that you put in as well

12   as the date that the --. of January 11 about the

13   cusp.

14             I'm going to show it to you to see if

15   it helps your recollection to see if that is the

16   correct or incorrect date in your complaint.

17        A.    Oh.  This document does say January 11

18   cusp, same molar, January 2 emergency dental

19   request.  However, I'm fairly confident it was

20   before that.  There was a single digit.  Although

21   this does say that, I have grave misgivings this is

22   not the correct date.

23        Q.    Let me ask you:

24             The document you are holding, do you

25   recognize that document?

Page 68

1          A.    I do recognize this document.  It was

2     created months after the document that I said would

3     refresh my recollection.

4               So, my recollection, immediately after

5     the cusp broke out, is far better contemporaneously

6     than it was before.

7          Q.    So, it's your testimony you believe

8     that your January 11, 2022 date is incorrect and

9     that it, in fact, was earlier than January in single

10    digits in the approximately January 8 or 10 time

11    frame.

12              Is that correct?

13         A.    I believe so.  Yes.

14         Q.    So, whether it's January 7 or

15    January 11 or some date in between there, explain to

16    us what happened, what you were doing and what

17    happened when the portion of the tooth broke.

18         A.    I was listening to music on my bunk and

19    I noticed that my tooth felt like it was loose or

20    something and I felt -- I felt it with the tip of my

21    tongue and it cracked and there is a big chunk of

22    the tooth had come out.  There was a hole inside of

23    my tooth.  I could feel the nerve of my tooth there.

24         Q.    Did you -- were you able to take any piece

25    of the tooth out with your hand?  Did you see a

Page 69

1   piece?

2         A.    I could not see a piece of the -- no.

3         Q.    Let me ask this question:  Between the

4   December 2021 dental surgery or filling and January

5   time frame when the tooth broke, did you have any

6   other issues between those dates related to that

7   tooth?

8         A.    I had soreness in that area of my

9   mouth.

10        Q.    Anything else?  I am sorry.  I didn't

11  mean to interrupt you.

12        A.    I had soreness in that area of my mouth

13  from the time he did the operation until the time

14  the cusp fell out and thereafter it only got worse.

15        Q.    And were you able to eat on this side

16  of your mouth during the December through January

17  time frame?

18        A.    It's been a couple years.  But I can't

19  remember at the present if I was -- started chewing

20  on the right side of my mouth after this or leading

21  up to it.  But after the procedure itself -- I was

22  not eating on this side of my mouth after the cusp

23  fell out.  I was not trying to get anything into

24  the tooth nerve because it was exposed.

25        Q.    What did you do when the cusp fell out?

Page 70

1          A.    Because it was evening time, I was not

2    able to get out to use the kiosk until the next

3    morning so I fretted about it and tossed and turned

4    and was largely unable to sleep until I got to the

5    kiosk to write the dental request form.

6          Q.    In your next paragraph on page 11 of

7    your complaint you talk about an MR007 form you

8    filled out January 12 -- January 2022.

9               Is that the form you are referencing

10   the emergency form?

11         A.    Is that the form you are referencing?

12   Are you talking about Exhibit McGillvary 2?

13         Q.    I'm talking about the reference that

14   actually says Exhibit C, but on January 12, 2022,

15   put an emergency dental request MR007 form in on the

16   NJSP West Compound Six Right kiosk.

17              See that?

18         A.    Oh, yeah.  That's not the one I'm

19   holding in my hand you handed me.

20         Q.    I did not mean to reference that

21   document.

22              So the document that's referenced in

23   paragraph 16 is not McGillvary 2, but it is another

24   emergency dental request MR0007 form.  Correct?

25         A.    Yes.  That's the one I incorporated

Page 71

1    into this Document 3 of the document on this case as

2    Exhibit C.  That's the one I sent.

3          Q.    You put in an emergency dental request

4    on January 12, 2022.

5                Is that correct?

6          A.    That is correct.

7          Q.    If we go down to paragraph 18, this

8    references a January 14, 2022 visit by Lopez and

9    Riez to yourself.

10               Is that correct?

11         A.    That is correct.

12         Q.    Tell me what happened during that visit

13   and if you wish to review paragraph 18 to refresh

14   your recollection, feel free.

15         A.    Dr. Lopez visited my cell, although

16   Bernhard created the report of this afterwards,

17   Lopez and your client Riez both appeared at my cell,

18   which I believe was written in the Six Right

19   officers' logbook for this date.

20               When they arrived in my cell, Lopez

21   looked inside of my mouth and he stated that I

22   needed dental surgery to fix my tooth, that it

23   couldn't happen until after lockdown was over.

24         Q.    The lockdown you are referring to

25   relates to Covid.

Page 72

1                Is that correct?

2          A.    The lockdown I'm referring to is

3    Covid-19 lockdown from Christmas 2021 until the

4    around the end of January 2022.  There is writings

5    that will refresh my recollection for the exact

6    dates at which this lockdown occurred.  These

7    writings are the traffic control records which are

8    in the custody and control of the New Jersey

9    Department of Corrections.

10         Q.    Was it your understanding, during the

11   lockdown, that dental work could not be done?

12         A.    Based on representation made to me by

13   Lopez at this visit that was my understanding.

14         Q.    So, if we continue with your complaint,

15   it appears to me from your paragraph 19 that you

16   were seen by Dr. Lopez on February 1st, 2022 in the

17   North Compound Clinic.

18                Is that correct?

19         A.    That is correct.

20         Q.    And when you talk about the North

21   Compound Clinic, that is where you've been referring

22   to for the course of this deposition where your

23   dental work was being done?

24         A.    The North Compound Clinic is the place

25   I referred to in the traffic control records.  The

Page 73

1   records are created of me coming to and coming from

2   this entire deposition.

3           Q.    It's the clinic where you were having

4   your dental work done?

5           A.    North Compound clinics is where my --

6           Q.    I wanted to make sure.

7           A.    You had said he seen me first in 2022.

8   I want to find what I meant.  He had seen me.  Riez

9   radiograph imaged my tooth 14, apical x-ray which

10  is the same machine as the -- (inaudible) or

11  recollection.  But as far as I'm aware, peri means

12  around and apical means a specific area where he

13  used the machine to photograph a specific area of my

14  mouth.

15          This x-ray showed a filling that was --

16  showed a filling intact and a cusp in the filling of

17  tooth 14 that broke off and that was important

18  because the filling itself was still in the tooth on

19  February 1st of 2022 and it was the cusp that had

20  been fractured by Rahmo Riez that it came off during

21  the lockdown.  That's what I meant by he seen me.  I

22  finished answering the question.

23          I would like to go back to this x-ray.

24          Q.    How is it you draw a distinction

25  between the Panorex and periapical x-ray --

Page 74

1    p-e-r-i-a-p-i-c-a-l, for the court reporter -- why

2    is it you made -- how did you make a difference?

3                    Did you talk about periapical?

4         A.    I didn't mean to.

5         Q.    How did you know the difference between

6    these two x-ray machines?  How did you know the

7    difference, other than the language?

8         A.    There is no reason other than the

9    language I would know.

10                   What would I do, physiologically, peri

11   means round and apical came from the same word

12   "apogee" or specific area.

13        Q.    So, but it's your testimony it was the

14   same machine with the arm that was used for this

15   x-ray as well as the prior x-ray.

16                   Is that right?

17        A.    The difference then, the distinction

18   I'm drawing is the etymology, Panorex means the

19   entire mouth and periapical means a specific area

20   around.

21        Q.    I understand the distinction you are

22   drawing.  I want to understand if it was the same

23   physical machine that was used.

24        A.    Unless it was replaced between the two

25   times.  I don't know.

Page 75

1      Q.    Okay.

2      A.    I don't have the technical knowledge to

3   be able to identify one machine from another.  If

4   they went in there and removed one machine and

5   replaced it in the intervening time, I wouldn't be

6   able to recognize that to look at it.  For all I

7   know it could have been an entirely different

8   machine but it resembled the first machine.

9      Q.    Now, what is your basis or your

10  statement the tooth broke due to the dental drilling

11  of Riez?

12        Why do you say that?

13     A.    A writing will refresh my recollection.

14  This document I'm holding in my hand on paragraph

15  20, it says on March 19 dentist Joel Bernhard

16  performed a filing on my tooth 14.

17        During this procedure, I asked Bernhard

18  why the cusp broke off and he specifically stated to

19  me "the structural integrity of the tooth had been

20  undermined from the inside."

21     Q.    Did he say how it had been undermined

22  from the inside?

23     A.    He didn't have to.  There is only one

24  person who had access to the inside of that tooth.

25  It was your client, Rahmo Riez.

Page 76

1        Q.    Did he discuss the possibility with you
2   the cavity or the decay on the tooth could have
3   potentially caused the undermining from the inside?
4        A.    He actually said that.
5             Now, first of all, I want to refer back
6   to paragraph 18 that there was a report stating that
7   the area was chipped -- filling had a chipped --
8   filling stating there was a filling within the
9   tooth, not a cavity per se, but a filling was
10  already in the tooth.
11            Now back to paragraph 20.    Joel Bernhard
12  said March 9, 2022, because of the delay in the
13  procedure, there would be permanent discoloration
14  that disfigured my tooth No. 14.
15       Q.    I appreciate that, but I would like for
16  you to answer my question which is:
17            Did Dr. Bernhard discuss with you what
18  could have undermined the integrity of the tooth
19  from the inside?  Specifically discussed with you
20  what would have done that?
21       A.    I thought I answered that question just
22  now.
23       Q.    I don't think so.  So let's try it
24  again.
25       A.    Can you rephrase it?

Page 77

1          Q.    Sure.

2          A.    Good.

3          Q.    Did Dr. Bernhard state, you quoted him

4    as stating, "the structural integrity of the tooth

5    had been undermined from the inside."

6                Did he tell you what may have

7    undermined the structural integrity of the tooth?

8          A.    There was an implication to it is that

9    the drill your client had used during the procedure,

10   that he performed in the weeks leading up to

11   Christmas 2021, which is what undermined it from the

12   inside.

13         Q.    He didn't actually say that.

14               Is that fair?

15         A.    He didn't say verbatim, but the --

16         Q.    Why that is?

17         A.    Nobody had access to the inside of my

18   tooth.

19         Q.    Let me ask this:

20               Did he discuss with you either,

21   anything about the cavity that was filled, the

22   filling or the decay of tooth 14 when he was talking

23   to you on March 9, 2022?

24         A.    He indicated that it was a mechanical

25   act, not a decay act, that undermined the structural

Page 78

1    integrity.  He indicated it was pressure from the

2    inside.  I don't recall the exact words he used

3    because what he said the structural integrity of the

4    tooth was undermined.  He was speaking of a

5    mechanical force, not a force of decay.

6           Q.    Did he use a mechanical force?

7           A.    I don't recall exactly the term he

8    used.

9           Q.    I'm not going through them in any

10   detail in terms of the paragraphs.  This talks about

11   the other inmates that you discussed when you

12   refused the cleaning and the other inmates that you

13   asked around in the West Compound.  I want to make

14   sure you've given us the name of any inmates you

15   specifically recall.

16                Is there anyone else you recall, other

17   than the individuals you told us earlier?

18           A.    Not with certainty.  Daniel Lawrence

19   and Don Fitch.

20           Q.    Okay.  I did have one clarification

21   question on the top of page 15.  You've discussed or

22   state -- did you get there, number?

23                "In addition to two months of constant

24   and severe pain and suffering, the ongoing loss of

25   pleasure and enjoyment from drinking hot and iced

Page 79

1   liquid has caused plaintiff mental anguish and

2   emotional distress."

3           Do you see that?

4       A.    I see that.

5       Q.    Did I read that correctly?

6       A.    In addition to a month, two months of

7   constant and severe pain and suffering, I want to

8   refer to the two months going from the beginning

9   of -- beginning of January when the cusp fell off my

10  tooth until March 9 when the surgery Riez finally

11  performed.

12          There was all of that time from the end

13  of January until March 9 when the prison was no

14  longer on lockdown yet.  I was not called to the

15  clinic during that entire time.  My tooth nerve was

16  exposed during which time it -- any time I had food

17  in my mouth there was an ice cube in my mouth.

18          Anytime I had hot -- I've stated for

19  two months my nerve was exposed.  I was in serious

20  pain.  I didn't think that I needed treatment.  I

21  didn't get treatment during that entire time and

22  thereafter I -- drinking iced liquids caused intense

23  pain on this side of my mouth and during this time

24  when I did not have dental treatment it was hard to

25  sleep.

Page 80

1           I was thinking this is a prison

2     environment which a -- (inaudible) if I get -- in

3     the upper said of my mouth where that tooth was, it

4     could go straight to my brain, cause abscess, cause

5     brain damage.  PTSD, the constant -- because of

6     the -- from this tooth, the exposed nerve was --

7     which caused secondary flashbacks.  Made it I was

8     not able to sleep properly.  Made it I had panic

9     attacks.  It caused mental anguish and emotional

10    distress.

11                      (Recess.)

12                      (Whereupon, a technical

13           problem with the Court Stenographer's

14           equipment occurred off the record.)

15    BY MS. RAYMOND-FLOOD:

16         Q.    Mr. McGillvary, you gave us your

17    explanation of how you were feeling during the two

18    months that I referenced in paragraph 24.

19           I just wanted to understand.  You

20    referenced two-month time frame from January to

21    March 9.

22         A.    That's correct.

23         Q.    I also want to understand.  Was part of

24    the January time frame the Covid lockdown?

25         A.    Part of the January time frame from

Page 81

1   when the cusp fell out until the end of the Covid

2   lockdown was, I believe, the end of January which I

3   said there is writings to refresh my recollection.

4   Those are traffic control records.

5        Q.    And between the time of the Covid

6   lockdown ended and March 9, do you recall whether

7   you put in any additional emergency or sick call

8   slips for your tooth?

9        A.    I was still waiting for them from the

10  first one and I was called to the North Compound

11  Clinic by Samuel Lopez on February 1st and he

12  indicated that there was supposed to be a filling

13  done on it.  At that point I was under the

14  impression that any day now I could be called over

15  to North Compound Clinic and I was just waiting for

16  them to do this.

17       Q.    And that filling ultimately was done,

18  according to your complaint on March 9.

19             Is that correct?

20       A.    On March 9.  I want to clarify.

21             It is expected of inmates not to make

22  excessive grievances or medical requests when you've

23  already placed in a medical request for this same

24  issue.  Actually, you can get a charge for that in

25  the inmate handbook.

Page 82

1        Q.    Who did the filling on March the 9th?

2        A.    A writing would refresh my

3  recollection.  Could you just look at my complaint?

4        Q.    Sure.

5        A.    I think it was Joel Bernhard.  I want

6  to check.

7        Q.    Yup.

8        A.    It's been a couple years.  Yes.  It was

9  Joel Bernhard March 29, 2022.

10       Q.    Okay.  During the discussion we were

11  having right before the break, you were talking

12  about the triggering of your PTSD.

13            I'm trying to get an understanding of

14  what was the initial cause of your PTSD to the

15  extent you know.

16       A.    I'm going to object.  It calls for

17  privileged material like medical records privilege

18  as well as Fifth Amendment.  I don't really want to

19  talk about it.  I invoke the Fifth Amendment on this

20  too.

21       Q.    Is your PTSD part of your damage claim

22  in this case?  Or are you waiving that portion of

23  the damage claim?

24       A.    Whoa.

25       Q.    I just want to understand.

Page 83

1              If you are waiving it, we don't have to

2    talk about it, if it's part of your damage claim,

3    I --

4         A.    The PTSD was preexisting prior to the

5    incident your client caused me.

6         Q.    Did your PTSD that occurred prior to

7    your interactions with Mr. Riez have anything to do

8    with dental care?

9         A.    It did not.  What I was saying was

10   triggered.  A triggering of PTSD.  When you reach a

11   certain threshold of anxiety, it causes flashbacks

12   to the traumatic events that caused the PTSD in the

13   first place.  It was -- does not make those traumatic

14   events relevant to this.  The disorder is

15   neurological in nature.  As far as what I'm aware,

16   parts of my brain have been hard wired because of

17   that trauma.  If intense anxiety and pain occurs, it

18   causes those symptoms to be kindled.

19        Q.    Have you been treating or did you treat

20   for the rekindling of the PTSD following these

21   dental issues while you were at New Jersey State

22   Prison?

23        A.    You are asking specifically in

24   regards to the triggering of it?

25        Q.    Yes.

Page 84

1          A.    The treatment I do is DBH, dielectric

2     behavioral therapy.  This involves mindfulness

3     medication.  It involves the use of certain

4     interpersonal skills.  There is mnemonics such as

5     accept and proof accepts [sic] is short for

6     objectivity contribution.

7               So, in comparison to when things were

8     worse, emotional changes, physical state changes,

9     body changes and sensational changes and changes

10    that -- sensation having cold shower and stuff

11    like that to get your mind off of the stress.

12              In this terms of DBH, I utilized DBT

13    therapy to deal with some of the anxiety and

14    triggers I was experiencing because of the internal

15    pain in the tooth and going to the dental clinic

16    where your client has did that to me which is also

17    triggering now.

18         Q.    Have you discussed with your mental

19    health professionals ways to overcome the issue with

20    having further dental care?

21         A.    You are asking me specific regards to

22    the dental care?

23         Q.    Yes.

24         A.    I think I did around the time when I

25    was undergoing the most intense triggers.  However,

Page 85

1    I can't recall off the top of my head.  I do know I've

2    discussed my PTSD with him.  But in terms of what's

3    relevant to this action, some of what I've discussed

4    with them is privileged and nonrelevant.

5           Q.    Are you still experiencing any results

6    of the PTSD that, as you testified, was triggered by

7    the dental care by Mr. Riez?

8           A.    To the PTSD is the condition?

9           Q.    Uh-huh.

10          A.    It is a preexisting condition that

11   existed completely apart from Mr. Riez.  However,

12   the neurological condition has a constellation of

13   effects such as sleep loss, anxiety, panic attacks,

14   flashbacks, night terrors and these are triggered by

15   intense amounts of stress.  So to say it was caused

16   by Mr. Riez was kind of a conflating.

17              The condition itself was exacerbated

18   because of the stresses caused by the injury

19   inflicted by Mr. Riez.  I want to clarify there was

20   a distinction.  He didn't cause the PTSD, he

21   exacerbated preexisting condition.

22          Q.    Has the exacerbation of the preexisting

23   condition been resolved as of today?

24          A.    No.  I avoid the dental clinic because

25   I don't want to get triggered.

Page 86

1              Part of DBT is avoiding triggering

2    events if you know you can't handle it.  I don't

3    want to sit in a dental chair knowing the guy who

4    deliberately broke my tooth is in the next room.  It

5    causes panic attacks and I don't want to act out.

6         Q.    And when you say that Mr. Riez

7    deliberately broke your tooth, I just want to

8    understand why you believe it was he did it

9    deliberately.

10        A.    So Riez -- was this a question?

11        Q.    Yes.

12        A.    You want to know what it was he did --

13        Q.    No.

14        A.    -- or said?

15        Q.    Let me rephrase.

16              Why is it that you believe Mr. Riez

17   deliberately damaged your tooth?

18        A.    To me, the circumstantial evidence that

19   there have been other inmates whose teeth have been

20   broken in a similar way.  Left without care.  The

21   fact there is -- there has been standard around

22   New Jersey State Prison of treating inmates as

23   though they are not deserving of medical care.

24              The fact that I could smell the tooth

25   enamel, I did not smell that from any other one

Page 87

1    doing dental work and others.  I'm feeling kind

2    of -- I have a lot of intense emotions right now

3    trying to describe it.  I'm feeling triggered

4    describing this and remembering that there are

5    different circumstantial evidences I outlined in my

6    complaint that led me to believe what he did was

7    intentional.

8         Q.    I have to ask this question:

9               If you are feeling triggered, would you

10   like to stop this deposition?

11        A.    I would like to do some breathing

12   exercises for 30 seconds if you don't mind.

13        Q.    That's fine.

14               I don't have very much more.  I'm

15   actually going through my notes as we speak to see

16   if there is anything else I want to ask you about.

17                    (Pause on the record.)

18   BY MS. RAYMOND-FLOOD:

19        Q.    Mr. McGillvary, do you --

20        A.    Are we back on the record?

21               THE STENOGRAPHER:  Yes.

22        Q.    You have been affirmed by the court

23   stenographer.

24               As you sit here today, do you still

25   experience any pain in tooth 14?

Page 88

1          A.      Whenever I have really hot or really

2    cold liquids.  In the summertime there is extreme

3    heat waves.  This is a non-air conditioning

4    facility.  I live in a unit with the only type of

5    air movement there is is the fans we have in the

6    cell.

7                  So, in order to cool down when it's 100

8    degrees, because these buildings, they bake with the

9    sun's rays and hold heat throughout the night, if

10   it's 100, 104 and it holds the heat throughout the

11   night, in order to cool down before this injury to

12   my tooth I was drinking ice cold water.  I was

13   chewing ice cubes.  It brought down my core

14   temperature during the heat waves.

15                 Instead of being able to do this, I'm

16   unable to cool down in this way.  Not only is there

17   a pain to the tooth itself when it's extremely hot

18   during the heat waves, I'm not able to cool down

19   with water as I experience body aches from the heat.

20   I don't know what other types of long-term health

21   facts that could cause being constantly too hot.

22   I'm not able to cool down.  It has had a detrimental

23   effect on my health.

24          Q.      Have you discussed that with any of the

25   medical providers in the prison?

Page 89

1          A.    Other than what I've put on the medical
2     record?  No.
3          Q.    Have you discussed that with --
4     strike that.
5                Let me start with have you discussed
6     with any of the dentists, any additional work that
7     could be done to that tooth 14 to prevent the
8     sensation of hot and cold?
9          A.    I had put in a notice of claim form.
10    Shortly after I had asked -- and the other
11    inmates -- and notice of claim form I put to the
12    State of New Jersey, which is a supervisor under
13    which New Jersey Department of Corrections and State
14    University of Rutgers operate and I asked them if
15    they could let me see mental -- dental health
16    professionals other than Bernhard and Riez and they
17    wrote back and said no.
18         Q.    Did you discuss it with Dr. Bernhard or
19    Dr. Lopez?
20         A.    I stated I didn't want to let Riez near
21    my mouth again and that was it.  I didn't want to
22    sit in that dental chair in the North Compound
23    Clinic anymore and this was it.
24         Q.    You did not -- have not since spoken to
25    Dr. Lopez or Dr. Bernhard?

Page 90

1          A.    A couple months after I went to North

2    Compound Clinic in 2022 in the summer, I believe it

3    was August 23, based on what I read here from my

4    recollection, I went back to the clinic and I

5    believe it was Dr. Bernhard.  There is a writing to

6    refresh my recollection.

7          Q.    Feel free to review it.

8          A.    I went back on October 6th.

9          Q.    What happened then?

10          A.    Okay.  Lopez is the one who booked me

11    in for a cleaning.  I sat in the chair.  My PTSD was

12    triggered and I refused the tooth cleaning.

13               Lopez, he said -- that your client's

14    name was Ronald Riez, R-o-n-a-l-d.  I asked for the

15    spelling.  He gave me a false spelling of it and

16    I -- he said I'm reading here a note he created

17    contemporaneously with this.

18          Q.    Where are you?

19          A.    I'm on paragraph 30 of document 1 --

20          Q.    Yes.

21          A.    -- you marked in this deposition as

22    McGillvary 1.  I'm reading Lopez's note he created

23    contemporaneously.  He is saying in here "I cannot

24    make any sense to the patient that the hygienist did

25    not see him."

Page 91

1          This whole note, when I received it as

2    part of my request for medical records -- I'm trying

3    to find where it was I received it -- reading this,

4    what he put there just completely destroyed my faith

5    in him as a professional.

6          Q.    Why is that?

7          A.    First of all, he doesn't have a command

8    of the English language, for one.  Second of all, he

9    seems to be trying to cover up the fact that he

10   cited Ronald Riez to perform the operation on tooth

11   No. 14.

12         This -- you asked me to refer to a

13   paragraph beginning of this deposition about a

14   confederacy of health professionals as to kind

15   covered up afterwards.  His clear indication was he

16   was trying to cover up the fact Ronald Riez breaking

17   my tooth under his supervision.  That's why.

18         Q.    Let's get into a little bit about the

19   discussion you had with Dr. Lopez on October 6, 2022

20   date.

21         Did he -- did he dispute with you

22   Mr. Riez was the one who did surgery on your tooth?

23         A.    He was as ambiguous in person as he was

24   in this written note.  I couldn't make sense of how

25   he was referring to things as though he was being

Page 92

1    deliberately ambiguous.

2         Q.    Did he ever tell you that it was he who

3    did the tooth surgery and not Riez?

4         A.    He did not say any such thing.  I would

5    have immediately said, what the hell are you talking

6    about.

7         Q.    When you say he was ambiguous, what do

8    you recall him saying that was ambiguous?

9         A.    I can't recall verbatim what he said.

10   It's been a couple years.

11        Q.    Okay.

12        A.    I recall it was hard to make sense what

13   he was saying.  It seemed he was being deliberately

14   ambiguous, something, somebody, qualifying,

15   qualification for a medical license and with the

16   letter.

17        Q.    You went to see him.  Was it for the

18   cleaning or to ask him for Mr. Riez's name?

19        A.    Are you asking my purpose or are you

20   asking the purpose of the visit?

21        Q.    So let's break this down.

22              What was the purpose of the visit?

23        A.    They scheduled me to go back for a

24   teeth cleaning from the one I refused.

25        Q.    You refuse again October 6, 2022.

Page 93

1    Correct?

2         A.    I refused again because the dental

3    service room has become an environmental trigger for

4    me or sitting in that chair that sets off my PTSD

5    because of the associations that have been made in

6    my mind between that dental services room or that

7    and the injury to my tooth and the surrounding

8    distress I felt over that.

9         Q.    While you were in that room October 6,

10   2022 or at some point you refused the cleaning, was

11   it then that you asked Dr. Lopez for Mr. Riez's

12   name?

13        A.    As I was refusing, signing the refusal

14   form, I asked him as I was filling in the form to

15   give me a spelling of the dental hygienist name that

16   performed the filling on my tooth and he gave me

17   that -- he gave me Ronald Riez.  Referring to your

18   client Ronald Riez.

19        Q.    He gave that because you asked him for

20   the name of the hygienist?

21        A.    The one who did -- I asked him what is

22   the name of that guy who did the filling on my

23   tooth.

24        Q.    Did he confirm for you on this

25   October 6, 2022 visit it was Riez that did the

Page 94

1   filling of your tooth?

2        A.   He didn't confirm anything in my mind

3   because of his ambiguity.  It was hard to

4   understand -- I'm trying to say this in a gentle

5   way.

6        Q.   You don't have to.

7        A.   He needs to go back to school and learn

8   English.  I don't understand what he says.

9        Q.   Let me mark this one last document.

10                  (Consent for medical, dental

11              or surgical treatment form dated

12              10/6/22, received and marked as

13              McGillvary Exhibit 3, for

14              identification.)

15  BY MS. RAYMOND-FLOOD:

16       Q.   I'm going to show you a document marked

17  McGillvary 3 which is dated October 6, 2022, which

18  appears to be signed by you.

19                  I'm handing you that document.

20       A.   On this document I wrote in my refusal:

21  "Ronald Riez deliberately broke my tooth.  I'm

22  having a panic attack in the treatment chair."  I

23  signed and dated it October 6, 2022.

24       Q.   Is this the document you are referring

25  to that you filled out during the October 6, 2022

Page 95

1    visit to refuse the cleaning?

2         A.    That is correct.

3         Q.    Is this also the document you were

4    trying to get Mr. Riez's name so you could complete

5    this document and you asked Dr. Lopez for the

6    hygienist's name?

7         A.    That is correct.

8         Q.    Dr. Lopez also signed off on this

9    document October 6, 2022 confirming, in fact, you

10   refused the cleaning.  Did you?

11        A.    He did not do this in my presence.  I

12   can testify to that.  It's outside of my personal

13   knowledge.  Appears to be a signature on the bottom.

14        Q.    That's fine.  You are familiar enough

15   with the top portion where you read it and you can

16   authenticate this portion above your signature line

17   that you -- well, a little below as well.

18             Just to be clear, do you recall filling

19   out this section that says "Ronald Riez deliberately

20   broke my tooth and I'm having a panic attack in the

21   dentist chair.  I want to but anxiety is too much"?

22             Can you confirm you were the person in

23   fact that filled this out?

24        A.    I needed to find that.  You said filled

25   that out.

Page 96

1          Q.    The words I just read.

2          A.    Please don't talk over me.  I'm

3     answering the question.

4                When I filled out this form I needed to

5     make a record of the fact I was having a panic

6     attack and I want treatment but the anxiety is too

7     much.

8                So, in terms of part two where it says

9     I understand the nature of the condition, I refused

10    to be transported.  I may be subject to disciplinary

11    action.  It talks about all these things.  I

12    specifically said in the part beneath that I want

13    treatment, but the anxiety is too much.  That's what

14    I wrote.

15         Q.    From those sentences right there, "I'm

16    having a panic attack.  I want treatment but the

17    anxiety is too much," is your handwriting and that

18    is what you personally wrote?

19         A.    I personally wrote that myself.  That

20    is my handwriting.  I recognize that.

21         Q.    Okay.  Did anything occur after this

22    refusal where you were disciplined?  Were you sent

23    to mental health?  Did anything happen as a result

24    of this treatment refusal?

25         A.    I can't recall.

Page 97

1          Q.    Okay.  After this October 6, 2022
2    cleaning visit that you refused, did you seek any
3    mental health treatment?
4          A.    That's too broad.  That's a privileged
5    term.
6                Are you asking specifically in -- in
7    regard to the dental?
8          Q.    I'm specifying the panic attack when
9    you were in the dentist chair.
10         A.    I performed DBT myself.  I continued to
11   meet with my psychologist at the appointed times.
12   However, my psychologist has given me a set of
13   coping mechanisms that they expect me to follow my
14   treatment plan.  And without waiving my objections
15   I, without divulging mental health years, I think
16   they expect me to do DBT myself.
17                This isn't exactly The Sands Beach
18   Resort where they do the rehab or the other, the
19   Mayo Clinic.  This ain't that.
20         Q.    Have you had -- did you have any
21   specific discussion with your mental health provider
22   regarding this particular panic attack?
23         A.    Not that I can recall.
24         Q.    Okay.  Great.  I don't have anything
25   further.  We are finished.

```
                                              Page 98
 1          A.    Okay.
 2                    (Discussion held off the
 3             record.)
 4               MS. RAYMOND-FLOOD:  We are going to
 5     continue your deposition for the next minute.
 6                    You are still under oath.
 7     BY MS. RAYMOND-FLOOD:
 8          Q.    You were beginning to tell us, when we
 9     went off the record, what the document that you have
10     in front of you is.
11                Would you please explain it?
12          A.    Just to clarify I've been affirmed, you
13     know -- I'm sorry.  I've been under oath.  So the
14     witness's -- sorry.
15               THE WITNESS:  The document here, I
16     would like to have this marked for evidence.
17                    (Handwritten document,
18             received and marked as McGillvary
19             Exhibit 4, for identification.)
20          A.    So you can be sure I didn't pull a
21     switcheroo with this, that was the first page on the
22     note pad I grabbed from the law library yesterday.
23                Yesterday, the law library held a
24     single judge motion under federal rule of the
25     Appellate Procedure 27C to every single judge in
```

Page 99

1    U.S. Court of Appeals regarding a document that was

2    received by the Central District of California, but

3    has now been entered onto the record.

4              And so I had to file a return receipt

5    with the notice of intent to stand on pleading that

6    was sent to both the U.S. Court of Appeals this

7    morning, I received it yesterday and each of those

8    three digit codes on that represents the initials of

9    a judge in the U.S. Court of Appeals for the Ninth

10   Circuit.

11        Q.    Does that have anything to do with this

12   case?

13        A.    Nothing to do with this case.  Because

14   I brought it to deposition I just wanted you to know

15   what it was.

16              MS. RAYMOND-FLOOD:  Thank you very

17    much.

18                   (Whereupon, the witness was

19                   excused and the proceedings adjourned

20                   at 1:30 p.m.)

21

22

23

24

25

Page 100

1                          C E R T I F I C A T E

2

3

4          I, LORI N. LEWKOWITZ, a Certified Court Reporter and

5     Notary Public of the State of New Jersey, and Certified

6     Shorthand Reporter of the State of New York, certify that

7     the foregoing is a true and accurate transcript of the

8     stenographic notes of the deposition of said witness who

9     was first duly sworn by me, on the date and place

10    hereinbefore set forth.

11

12          I DO FURTHER CERTIFY that I am neither a relative,

13    nor employee, nor attorney or counsel to any parties

14    involved; that I am neither related to any of the parties

15    to this action by blood or by marriage, and that I am not

16    financially interested in this matter.

17

18

19

20

21

22    ---------------------------

23    LORI N. LEWKOWITZ, C.C.R.

24    N.J. C.C.R. No.: XI002229

25    N.Y. C.S.R. No.: 001041

**[001041 - 4]**

| 0 | | | |
|---|---|---|---|
| **001041** 100:25 | 64:3,9,15 | 41:2,6,19 | **22** 1:15 2:7 |
| **01** 9:21 | 65:22 71:8 | 47:13 48:14 | **23** 90:3 |
| **08611** 2:7 | 73:9,17 75:16 | 49:7,9,16,20 | **24** 80:18 |
| **08807** 3:7 | 76:14 77:22 | 50:4 53:17 | **25** 4:14 67:1,8 |

**0**

**001041** 100:25
**01** 9:21
**08611** 2:7
**08807** 3:7

**1**

**1** 4:13 29:8,11
90:19,22
**10** 54:12,22
60:8,10 68:10
**10/6/22** 4:16
94:12
**100** 88:7,10
**1006** 32:5 42:4
**104** 88:10
**105** 37:23
**11** 41:19 56:3
56:14 65:21
66:3 67:12,17
68:8,15 70:6
**12** 56:8,11,22
56:24 70:8,14
71:4
**13** 9:11 60:6,10
61:3
**14** 21:10,13
24:22 32:25
38:15,22,24
39:3 58:9,25
59:2,5,24
60:14 61:23
62:13,16 63:8
63:10,14,17,25

64:3,9,15
65:22 71:8
73:9,17 75:16
76:14 77:22
87:25 89:7
91:11
**15** 54:14,23
55:5,12 56:8
56:21 57:8
78:21
**15th** 56:16
**16** 70:23
**18** 71:7,13 76:6
**19** 56:13 72:3
72:15 75:15
**1:06** 1:16 2:8
**1:30** 99:20
**1st** 72:16 73:19
81:11

**2**

**2** 4:14 13:14
38:11 67:3,6
67:18 70:12,23
**20** 75:15 76:11
**2013** 9:7 10:7,9
10:20 28:21
**2014** 9:11 39:1
**2015** 63:13
**2019** 9:2,7,8,10
22:18,20 23:2
23:18 28:21
38:13,20 39:3
39:18,23 40:12

41:2,6,19
47:13 48:14
49:7,9,16,20
50:4 53:17
54:8
**2020** 24:20
25:3 50:20
54:1,9
**2021** 12:11
20:6,8,16,23
23:3 25:9
32:24 52:14,18
54:14,24 55:2
55:5,12 56:8
56:13,16,16,22
57:1,8,9 60:1
62:8,8 63:11
63:16 69:4
72:3 77:11
**2022** 4:14
25:20 30:17
31:6 33:13
61:15 65:21
67:2,9 68:8
70:8,14 71:4,8
72:4,16 73:7
73:19 76:12
77:23 82:9
90:2 91:19
92:25 93:10,25
94:17,23,25
95:9 97:1
**2025** 1:15 2:7

**22** 1:15 2:7
**23** 90:3
**24** 80:18
**25** 4:14 67:1,8
49:7,9,16,20
50:4 53:16
**27c** 98:25
**28usc1746**
30:13
**29** 4:13 82:9
**2nd** 31:6 54:1

**3**

**3** 4:15 30:6
31:8,19 41:1
48:9 50:14,18
50:19,22 51:4
51:22 53:12
71:1 94:13,17
**30** 39:1 87:12
90:19
**30th** 30:16
**31** 38:13,20
39:3,17,23
40:12
**39** 29:25 30:3
**3:22-06430** 1:3

**4**

**4** 4:17 41:18
47:20 48:7,23
50:21 52:5
98:19

**[400 - anesthesia]**                                    Page 2

| | | | |
|---|---|---|---|
| **400**  3:6 | **94**  4:16 | **action**  29:23 | **agreement** |
| **5** | **9658**  100:20 | 30:7 85:3 | 34:16 |
| **5**  4:4,7 31:24 | **98**  4:17 | 96:11 100:15 | **ain't**  97:19 |
| 47:6,12 48:13 | **9th**  66:17 82:1 | **actions**  34:19 | **air**  88:3,5 |
| 48:22 49:3,4 | **a** | **activities**  38:9 | **al**  1:9 |
| 50:24 53:22 | **a.i.**  30:25 31:1 | **acts**  36:20 | **allegation**  64:5 |
| **6** | **ability**  8:11,13 | 37:13 | **allegations** |
| **6**  38:10 50:13 | **able**  12:10 13:5 | **actually**  43:24 | 60:12 62:3,6 |
| 50:15 91:19 | 19:11 68:24 | 59:4 70:14 | **allege**  49:7 |
| 92:25 93:9,25 | 69:15 70:2 | 76:4 77:13 | **alleged**  62:9 |
| 94:17,23,25 | 75:3,6 80:8 | 81:24 87:15 | **allegedly**  63:3 |
| 95:9 97:1 | 88:15,18,22 | **add**  48:20 | 64:24 |
| **600**  2:6 | **above**  2:2 30:9 | **addition**  19:15 | **allied**  37:16 |
| **62**  14:23 | 95:16 | 26:20 78:23 | **allowed**  60:14 |
| **66**  4:14 | **abscess**  80:4 | 79:6 | **altering**  32:9 |
| **6th**  90:8 | **abusive**  47:25 | **additional**  17:1 | **amalgam**  51:12 |
| **7** | **accept**  84:5 | 81:7 89:6 | 62:15,20,23 |
| **7**  41:2,6 47:10 | **accepts**  84:5 | **addressing** | **amalgamated** |
| 47:12 50:19 | **access**  8:5,6 | 49:3 | 46:15 |
| 68:14 | 24:12,13 75:24 | **adjacent**  21:11 | **ambiguity**  94:3 |
| **722-0700**  3:10 | 77:17 | **adjourned** | **ambiguous** |
| **8** | **accessing**  12:14 | 99:19 | 27:9 91:23 |
| **8**  54:12,13 | **accurate**  7:7 | **admit**  44:8 | 92:1,7,8,14 |
| 68:10 | 30:14 38:18 | **advancement** | **amendment** |
| **82**  30:4 | 100:7 | 30:25 | 10:10,21 82:18 |
| **8th**  3:6 66:17 | **aches**  88:19 | **affect**  8:11,13 | 82:19 |
| **9** | **acknowledged** | **affirmed**  5:2,19 | **amounts**  59:12 |
| **9**  76:12 77:23 | 17:10 | 87:22 98:12 | 85:15 |
| 79:10,13 80:21 | **acronym**  18:9 | **afternoon**  2:8 | **analysis**  18:9 |
| 81:6,18,20 | **act**  77:25,25 | **age**  40:18 | 18:10 |
| **908**  3:10 | 86:5 | **aggressively** | **anesthesia** |
| | **acting**  50:20 | 64:7 | 61:24 64:3,10 |
| | | **ago**  40:6 57:19 | 64:12,17 |

[anesthetize - back]    Page 3

| | | | |
|---|---|---|---|
| **anesthetize** 51:8 | 56:11 67:7 72:15 94:18 95:13 | **arm** 42:24 44:12,21 74:14 | 97:8,22 |
| **anguish** 79:1 80:9 | **appellate** 98:25 **application** | **arrived** 23:17 71:20 | **attacks** 80:9 85:13 86:5 |
| **annually** 29:1,3 | 62:22,23 **applied** 61:22 | **arrives** 17:20 **article** 37:20 | **attempt** 27:7 **attend** 41:3,5 |
| **answer** 6:18 8:11,14 11:5 | 62:15 64:2,8 64:13,14 | **ascertain** 7:7 **asked** 6:3 12:4 | **attorney** 100:13 |
| 23:7 27:24,25 45:5 48:1,25 | **appointed** 97:11 | 27:8 33:1 34:6 35:15 36:13 | **attorneys** 3:5 **audio** 7:4 |
| 57:11 76:16 | **appointment** 15:7 19:17 | 42:16,17 61:18 75:17 78:13 | **august** 4:14 67:1,8 90:3 |
| **answered** 76:21 | **appointments** 20:1 | 89:10,14 90:14 91:12 93:11,14 | **authenticate** 95:16 |
| **answering** 21:21 23:12 | **appreciate** 11:25 48:24 | 93:19,21 95:5 **asking** 28:24 | **automatically** 15:9 |
| 25:8 26:25 33:11 51:1 | 76:15 **approximately** | 35:6,16 36:1,7 47:25 83:23 | **avoid** 85:24 **avoiding** 86:1 |
| 73:22 96:3 | 2:8 8:1 22:15 26:10 40:3 | 84:21 92:19,20 97:6 | **aware** 7:22 15:8 16:25 |
| **anxiety** 83:11 83:17 84:13 | 44:15 54:5 68:10 | **associate** 3:15 **association** | 20:3 21:24 22:10 23:25 |
| 85:13 95:21 96:6,13,17 | **april** 9:8 54:14 54:23 55:5,12 | 37:11 38:2 **associations** | 24:11 73:11 83:15 |
| **anymore** 89:23 **anytime** 79:18 | 56:8,16,21 57:8 63:13 | 93:5 **assume** 6:1 | **b** |
| **apart** 85:11 **apical** 73:9,12 | **area** 51:6,8 57:23 64:18 | **assumed** 43:11 **assumption** | **b** 4:10 5:1 **back** 11:21 |
| 74:11 **apogee** 74:12 | 69:8,12 73:12 73:13 74:12,19 | 46:25 **attached** 4:19 | 24:19 33:13 34:5 35:12 |
| **apologize** 20:14 **apparent** 62:1 | 76:7 **argue** 11:19 | 29:13 31:10 **attaches** 16:8 | 53:11,25 54:6 55:17 61:15 |
| **appeals** 99:1,6 99:9 | | **attack** 94:22 95:20 96:6,16 | 73:23 76:5,11 87:20 89:17 |
| **appeared** 71:17 **appears** 18:22 18:23 29:23 | | | 90:4,8 92:23 |

[back - calls]                                                                Page 4

94:7
**background**
  11:2
**bad**  53:9
**bake**  88:8
**based**  46:25
  47:2 63:1
  72:12 90:3
**basis**  12:17
  13:24 28:10
  32:18,21 36:9
  43:7 75:9
**bea**  67:7
**beach**  97:17
**beam**  42:24
**began**  10:7,7
**beginning**  10:9
  24:19 25:3,20
  61:5 79:8,9
  91:13 98:8
**behavioral**
  84:2
**belief**  30:15
**believe**  9:21
  18:9 20:16
  21:5 22:2
  24:19 29:3
  32:21 36:12
  37:8 42:20
  44:5 46:11
  57:7 67:9 68:7
  68:13 71:18
  81:2 86:8,16
  87:6 90:2,5

**believed**  34:11
  42:11 44:21
**beneath**  96:12
**benefit**  37:17
**benevolent**
  37:11 38:2
**bernard**  22:7,9
**bernhard**
  71:16 75:15,17
  76:11,17 77:3
  82:5,9 89:16
  89:18,25 90:5
**best**  6:8,18
  30:14
**better**  33:3
  68:5
**biannual**  15:9
  19:22 20:1,3,4
  20:7,18 21:6
  33:14 52:15
**biannually**
  29:1
**biennial**  54:19
**big**  68:21
**bit**  15:4 27:13
  91:18
**bite**  21:9 23:21
  26:15 44:16
**blood**  100:15
**blue**  36:14
**board**  15:22
  23:25 26:22
  39:13

**body**  84:9
  88:19
**booked**  90:10
**books**  57:14
**booth**  16:3
  21:18
**bottom**  24:3
  30:1 31:25
  39:11 54:13
  95:13
**boulevard**  3:6
**box**  19:20
**brain**  80:4,5
  83:16
**break**  6:14 23:8
  45:17,18,22
  61:4 82:11
  92:21
**breaking**  91:16
**breaks**  33:19
**breathing**
  87:11
**bribery**  37:2
**bribes**  36:19,21
**bridgewater**
  3:7
**brief**  29:22
  30:23
**briefly**  29:18
  60:20
**broad**  27:8
  46:8 97:4
**broke**  65:22
  66:15 68:5,17

69:5 73:17
  75:10,18 86:4
  86:7 94:21
  95:20
**broken**  33:25
  34:8 86:20
**brought**  5:11
  18:12 88:13
  99:14
**buildings**  88:8
**bulletin**  15:22
**bunk**  68:18
**burnt**  61:25

---

**c**

**c**  2:1 3:1 5:1,1
  70:14 71:2
  74:1 100:1,1
**c.c.r.**  100:23,24
**c.s.r.**  100:25
**caffeine**  8:13
  8:16
**caleb**  1:6,14 4:4
**california**  9:19
  99:2
**call**  15:12 81:7
**called**  5:2 15:18
  16:13 17:23,23
  20:24 23:18
  24:19 26:11
  43:12 79:14
  81:10,14
**calls**  11:11
  82:16

[card - client]                                                    Page 5

| | | | |
|---|---|---|---|
| **card** 16:8 | 83:5,12 85:15 | 95:21 97:9 | **clarification** |
| **care** 5:11 11:16 | 85:18 | **chance** 31:1 | 78:20 |
| 11:17 13:21,23 | **causes** 83:11,18 | **changed** 27:12 | **clarify** 31:22 |
| 15:5,12 17:2,8 | 86:5 | **changes** 84:8,8 | 40:16 58:2,21 |
| 17:11,15,19 | **cavities** 24:7 | 84:9,9,9 | 81:20 85:19 |
| 18:25 20:22 | 39:17,22 | **chapters** 36:16 | 98:12 |
| 22:25 24:13 | **cavity** 24:21 | **charge** 81:24 | **cleaned** 12:10 |
| 27:20 32:1,7 | 51:19,21 62:18 | **chart** 26:24 | **cleaning** 20:4 |
| 32:15,19 34:9 | 63:2,6,14,17,24 | **charting** 25:2 | 22:21 33:18 |
| 34:18,24 35:3 | 63:25 64:25 | 26:21 | 41:2,5 47:14 |
| 35:11,20 36:10 | 76:2,9 77:21 | **charts** 24:2,4,8 | 48:14 49:6,9 |
| 38:12,13,19,20 | **cell** 17:22 26:6 | 24:9 27:23 | 49:16,21 50:4 |
| 38:25,25 40:8 | 27:4,14 33:15 | **check** 82:6 | 50:7,12 54:14 |
| 40:19,21 46:22 | 71:15,17,20 | **checks** 15:23 | 54:17,24 55:8 |
| 52:21 53:5 | 88:6 | **checkup** 12:11 | 55:12,25 56:1 |
| 59:22 83:8 | **center** 30:1 | **chewing** 69:19 | 56:2 78:12 |
| 84:20,22 85:7 | **central** 99:2 | 88:13 | 90:11,12 92:18 |
| 86:20,23 | **certain** 38:7 | **chipped** 76:7,7 | 92:24 93:10 |
| **carefully** 41:19 | 46:16 55:21 | **christmas** | 95:1,10 97:2 |
| **carp** 51:7,10 | 66:16 83:11 | 20:24 25:13 | **cleanings** 19:25 |
| 64:14 | 84:3 | 32:24 57:22 | 20:6 22:12 |
| **case** 1:3 31:25 | **certainly** 5:15 | 59:18 60:1 | **clear** 13:11 |
| 32:14 71:1 | 6:15 11:17 | 62:8 63:15 | 51:22 59:23 |
| 82:22 99:12,13 | 50:15 56:6 | 72:3 77:11 | 62:2 91:15 |
| **cash** 37:3 | 57:18 | **chunk** 68:21 | 95:18 |
| **cass** 2:6 | **certainty** 78:18 | **circles** 56:17 | **cleared** 26:12 |
| **caught** 32:8 | **certified** 2:3,5 | **circuit** 99:10 | **client** 12:13,15 |
| **cause** 14:5 | 100:4,5 | **circumstantial** | 13:21 21:12 |
| 62:14 80:4,4 | **certify** 100:6,12 | 86:18 87:5 | 25:24 32:24 |
| 82:14 85:20 | **chair** 21:11 | **cited** 91:10 | 33:18 34:11,15 |
| 88:21 | 61:2 63:6 | **civil** 57:15 | 34:19,21,23,23 |
| **caused** 13:9 | 65:11 86:3 | **claim** 82:21,23 | 37:2 52:15,16 |
| 34:8 76:3 79:1 | 89:22 90:11 | 83:2 89:9,11 | 52:22 58:5 |
| 79:22 80:7,9 | 93:4 94:22 | | 59:4 60:15 |

[client - control]

61:19 63:19
71:17 75:25
77:9 83:5
84:16 93:18
**client's** 90:13
**clients** 25:21
26:5 34:8
**clinic** 12:15
15:14 16:10,14
16:16,19 17:19
17:20 21:1,4
21:18,19 22:20
23:19,20 25:10
45:16 53:11
59:14,15,17
60:13 65:8
72:17,21,24
73:3 79:15
81:11,15 84:15
85:24 89:23
90:2,4 97:19
**clinics** 73:5
**codes** 99:8
**coffee** 8:18,19
**cold** 50:7 55:15
84:10 88:2,12
89:8
**collected** 18:7
**collects** 35:22
**color** 36:5
**come** 46:16
68:22
**comes** 37:23
42:20 57:17

**coming** 28:8
55:15 73:1,1
**command** 91:7
**commencing**
2:8
**comments** 5:16
**common** 46:3
**comparison**
84:7
**compelled**
48:19
**complaint** 4:13
28:6 29:6,23
55:7 57:15
59:19 67:16
70:7 72:14
81:18 82:3
87:6
**complete** 45:1
65:23 95:4
**completely**
85:11 91:4
**completeness**
48:12
**completion**
32:12
**complex** 57:18
**compound**
12:15 15:14,25
16:9,13,16,19
17:19,20 20:18
21:1,4,18,19
22:20 23:19,19
25:10 45:16

53:11 59:14,15
59:17 60:13
65:7 70:16
72:17,21,24
73:5 78:13
81:10,15 89:22
90:2
**comprised**
62:17
**conceding** 44:1
**conclusion** 18:5
46:18
**condition** 14:15
42:12 85:8,10
85:12,17,21,23
96:9
**conditioning**
88:3
**conditions** 11:7
**confederacy**
32:1,14 91:14
**confident** 29:4
67:19
**confirm** 93:24
94:2 95:22
**confirming**
95:9
**conflating** 63:9
85:16
**confused** 62:25
**confusing** 5:25
**connection**
5:11 35:24,25
57:5 62:2

63:23
**consent** 4:15
94:10
**consequence**
48:9 50:23
**constant** 78:23
79:7 80:5
**constantly**
88:21
**constellation**
85:12
**contact** 55:15
**contain** 13:7
27:22,23
**contemporan...**
18:4
**contemporan...**
68:5 90:17,23
**context** 48:11
52:1
**continuation**
47:16 48:16
50:25 52:2,16
52:19 53:23
54:1
**continue** 48:19
72:14 98:5
**continued** 53:5
97:10
**contribution**
84:6
**control** 13:22
15:20,24,24
16:3,7,19,22

[control - damage]                                    Page 7

17:14,21 20:17
21:3,17,19
22:23 25:16
41:9 59:10,13
59:16 72:7,8
72:25 81:4
**conversation**
33:1 61:7,15
63:20
**conviction**
10:20
**cool** 88:7,11,16
88:18,22
**copied** 31:2
**copies** 19:7
23:2 27:15,16
27:19
**coping** 97:13
**copy** 7:11
29:14 36:22
37:4
**core** 88:13
**correct** 19:23
19:24 22:1
28:23 30:5,8
30:21 32:22
38:16,17,23
40:13 43:25
44:3 51:24,25
54:3,21 55:9
55:10 57:7
59:7 60:2,3,9
60:16,17 62:4
63:24 64:4,11

64:19 67:16,22
68:12 70:24
71:5,6,10,11
72:1,18,19
80:22 81:19
93:1 95:2,7
**correctional**
9:5,9,12 13:2
13:21 15:12
17:8,11,15
20:21 34:15,20
35:20 52:21
59:21
**corrections**
15:1,17 16:4
16:12 17:7,16
20:21 46:23
47:4 72:9
89:13
**correctly** 47:17
79:5
**counsel** 3:15
7:1 18:17
20:12 23:11
25:6 27:5
33:11 47:7,18
60:19 100:13
**county** 9:8,9,17
9:24 10:1,3,7
28:11 39:14
**couple** 25:24
34:10 61:14
66:7 69:18
82:8 90:1

92:10
**course** 9:24
13:2 16:5,11
36:20 37:6
72:22
**court** 1:1 2:3
6:5 11:22
18:20 31:4,6
66:24 74:1
80:13 87:22
99:1,6,9 100:4
**cover** 32:10
91:9,16
**covered** 61:5
91:15
**covid** 56:13,25
71:25 72:3
80:24 81:1,5
**cracked** 68:21
**crane** 42:24
44:12,21
**create** 24:2
26:23 62:18
63:16
**created** 9:23
15:16,16 16:17
17:7,9 21:3
23:20 24:20,24
28:16 39:12
52:17 53:8
66:11 68:2
71:16 73:1
90:16,22

**creates** 16:4,10
18:6
**criminal** 37:1
**cross** 4:6
**crossing** 3:6
**crosstalk** 42:18
47:23
**cube** 79:17
**cubes** 88:13
**current** 8:10
11:3 12:8,9
**currently** 11:8
14:2 23:3 27:2
27:14
**cusp** 65:21
66:15 67:13,18
68:5 69:14,22
69:25 73:16,19
75:18 79:9
81:1
**custody** 13:22
17:14 72:8

| d |
| --- |

**d** 4:1 90:14
**d.m.d.** 41:20
**da** 47:15 48:10
48:16 50:24
52:1,6,19
53:23 54:18
57:24
**damage** 80:5
82:21,23 83:2

[damaged - describing]                                                    Page 8

| | | | |
|---|---|---|---|
| **damaged** 86:17 | **december** 31:6 | 26:2,2,9,21,24 | 65:12 75:15 |
| **daniel** 33:15 | 56:13,16 57:1 | 27:3,13,23 | 95:21 97:9 |
| 35:14 78:18 | 57:9 62:8 69:4 | 28:12 32:23 | **dentistry** 24:1 |
| **date** 9:25 10:23 | 69:16 | 33:17 34:17,18 | 26:23 28:12 |
| 13:3 16:15,18 | **declare** 30:11 | 35:3,11,24 | **dentists** 24:1 |
| 17:17 21:1,7 | **defendant** 1:10 | 36:1 38:13,14 | 24:15 25:21 |
| 21:15 25:15 | 58:10 | 38:20,21 39:2 | 28:10 46:11 |
| 26:1,4 28:18 | **defendants** 3:5 | 39:10,13 42:7 | 89:6 |
| 42:8,12 56:4,7 | **define** 42:14,20 | 46:15 48:10 | **department** |
| 56:8,22 58:4 | 62:12 | 49:22,23 50:14 | 15:17 16:3,12 |
| 59:8,11 66:6 | **defined** 25:17 | 50:18,19,21 | 17:6,7,16 |
| 67:11,12,16,22 | 63:22 | 51:4,5,11 52:6 | 20:20 46:23 |
| 68:8,15 71:19 | **definitely** 19:6 | 52:7,10 53:2,5 | 47:3 72:9 |
| 91:20 100:9 | 35:25 44:3 | 55:8,12 56:9 | 89:13 |
| **dated** 4:14,16 | 49:12 61:16 | 57:6 58:24 | **depictions** 24:3 |
| 67:1,8 94:11 | **degrees** 88:8 | 59:17 61:23 | **deposed** 8:8 |
| 94:17,23 | **delay** 76:12 | 63:21 64:2,9 | **deposition** 1:14 |
| **dates** 28:7 69:6 | **deliberately** | 65:4,5,11 | 5:14,18 7:3,6 |
| 72:6 | 32:2,8,15,20 | 66:12 67:18 | 7:20,23 11:23 |
| **day** 30:16 | 33:19 35:21 | 69:4 70:5,15 | 16:21 19:5,13 |
| 35:12,13,16 | 36:11 86:4,7,9 | 70:24 71:3,22 | 42:22 47:24 |
| 44:4 56:21 | 86:17 92:1,13 | 72:11,23 73:4 | 48:2 52:14 |
| 63:18 66:5,15 | 94:21 95:19 | 75:10 79:24 | 72:22 73:2 |
| 81:14 | **demonstrated** | 83:8,21 84:15 | 87:10 90:21 |
| **days** 59:18 66:7 | 47:4 | 84:20,22 85:7 | 91:13 98:5 |
| **dbh** 84:1,12 | **dental** 4:15 | 85:24 86:3 | 99:14 100:8 |
| **dbt** 84:12 86:1 | 5:11 11:17 | 87:1 89:15,22 | **derisively** |
| 97:10,16 | 12:8,9,10,14 | 93:2,6,15 | 61:20 |
| **dda** 28:12 | 15:5,7,8 16:6 | 94:10 97:7 | **describe** 87:3 |
| **deal** 84:13 | 17:24,25 18:2 | **dentist** 21:24 | **described** |
| **decade** 22:19 | 19:17 21:10,13 | 23:20 26:6 | 42:23 45:15 |
| 54:11 | 21:25 22:6,9 | 28:17 52:10 | 65:3 66:13,13 |
| **decay** 76:2 | 22:12,21 23:10 | 53:2,19,20 | **describing** 87:4 |
| 77:22,25 78:5 | 24:6,9 25:2 | 54:1 55:18 | |

[description - drink]                                                      Page 9

| | | | |
|---|---|---|---|
| description 4:11 | direct 4:6 5:6 | distinct 20:4 | documents 4:22 13:4,6,12 |
| deserving 86:23 | directing 49:1 | distinction 73:24 74:17,21 | 13:25 18:12,14 |
| designated 17:4 | directly 31:4 | 85:20 | 19:12 41:14 |
| designed 37:13 | disciplinary 96:10 | distress 79:2 | 47:5 |
| desk 15:23 | discipline 36:16 | 80:10 93:8 | doing 25:10 |
| despite 61:24 | disciplined 96:22 | district 1:1,2 99:2 | 68:16 87:1 |
| 64:3,9,22 | disclose 11:13 | divulging 97:15 | don 78:19 |
| destroyed 91:4 | discoloration 76:13 | dmd 54:19 | door 65:9,9 |
| destroying 32:9 | discovery 27:17 | docket 30:6 31:4 | dr 42:23 43:16 58:9 59:3 |
| destruction 34:12,25 | discuss 11:19 76:1,17 77:20 89:18 | doctor 11:6 22:9 28:12,12 | 60:14 63:1,5 63:16 64:23 |
| detachable 49:23 | discussed 61:10 76:19 78:11,21 84:18 85:2,3 88:24 89:3,5 | doctorate 21:25 | 65:1 71:15 72:16 76:17 77:3 89:18,19 89:25,25 90:5 91:19 93:11 95:5,8 |
| detail 78:10 | discussion 7:1 61:9 82:10 91:19 97:21 98:2 | document 4:14 4:17 18:16 29:12,15,17,18 29:22,25 30:6 30:17,19,22,22 30:24,24 31:5 31:7,8,8,8,9,19 31:19,22,24 38:11 48:6 66:20,21 67:1 67:6,7,9,17,24 67:25 68:1,2 70:21,22 71:1 71:1 75:14 90:19 94:9,16 94:19,20,24 95:3,5,9 98:9 98:15,17 99:1 | drafted 57:9,12 |
| detector 16:2 | | | drank 8:16 |
| detrimental 88:22 | | | draw 73:24 |
| device 43:11 | | | drawing 74:18 74:22 |
| diagnosed 12:19 | discussions 35:10 36:8 | | drill 49:23,23 49:25 51:6,11 61:23 62:4,12 62:12,18,22 63:21 64:2,2,7 64:9,22 77:9 |
| dielectric 84:1 | disfigured 76:14 | | |
| difference 74:2 74:5,7,17 | disorder 12:12 12:20 83:14 | | |
| different 23:8 34:22 36:16,21 60:23 65:3 75:7 87:5 | dispute 43:21 44:2 91:21 | | drilling 51:15 64:25 75:10 |
| digit 66:16 67:20 99:8 | | | drink 8:16 |
| digits 68:10 | | | |

[drinking - exist]                                                    Page 10

drinking  10:5
78:25 79:22
88:12
due  75:10
duly  5:3 100:9
duration  65:13
duties  9:25
13:3 16:5,11
36:21 37:7
dx  50:25

e

e  3:1,1 4:1,10
5:1 58:13 74:1
100:1,1
earlier  19:21
20:5 42:22
55:2 61:10
68:9 78:17
early  12:11,11
20:6,8,16
22:17 66:13
eat  69:15
eating  69:22
effect  88:23
effects  85:13
either  18:4 24:9
35:2 44:13
77:20
elbow  44:13,20
electronic
13:17 17:6,9
45:20

eleven  7:22
emergency
26:2 66:12
67:11,18 70:10
70:15,24 71:3
81:7
emotional  79:2
80:9 84:8
emotions  87:2
employee  17:10
17:12 18:4
100:13
employees  13:2
employment
37:7
employs  34:20
enamel  55:15
61:25 86:25
ended  81:6
engaged  37:2
english  91:8
94:8
enjoyment
78:25
entered  34:16
99:3
entering  38:12
38:19,25
enterprise  37:1
entire  47:13
50:15 62:21
65:15 73:2
74:19 79:15,21

entirely  75:7
entirety  42:19
48:22
entitled  2:2
11:15 48:21
entry  48:9
50:24 52:24
53:1
environment
80:2
environmental
93:3
equipment
49:21 80:14
esq  3:8,14
essex  9:9 36:17
estimate  9:20
40:2
et  1:9
etymology
74:18
evening  70:1
events  83:12,14
86:2
eventually
45:22
evidence  32:4
42:4 86:18
98:16
evidences  87:5
exacerbated
85:17,21
exacerbation
85:22

exact  72:5 78:2
exactly  8:2
28:19 78:7
97:17
exam  20:4,19
21:6 26:9,11
26:13 54:19
56:9 57:6
examination
4:6 5:6 18:1
41:22 48:8
examined  5:4
41:20
exams  15:10,10
19:22 20:1,7
except  51:25
excerpting
42:19
excessive  62:22
81:22
excuse  16:2
20:12 23:11
25:6 35:5,13
47:7,22 60:19
excused  99:19
executed  30:16
exercises  87:12
exhibit  18:21
29:8,11 67:3
70:12,14 71:2
94:13 98:19
exhibits  4:19
exist  9:22 12:24
20:19 46:25

[existed - fitch]                                              Page 11

| | | | |
|---|---|---|---|
| existed 85:11 | face 44:16 | feeling 80:17 | 40:11,23 41:23 |
| expect 97:13,16 | facilities 9:5 | 87:1,3,9 | film 45:19 |
| expected 81:21 | facility 9:9,12 | fell 25:23 26:4 | 46:20 |
| expenditure | 23:18 88:4 | 69:14,23,25 | finally 79:10 |
| 42:10 45:12 | fact 24:12 53:8 | 79:9 81:1 | financially |
| 46:5 | 53:10,13,19 | felt 64:21 68:19 | 100:16 |
| expenditures | 68:9 86:21,24 | 68:20,20 93:8 | find 13:19 73:8 |
| 46:13 | 91:9,16 95:9 | fiber 45:21 | 91:3 95:24 |
| experience | 95:23 96:5 | field 65:18 | fine 9:20 16:24 |
| 87:25 88:19 | facts 88:21 | fifth 10:10,21 | 19:9 40:9 |
| experiencing | fair 45:6 49:2 | 82:18,19 | 41:13 58:20 |
| 84:14 85:5 | 53:21 77:14 | figure 57:3 | 87:13 95:14 |
| expertise 45:4 | fairly 67:19 | file 13:12 99:4 | finish 42:18 |
| explain 11:22 | faith 91:4 | filed 13:13 26:1 | 48:1 |
| 18:14,25 68:15 | faithful 48:5 | 31:5,7 | finished 6:8,10 |
| 98:11 | false 90:15 | filing 75:16 | 6:23 7:9,18 |
| explanation | familiar 95:14 | fill 19:17,19 | 20:15 21:21 |
| 80:17 | family 36:15 | 58:5 | 26:25 33:11 |
| explicitly 58:23 | fans 88:5 | filled 70:8 | 48:17 51:1 |
| exposed 26:8 | far 7:22 15:8 | 77:21 94:25 | 63:20 73:22 |
| 34:10 69:24 | 16:25 20:3 | 95:23,24 96:4 | 97:25 |
| 79:16,19 80:6 | 21:24 22:10 | filling 25:23 | firm 5:9 |
| extent 13:14 | 23:25 57:19 | 26:4 51:14,17 | first 23:17 |
| 82:15 | 65:5 68:5 | 53:12 58:6 | 27:24 29:23 |
| extracurricular | 73:11 83:15 | 60:14 69:4 | 44:8 49:7 |
| 38:9 | february 72:16 | 73:15,16,16,18 | 65:20,25 73:7 |
| extreme 55:14 | 73:19 81:11 | 76:7,8,8,9 | 75:8 76:5 |
| 88:2 | federal 31:5 | 77:22 81:12,17 | 81:10 83:13 |
| extremely | 32:4 42:3 | 82:1 93:14,16 | 91:7 98:21 |
| 62:13 88:17 | 48:12 98:24 | 93:22 94:1 | 100:9 |
| **f** | feel 41:18 48:18 | 95:18 | fiscal 42:10 |
| | 57:15 68:23 | fillings 38:14 | 45:12 46:13 |
| f 100:1 | 71:14 90:7 | 38:21 39:2,20 | fitch 34:7,7 |
| | | 39:23,25 40:3 | 78:19 |

**fix** 71:22
**fixed** 45:23,25
**flashbacks** 80:7
  83:11 85:14
**flip** 29:25 54:12
**flood** 3:8 4:7
  5:7,9 29:9 67:4
  80:15 87:18
  94:15 98:4,7
  99:16
**floor** 3:6
**flows** 46:17
**fluid** 57:19
**focus** 32:13
  60:6
**follow** 15:6
  97:13
**followed** 35:16
**following** 50:3
  50:7 83:20
**follows** 5:5
**food** 79:16
**force** 62:23
  78:5,5,6
**foregoing**
  30:13 100:7
**forest** 57:16
**form** 4:16 54:2
  70:5,7,9,10,11
  70:15,24 89:9
  89:11 93:14,14
  94:11 96:4
**forms** 19:16,18

**forth** 100:10
**forward** 16:21
  24:18
**fountain** 10:5
**four** 57:19
**fracture** 62:19
  62:20
**fractured**
  73:20
**frame** 28:22
  57:4 62:8
  68:11 69:5,17
  80:20,24,25
**fraudulently**
  32:9
**free** 41:18
  71:14 90:7
**fretted** 70:3
**front** 23:23
  43:1 44:17
  98:10
**full** 27:22 32:5
  42:3,4,5
**funds** 37:5
**further** 18:11
  41:16,17 45:9
  84:20 97:25
  100:12

**g**

**g** 5:1
**gaping** 26:7,12
**gears** 15:3

**general** 3:15
  41:14
**generally** 11:4
**gentle** 94:4
**getting** 21:8
**give** 11:20
  34:18 93:15
**given** 36:21
  78:14 97:12
**go** 11:14,19,21
  16:1 17:3,18
  17:24 18:11
  31:24 41:16
  45:9 49:4
  53:15 55:17,20
  65:19 71:7
  73:23 80:4
  92:23 94:7
**going** 6:17 8:23
  11:14,19 20:17
  22:20 28:5
  31:16 33:10,16
  33:17 40:25
  43:19 46:8
  48:20 53:11,19
  53:25 56:5
  59:16 60:19
  66:24 67:14
  78:9 79:8
  82:16 84:15
  87:15 94:16
  98:4
**good** 5:8 6:13
  20:16 27:11

  30:21 40:8,19
  42:11 53:9
  77:2
**government**
  37:15
**grabbed** 98:22
**graphical** 24:3
**grave** 67:21
**great** 31:7
  97:24
**grievances**
  81:22
**guess** 28:25
**guy** 86:3 93:22

**h**

**h** 4:10 58:13
**habit** 15:10
**half** 22:19
  54:11
**hand** 18:15,17
  29:16 33:7
  68:25 70:19
  75:14
**handbook**
  81:25
**handed** 32:9
  70:19
**handing** 18:19
  67:5 94:19
**handle** 86:2
**handles** 44:13
**handwriting**
  31:2,15,17,18

[handwriting - incorrect]                                    Page 13

| | | | |
|---|---|---|---|
| 31:20 96:17,20 | 32:7,15,19 | 88:1,17,21 | **imaged** 41:23 |
| **handwritten** | 34:9,15,20,24 | 89:8 | 42:8 73:9 |
| 4:13,17 29:6 | 35:11,20 36:10 | **hour** 8:2 | **images** 23:21 |
| 98:17 | 38:25 46:22 | **housed** 41:11 | 44:24 |
| **happen** 71:23 | 52:21 59:22 | **housing** 15:13 | **immaterial** |
| 96:23 | 84:19 88:20,23 | 15:18 17:4 | 10:24 11:11 |
| **happened** | 89:15 91:14 | **huh** 56:23 85:9 | 14:5 |
| 11:22 54:3 | 96:23 97:3,15 | **hum** 20:9 | **immediately** |
| 57:22 58:6 | 97:21 | **hundred** 44:2 | 61:25 68:4 |
| 59:8 68:16,17 | **heat** 88:3,9,10 | **hung** 15:22 | 92:5 |
| 71:12 90:9 | 88:14,18,19 | **hurt** 61:24 64:3 | **implication** |
| **happy** 5:22 | **held** 2:6 44:14 | 64:9 | 77:8 |
| **harassment** | 98:2,23 | **hygienist** 22:6 | **important** 6:6 |
| 47:25 | **hell** 92:5 | 33:17 52:10 | 73:17 |
| **hard** 61:23 | **help** 28:6 31:22 | 90:24 93:15,20 | **impression** |
| 62:4,13 64:3,9 | 39:24 49:15 | **hygienist's** 95:6 | 81:14 |
| 64:22 79:24 | **helped** 49:12 | | **inaudible** 16:6 |
| 83:16 92:12 | **helps** 66:22 | **i** | 26:1 32:17 |
| 94:3 | 67:15 | | 36:22,22 37:4 |
| **harm** 37:13 | **hereinbefore** | **ice** 79:17 88:12 | 38:24 39:10 |
| **head** 28:19 | 100:10 | 88:13 | 42:20,21 48:12 |
| 39:7 40:5 41:7 | **high** 50:1 | **iced** 10:4 78:25 | 57:19 73:10 |
| 41:12 54:11 | **hipaa** 24:12 | 79:22 | 80:2 |
| 85:1 | **hold** 88:9 | **idea** 39:21 | **incarceration** |
| **health** 11:2,3 | **holding** 17:22 | **identification** | 10:6,8 |
| 11:12,16 12:8 | 29:15 33:6,15 | 29:8,11 67:3,6 | **inches** 44:15 |
| 12:9 13:2,7,9 | 67:24 70:19 | 94:14 98:19 | **incident** 62:9 |
| 13:21,23 14:5 | 75:14 | **identify** 75:3 | 62:11,17 63:21 |
| 14:9,21,23,25 | **holds** 88:10 | **identity** 25:22 | 63:23 83:5 |
| 15:2,12 17:8 | **holdup** 8:2 | 58:12 | **including** 64:25 |
| 17:11,15 18:3 | **hole** 26:7,13 | **ids** 35:18 | **incorporated** |
| 20:19,22 22:25 | 62:16 68:22 | **image** 26:17,19 | 70:25 |
| 24:13,15 27:3 | **hot** 50:6 55:15 | 26:19 42:25 | **incorrect** 63:5 |
| 27:13,20 32:1 | 78:25 79:18 | 44:18 63:16 | 67:16 68:8 |

[indicate - jersey]                                          Page 14

indicate   18:7
  24:5 28:17
  34:13,14 57:24
  59:16 60:12
indicated   24:20
  30:4 33:16
  35:19 41:10
  46:14 47:15
  48:16 52:17
  53:18 54:18
  59:19 63:13
  77:24 78:1
  81:12
indicates   16:5
  17:17 53:7
indication
  53:17 91:15
individual
  34:21
individually
  23:5
individuals
  35:1 36:4
  37:19 78:17
inevitable   48:8
  50:23
inflicted   85:19
information
  4:22 11:12
  13:7,9,19 14:6
  35:2 50:20
initial   82:14
initials   18:24
  99:8

injure   32:2,8
  32:15,20 36:11
injures   35:21
injury   85:18
  88:11 93:7
inmate   15:23
  16:6 17:2,10
  17:18,20,22
  19:16,19 33:14
  35:14 52:21
  81:25
inmate's   33:20
  34:12
inmates   8:6
  15:13,21 16:1
  34:6,7 35:7,11
  35:15,16,19
  36:9 42:7
  66:13 78:11,12
  78:14 81:21
  86:19,22 89:11
inserting   51:7
inside   39:25
  44:18 68:22
  71:21 75:20,22
  75:24 76:3,19
  77:5,12,17
  78:2
instance   23:17
intact   73:16
intake   48:10
  52:7,7 53:2
integrity   62:21
  75:19 76:18

77:4,7 78:1,3
intended   62:14
intense   79:22
  83:17 84:25
  85:15 87:2
intent   99:5
intentional
  87:7
interactions
  83:7
interacts   37:22
  38:4
interested
  100:16
interfering   8:5
internal   84:14
interpersonal
  84:4
interrupt   47:8
  69:11
intervening
  42:13 75:5
intimidate
  37:14
introduction
  6:25
introductory
  5:16
inventories
  46:19
invoke   10:10
  10:21 82:19
involved   37:19
  100:14

involves   84:2,3
irrelevant
  10:24 11:10
  14:4
issue   14:21
  52:9 53:4
  81:24 84:19
issues   50:3,11
  55:11 69:6
  83:21

j

jail   9:8,17 10:1
  10:3,8 28:11
  39:14
january   1:15
  2:7 49:7,9
  50:19 54:1,9
  65:21 66:3,17
  67:12,17,18
  68:8,9,10,14,15
  69:4,16 70:8,8
  70:14 71:4,8
  72:4 79:9,13
  80:20,24,25
  81:2
jbd   1:3
jersey   1:2 2:4,6
  2:7 3:7 5:4 8:4
  8:21 9:1,4,13
  15:17 16:3,12
  17:7,15 20:20
  20:25 24:1,12
  28:9 34:18

[jersey - lockdown]                                    Page 15

| | | | |
|---|---|---|---|
| 36:17 37:10,11 | 67:8 70:2,5,16 | **largely** 70:4 | **letter** 92:16 |
| 38:5,12,19 | **kiosks** 19:15 | **lashawn** 34:7,7 | **letters** 18:23 |
| 39:14 46:11,22 | **knew** 33:22 | **laughing** 61:20 | **lewkowitz** 2:3 |
| 47:3 60:13 | **know** 5:14,22 | **law** 5:9 57:13 | 100:4,23 |
| 72:8 83:21 | 6:1,2,17 12:23 | 57:14 98:22,23 | **library** 57:14 |
| 86:22 89:12,13 | 20:2 22:3,6,8 | **law.com** 3:9 | 98:22,23 |
| 100:5 | 22:15,17 29:12 | **lawrence** 33:16 | **license** 92:15 |
| **job** 1:24 27:11 | 34:1 35:23 | 33:22,25 35:15 | **licensed** 39:13 |
| 53:4 | 37:25 38:6,7 | 78:18 | **lidocaine** 46:16 |
| **joel** 22:7,9 | 40:22 43:6,13 | **lawsuit** 51:23 | 51:7,10 64:13 |
| 75:15 76:11 | 44:6,8,11 | 52:4 | 64:14 |
| 82:5,9 | 46:12 47:22,25 | **lawyer** 57:13 | **likewise** 46:17 |
| **jogged** 34:2 | 62:7 65:16,17 | **layout** 65:3 | **line** 95:16 |
| **judge** 98:24,25 | 66:20 74:5,6,9 | **lead** 21:9 23:21 | **links** 45:20 |
| 99:9 | 74:25 75:7 | 26:15 44:16,17 | **liquid** 79:1 |
| **judicially** 24:11 | 82:15 85:1 | **leading** 20:24 | **liquids** 50:7 |
| **june** 41:2,6,19 | 86:2,12 88:20 | 25:12 32:24 | 55:16 79:22 |
| 47:13 48:14 | 98:13 99:14 | 56:12,25 57:21 | 88:2 |
| 49:16,20 50:4 | **knowing** 86:3 | 58:11 59:18,25 | **listening** 68:18 |
| 53:16 54:8 | **knowledge** | 62:7 63:15 | **litigants** 37:14 |
| | 30:14 31:4 | 69:20 77:10 | **litigate** 37:15 |
| **k** | 37:18,21 75:2 | **learn** 94:7 | **litigation** 5:10 |
| **kai** 5:8 | 95:13 | **leaving** 19:19 | 10:25 |
| **keep** 24:14,15 | **known** 16:18 | **led** 87:6 | **little** 15:3 25:25 |
| 40:25 61:2 | 36:15 | **left** 23:23 26:16 | 91:18 95:17 |
| **keith** 3:14 | | 34:9 42:25 | **live** 88:4 |
| **kept** 13:16,20 | **l** | 44:15,17 48:7 | **local** 37:23 |
| 46:21 | **l** 1:6,14 4:4 5:1 | 49:2 52:6 58:3 | 38:1 |
| **kind** 32:7 44:13 | 5:1,1,1 74:1 | 65:5 86:20 | **located** 45:16 |
| 64:12 85:16 | 90:14 | **legal** 8:5,6 | 63:2,6 |
| 87:1 91:14 | **lab** 16:8 | 57:20 58:14 | **location** 16:6 |
| **kindled** 83:18 | **lady** 61:1 | **legalese** 57:18 | **lockdown** |
| **kiosk** 17:3,4 | **language** 74:7 | **legs** 60:20 | 25:25 26:12 |
| 26:3 66:12 | 74:9 91:8 | | 56:13,25 57:22 |

[lockdown - mclaughlin]

Page 16

71:23,24 72:2
72:3,6,11
73:21 79:14
80:24 81:2,6
**log** 10:13 12:6
12:7 15:20,24
16:19 21:18
59:13,16
**logbook** 15:19
16:14,14 21:19
21:20 41:11
71:19
**logbooks** 21:17
**logic** 46:25
**logical** 43:9
46:17
**logs** 15:24
59:14
**long** 8:20,25
61:4 88:20
**longer** 79:14
**look** 14:1 39:24
75:6 82:3
**looked** 44:12
56:11 71:21
**looking** 30:3
**looks** 44:9
**loose** 68:19
**lopez** 21:8,22
23:20 24:25
25:10 26:14
41:20 42:23
43:16 50:21
51:5 52:7 56:9

57:5 58:3,9,25
59:1,3,6 60:14
63:1,5,16
64:13,23 65:1
65:12 71:8,15
71:17,20 72:13
72:16 81:11
89:19,25 90:10
90:13 91:19
93:11 95:5,8
**lopez's** 90:22
**lords** 36:16
**lori** 2:3 100:4
100:23
**loss** 78:24
85:13
**lot** 8:23 39:8
64:6 87:2

**m**

**m** 5:1 58:13
**ma'am** 47:22
**machine** 21:8
23:22 26:16
42:9,24 43:3
43:14,17,19,23
44:11,20 45:12
45:15,22 46:3
46:21 73:10,13
74:14,23 75:3
75:4,8,8
**machines** 45:17
45:19 74:6

**made** 14:13,19
21:7,9 26:14
34:24 44:16,18
47:14 48:15
50:2 54:17
61:11,14 72:12
74:2 80:7,8
93:5
**mail** 7:12 19:8
**maintenance**
42:9,13 45:11
45:13 46:1,4
**majority** 40:18
**make** 7:24
11:24 12:3
19:6 24:4
61:20 67:10
73:6 74:2
78:13 81:21
83:13 90:24
91:24 92:12
96:5
**makes** 17:12
49:25
**making** 32:18
46:19,24 47:2
48:9 50:24
**mandatory**
38:2
**map** 57:17
**march** 75:15
76:12 77:23
79:10,13 80:21
81:6,18,20

82:1,9
**margaret** 3:8
5:8
**mark** 18:21
62:11 66:25
94:9
**marked** 29:7
29:10 67:2,6
90:21 94:12,16
98:16,18
**marks** 24:4,5
**marriage**
100:15
**mas** 1:3
**material** 10:12
12:4 82:17
**materials** 10:11
**matter** 2:2 6:21
7:24 100:16
**mayo** 97:19
**mcdonald's**
10:4
**mcgillvary** 1:6
1:14 4:4,12
8:20 10:20
11:14 13:11
14:7 23:1 29:7
29:10,11 48:18
67:2,5,6 70:12
70:23 80:16
87:19 90:22
94:13,17 98:18
**mclaughlin** 3:4
5:10

[mean - need]

| | | | |
|---|---|---|---|
| **mean** 69:11 | **member** 38:2 | **molar** 67:18 | 69:22 71:21 |
| 70:20 74:4 | **members** 37:1 | **moment** 10:18 | 73:14 74:19 |
| **means** 21:25 | 37:10,22,24 | 41:15 42:2 | 79:17,17,23 |
| 42:21,22 43:9 | **mendocino** | **money** 35:22 | 80:3 89:21 |
| 73:11,12 74:11 | 9:17,24 10:1,3 | 61:11,20 | **move** 10:15 |
| 74:18,19 | **mental** 14:9,20 | **monographic** | 38:10 48:3 |
| **meant** 73:8,21 | 14:23,25 15:2 | 31:12,14 | **moved** 44:17 |
| **mechanical** | 79:1 80:9 | **month** 26:10 | **movement** 88:5 |
| 77:24 78:5,6 | 84:18 89:15 | 79:6 80:20 | **moving** 13:5 |
| **mechanisms** | 96:23 97:3,15 | **months** 34:10 | 24:18 |
| 97:13 | 97:21 | 54:5 61:15 | **mr0007** 70:24 |
| **medical** 4:15 | **mentioned** 20:5 | 68:2 78:23 | **mr007** 70:7,15 |
| 11:7 13:13,15 | 21:22 | 79:6,8,19 | **mrflood** 3:9 |
| 13:16,17,20 | **metal** 16:2 | 80:18 90:1 | **music** 68:18 |
| 17:2,5,19 18:6 | 44:12 | **morning** 5:8 | **n** |
| 19:19 22:24 | **meticulous** | 7:21 8:17 | |
| 23:2,6,8,15 | 40:20 | 66:15 70:3 | **n** 2:1,3 3:1 4:1 |
| 24:24 27:10,13 | **middle** 57:16 | 99:7 | 90:14 100:4,23 |
| 27:16,19,25 | **mind** 13:8 | **motion** 10:16 | **n.j.** 100:24 |
| 28:1,16 32:10 | 49:11 84:11 | 14:14 98:24 | **n.y.** 100:25 |
| 52:17 53:10,13 | 87:12 93:6 | **mouth** 21:7 | **name** 12:25 |
| 53:14,18 66:11 | 94:2 | 23:21,23,23,24 | 17:23 28:13 |
| 66:14 81:22,23 | **mindfulness** | 24:2,20 25:11 | 30:9 33:15 |
| 82:17 86:23 | 84:2 | 25:24 26:14,16 | 58:10,14 78:14 |
| 88:25 89:1 | **minute** 56:6 | 26:17,23,24 | 90:14 92:18 |
| 91:2 92:15 | 98:5 | 39:11,25 40:4 | 93:12,15,20,22 |
| 94:10 | **misgivings** | 40:11,23 41:22 | 95:4,6 |
| **medication** | 67:21 | 42:25 43:1,1 | **names** 35:18 |
| 84:3 | **missing** 24:7 | 43:10,20,22 | **narrow** 59:12 |
| **medications** | 53:14,15 | 44:2,3,5,12,14 | **nature** 83:15 |
| 8:10,15 14:16 | **mnemonics** | 44:18,19,25 | 96:9 |
| **medicine** 52:23 | 84:4 | 52:8 58:3,6 | **near** 89:20 |
| **meet** 97:11 | **modality** 37:5 | 64:18,20 65:22 | **need** 6:14 12:7 |
| | | 69:9,12,16,20 | 46:21 58:11 |

[need - okay]

Page 18

62:11
needed 71:22
79:20 95:24
96:4
needle 51:7
64:15
needs 14:24
15:2 94:7
negative 8:9
43:15 53:3
neither 100:12
100:14
nerve 26:8
34:10 68:23
69:24 79:15,19
80:6
neurological
83:15 85:12
never 38:14,20
57:13
new 1:2 2:4,5,6
2:7 3:7 5:4 8:4
8:21,25 9:4,13
15:17 16:3,12
17:7,15 20:20
20:25 24:1,12
26:1 28:9
34:18 36:14,17
37:10,11 38:5
38:12,19 39:14
46:11,22 47:3
60:13 72:8
83:21 86:22
89:12,13 100:5

100:6
night 85:14
88:9,11
ninth 99:9
njsp 70:16
nods 63:12
noise 8:23
non 88:3
nonperforma...
36:20 37:12
nonrelevant
85:4
nonrenewable
46:20
norris 3:4,9 5:9
north 12:15
15:13 16:9,13
16:16,18 17:18
17:20 20:18
21:1,4,18,19
22:20 23:18,19
25:10 45:16
53:11 59:14,15
59:16 60:13
65:7 72:17,20
72:24 73:5
81:10,15 89:22
90:1
notable 36:14
notary 2:4 5:3
100:5
note 7:20 18:12
30:8 90:16,22
91:1,24 98:22

notes 2:1 87:15
100:8
notice 2:9 48:6
89:9,11 99:5
noticeable
24:11
noticed 68:19
november
30:17 31:6
numb 64:18,21
numbed 64:20
number 4:11
78:22
numbers 30:1
nutshell 31:25

**o**

o 58:13 90:14
o'clock 7:21,22
oath 5:5 98:6
98:13
object 10:11,24
11:10 14:4
32:4 82:16
objections 12:3
13:8 14:13,18
14:22 97:14
objectivity 84:6
observation
47:2
observations
18:10
observe 65:15

observing
18:20 65:16
obstruct 37:14
occur 96:21
occurred 21:16
40:11 59:11
62:9 72:6
80:14 83:6
occurring 65:2
occurs 83:17
october 90:8
91:19 92:25
93:9,25 94:17
94:23,25 95:9
97:1
office 9:24 65:1
65:12,13
officer 15:17
16:4,10,12
21:18 59:13,14
71:19
officers 6:14
15:19,23 16:14
21:17 41:10
71:19
officials 20:22
37:15
oh 34:2 67:17
70:18
okay 9:6 11:1
12:1 13:11
22:7 23:13
27:18 29:5
32:11 33:12
36:8 39:21

40:9,15 43:20
44:10 45:6
46:24 50:9
55:3 58:1 60:6
60:18 66:4
75:1 78:20
82:10 90:10
92:11 96:21
97:1,24 98:1
**once** 51:15
**ongoing** 78:24
**operate** 89:14
**operated** 51:9
**operation**
69:13 91:10
**opportunity**
12:3
**optics** 45:21
**order** 10:15
15:6 19:17
23:7 48:3
57:11,24 88:7
88:11
**orders** 46:14,19
**organization**
37:23
**organizational**
15:11 26:22
36:25 37:9
39:12 46:18
52:20
**organizations**
37:16

**outlined** 87:5
**outside** 8:23
34:17 37:6
95:12
**overbroad**
11:10 12:3
**overcome**
84:19
**own** 17:13
31:18

---

**p**

**p** 2:1 3:1,1 74:1
74:1
**p.a.** 3:4
**p.m.** 1:16 99:20
**p1-7099228**
1:24
**pad** 98:22
**page** 4:3,11,23
29:25 30:2,3,4
31:2,24 33:9
38:10 47:8,9
47:10,12,19
54:12,13 60:7
60:8,10 70:6
78:21 98:21
**pages** 30:2
**paid** 33:20
34:11 37:3,5
61:21
**pain** 62:14
64:21 78:24
79:7,20,23

83:17 84:15
87:25 88:17
**panic** 80:8
85:13 86:5
94:22 95:20
96:5,16 97:8
97:22
**panorex** 41:23
42:8,9,11,15
43:4,8,10,14,17
43:18 44:7,9
44:22 45:11
50:20 73:25
74:18
**paper** 19:18
**paragraph**
38:11 41:1,17
41:17 42:6
45:9 47:6,12
47:13,20 48:7
48:9,13,13,22
48:22,23 49:3
49:4 50:13,15
50:21,24 51:2
52:5 53:22
54:12,21 56:7
60:6,10 61:3,4
61:8,16 65:19
65:20,24 70:6
70:23 71:7,13
72:15 75:14
76:6,11 80:18
90:19 91:13

**paragraphs**
78:10
**parse** 27:10
46:9
**part** 19:25
27:17 37:1
38:7 39:12
41:21 47:19
48:7 51:23
52:5,10 53:4
62:5,6 64:5
80:23,25 82:21
83:2 86:1 91:2
96:8,12
**particular** 35:6
50:12 52:24
97:22
**parties** 100:13
100:14
**parts** 45:18,21
45:24 46:20
83:16
**pass** 10:16,17
16:7 21:20
**passing** 36:23
37:4
**patience** 27:1
**patient** 90:24
**patient's** 24:2
**patients** 32:2,8
32:16,20 35:21
36:11
**pattern** 8:4

[pause - present]                                                Page 20

pause  10:14
  48:2 60:21
  87:17
pay  33:2 37:12
pba  37:24 38:3
penalty  30:12
  30:12
people  36:5
percent  44:2
perfect  16:25
perform  33:18
  60:15 63:21
  91:10
performance
  36:19 37:12
performed  18:8
  21:12 24:25
  25:3 38:15,21
  42:13 47:14
  48:8,14 50:21
  50:23 52:7
  54:16,24 58:3
  58:9,24 59:24
  75:16 77:10
  79:11 93:16
  97:10
performing
  32:25 65:5
peri  73:11
  74:10
periapical
  73:25 74:3,19
period  55:21
  56:12,15,25

59:25
periodontal
  21:13
perjury  30:12
permanent
  76:13
person  1:14
  27:3,14 75:24
  91:23 95:22
personal  31:9
  37:18,21 95:12
personally
  96:18,19
perusal  24:16
  29:22 30:24
perusing  29:18
phonetic  36:15
photograph
  73:13
physical  46:5
  74:23 84:8
physician
  14:21
physicians  14:9
physiologically
  74:10
picture  45:1
piece  68:24
  69:1,2
pieces  56:5
pitched  50:1
place  72:24
  83:13 100:9

placed  25:24
  51:12 81:23
plaintiff  1:7
  38:14 41:19
  47:14 48:15
  54:17 56:9
  79:1
plaintiff's
  41:22 50:22
  65:21,22
plan  97:14
plastic  16:8
pleading  99:5
please  6:17
  8:22 18:15
  47:25 56:19
  96:2 98:11
pleasure  28:4
  78:25
plus  53:13
point  6:13 16:3
  16:20 17:6,12
  17:24 18:2,6
  24:18 26:6
  41:11 58:11
  63:19 64:1
  81:13 93:10
pointed  52:24
police  36:25
  37:10
policeman's
  37:11,22 38:1
portion  32:16
  42:1 64:24

68:17 82:22
  95:15,16
ports  45:21
position  11:18
  11:20 21:23
  22:3,6 38:5,8
possibility  76:1
possible  11:21
  36:24
possibly  45:20
post  12:12,20
potentially
  76:3
practice  15:11
  26:22 36:25
  37:10 39:13
  46:19 52:20
  61:12,19
preexisting
  24:6 83:4
  85:10,21,22
prepare  51:6
  51:11
prepared  9:25
  13:1,3 30:21
  30:25 31:9,17
  39:11 51:12
presence  95:11
present  3:13
  7:22 12:16
  24:7 33:5
  35:17 59:1,4,6
  63:14 69:19

[pressing - qualifying]                                            Page 21

| | | | |
|---|---|---|---|
| **pressing** 62:18 | **privileged** | **professionals** | **psychologist** |
| **pressure** 78:1 | 10:13 11:11 | 8:6 32:1,15,19 | 97:11,12 |
| **prevent** 89:7 | 12:4,5,7 13:9 | 36:10 84:19 | **ptsd** 12:16,18 |
| **prevented** | 14:5 82:17 | 89:16 91:14 | 14:8,11,14,17 |
| 12:13 | 85:4 97:4 | **profit** 32:2,16 | 14:21 80:5 |
| **previous** 14:22 | **probably** 25:25 | 32:20 36:11 | 82:12,14,21 |
| 15:1 | **problem** 80:13 | **prognosis** | 83:4,6,10,12,20 |
| **previously** | **procedure** | 18:10 | 85:2,6,8,20 |
| 25:17 41:10 | 17:25 33:21 | **proof** 84:5 | 90:11 93:4 |
| **prior** 6:25 9:11 | 34:12,25 51:17 | **proper** 58:14 | **public** 2:4 5:3 |
| 28:8 38:12,18 | 53:12 59:17 | **properly** 80:8 | 15:15 16:4,11 |
| 38:24 39:3,23 | 60:15 61:21 | **prophylaxis** | 16:13,20 24:12 |
| 40:11 55:23,25 | 62:21,24 65:13 | 20:18 33:14 | 24:13 100:5 |
| 56:1,2 58:6 | 65:15 69:21 | 52:15,18 | **pull** 98:20 |
| 74:15 83:4,6 | 75:17 76:13 | **protective** | **purpose** 64:17 |
| **prison** 2:6 8:5 | 77:9 98:25 | 10:15 48:3 | 92:19,20,22 |
| 8:21 9:1,3,4,12 | **procedures** | **provide** 10:13 | **purposes** 19:5 |
| 11:9 12:21 | 17:1,1 18:8 | 12:5 13:5 19:7 | 19:12 53:21 |
| 13:17 14:3,9 | 39:5 | **provided** 23:15 | **pursuant** 2:8 |
| 14:11 20:25 | **proceeding** | 24:8 25:1,11 | 30:12 |
| 28:9 33:2 | 6:17 10:12,14 | 25:18 26:19,20 | **put** 5:14 26:15 |
| 34:18 35:1 | **proceedings** | 26:24 27:17,20 | 44:14 48:19 |
| 36:18 38:5,8 | 2:2 7:8 99:19 | 34:17 35:2 | 57:15 62:19 |
| 38:13,19 39:15 | **process** 15:6 | 47:5 59:20 | 66:12,14 67:8 |
| 60:13 61:11,18 | 52:11 | **provider** 15:7 | 67:11 70:15 |
| 79:13 80:1 | **produced** | 34:17 97:21 | 71:3 81:7 89:1 |
| 83:22 86:22 | 17:22 20:20 | **providers** | 89:9,11 91:4 |
| 88:25 | 22:24 | 38:13,20 88:25 | |
| **private** 10:21 | **product** 19:2,3 | **providing** | **q** |
| 13:7 61:12,19 | 19:14 | 18:16 | **qualification** |
| **privilege** 10:10 | **professional** | **psychiatric** | 92:15 |
| 10:22 19:2,14 | 14:23 17:25 | 14:2 | **qualified** 11:5 |
| 82:17 | 18:3 32:7 91:5 | **psychiatrist** | **qualifying** |
| | | 12:20,21 | 92:14 |

[question - record]                                            Page 22

| | | | |
|---|---|---|---|
| **question** 5:25 6:9,18 10:17 10:19 11:6 23:7,12 25:8 26:25 27:2,8,9 27:12,24 28:1 29:20 31:16 35:8 43:23 44:6 45:5 46:8 49:7 50:16 52:3 54:22 56:18 57:11 69:3 73:22 76:16,21 78:21 86:10 87:8 96:3 **questions** 5:20 5:21,24 11:16 12:4 31:23 48:23,25 56:4 **quoted** 77:3 | **rahmo** 1:9 52:15,16 58:5 58:13 59:19 63:19,19 73:20 75:25 **rather** 65:12 **ray** 21:7,8,9,12 23:20,22 24:20 25:1,11,12 26:14,15,19 42:23 43:10,20 44:11 51:21 54:19 56:10 57:6,24 58:2,6 63:16 73:9,15 73:23,25 74:6 74:15,15 **rayed** 43:22 44:2,3,5,7 **raymond** 3:8 | 52:1 56:5,6 57:14 61:8 79:5 90:3 95:15 96:1 **reading** 47:21 48:5 54:21 90:16,22 91:3 **reads** 32:12 65:20 **really** 40:17,17 82:18 88:1,1 **reason** 10:2,8 36:12 74:8 **reasons** 52:25 **recall** 20:11 33:24 35:18 36:3 39:16 40:5 41:7 49:20,22 52:13 | **receives** 16:7 **receiving** 14:15 53:12 **recess** 80:11 **recognize** 29:17 67:25 68:1 75:6 96:20 **recognized** 33:19 **recollect** 28:19 54:10 **recollection** 9:23 12:25 14:1 20:10 21:2,15 22:17 22:23 24:23 25:15 28:16 |

| r | | | |
|---|---|---|---|
| **r** 2:1,1 3:1 5:1 58:13,13 74:1 90:14 100:1 **radiograph** 73:9 **radiographic...** 41:22 **radiography** 18:7 **radiology** 23:22 | 4:7 5:7,9 29:9 67:4 80:15 87:18 94:15 98:4,7 99:16 **rays** 24:9 27:22 52:8,22 53:3 88:9 **reach** 83:10 **reached** 40:18 **read** 38:17 42:1 42:4,5,6 45:10 47:12,17,18 48:13,24 49:5 50:15 51:2 | 54:7,23 57:5,8 78:2,7,15,16 81:6 85:1 92:8 92:9,12 95:18 96:25 97:23 **recalled** 25:9 51:5 56:9 60:12 **receipt** 99:4 **receive** 17:19 **received** 24:17 29:7 67:2 91:1 91:3 94:12 98:18 99:2,7 | 29:4 33:6 34:2 39:9 41:4,9,14 42:21 44:25 49:8,10,12,15 50:8,17 51:3 55:4 59:10 61:13 66:9 67:15 68:3,4 71:14 72:5 73:11 75:13 81:3 82:3 90:4 90:6 **record** 5:15,17 6:22 7:8,11,24 11:15 15:16 16:4,11,13,15 |

[record - replaced]

Page 23

| | | | |
|---|---|---|---|
| 16:17 17:6,9 | recross 4:6 | 49:15 59:9 | rekindling |
| 17:17 18:6 | red 32:9 | 66:9 68:3 | 83:20 |
| 23:1,5 24:24 | redirect 4:6 | 71:13 72:5 | related 35:3 |
| 43:9 47:15 | refer 16:21 | 75:13 81:3 | 42:10 45:12 |
| 48:19,20 49:5 | 76:5 79:8 | 82:2 90:6 | 57:25 69:6 |
| 50:10 53:8,10 | 91:12 | refreshed | 100:14 |
| 53:13,19 60:21 | reference 41:1 | 50:10 | relates 52:12 |
| 60:22 80:14 | 47:7 50:14 | refreshes 50:17 | 71:25 |
| 87:17,20 89:2 | 54:13 61:7 | 61:13 | relating 46:13 |
| 96:5 98:3,9 | 67:10 70:13,20 | refusal 33:17 | relative 100:12 |
| 99:3 | referenced | 34:5 35:14 | release 10:23 |
| recorded 7:3,4 | 37:20 45:11 | 93:13 94:20 | relevant 10:11 |
| 37:5 | 56:21 70:22 | 96:22,24 | 10:12 52:4 |
| records 13:13 | 80:18,20 | refuse 92:25 | 83:14 85:3 |
| 13:15,16,17,20 | references 71:8 | 95:1 | remember |
| 16:20,22 17:21 | referencing | refused 78:12 | 22:19 25:22 |
| 20:17,19 21:3 | 70:9,11 | 90:12 92:24 | 28:13 33:4 |
| 22:22,23,24 | referred 16:20 | 93:2,10 95:10 | 36:5 39:6,8 |
| 23:2,6,9,10,14 | 55:1 58:5 | 96:9 97:2 | 41:12 45:3 |
| 23:15 24:13,13 | 72:25 | refusing 14:10 | 69:19 |
| 24:15,16 25:17 | referring 44:21 | 93:13 | remembering |
| 25:18 27:3,10 | 46:1 58:4 | regard 97:7 | 87:4 |
| 27:13,15,16,19 | 62:24 66:21 | regarding | removed 75:4 |
| 27:22,25 28:2 | 67:10 71:24 | 11:16 35:2,11 | rendition 48:5 |
| 28:16 32:10 | 72:2,21 91:25 | 97:22 99:1 | repair 63:3 |
| 39:16 41:9 | 93:17 94:24 | regardless | repairing 63:24 |
| 42:7,9,10 | reflected 13:4 | 40:12 | 64:25 |
| 45:11,12,13,24 | reflects 61:16 | regards 83:24 | repeat 8:22 |
| 46:1,4,6,15,25 | refresh 9:22 | 84:21 | 56:19 |
| 53:15 59:11 | 12:25 20:10 | regular 28:10 | rephrase 5:22 |
| 66:11 72:7,25 | 21:2,14 22:16 | regularly 28:11 | 6:2 27:7 35:8 |
| 73:1 81:4 | 22:22 24:22 | rehab 97:18 | 76:25 86:15 |
| 82:17 91:2 | 25:14 28:15 | reiterate 21:16 | replaced 31:2 |
| | 33:6 39:9 41:8 | | 45:18,23,25 |

[replaced - routed]

Page 24

| | | | |
|---|---|---|---|
| 74:24 75:5 | requires  24:1 | 38:4 47:13,14 | 47:1 53:24 |
| **report**  17:12 | 24:14 | 48:9,14,15 | 59:13 61:16 |
| 48:15 52:17,23 | **resembled**  75:8 | 49:6,21,22 | 62:10 65:8 |
| 54:17 55:17 | **reserve**  10:18 | 50:4,23 52:15 | 69:20 70:16 |
| 71:16 76:6 | **resolved**  85:23 | 52:16 53:18 | 71:18 74:16 |
| **reporter**  2:3,5 | **resort**  97:18 | 54:14,17,24 | 82:11 87:2 |
| 6:5 18:21 | **resource**  46:20 | 55:4,8,12 | 96:15 |
| 66:24 74:1 | **respect**  13:12 | 57:23 58:5,8 | **rights**  10:18 |
| 100:4,6 | 27:7 53:16 | 58:13,18,24 | 57:15 |
| **represent**  5:10 | **respectively** | 59:4,24 60:15 | **roll**  59:14 |
| 31:3 | 20:22 | 61:7 62:4 63:3 | **rolls**  45:20 |
| **representation** | **respond**  29:20 | 63:7,13,19,19 | **ronald**  12:13 |
| 72:12 | **responded** | 64:2,13,24 | 21:12 32:25 |
| **representations** | 61:19 | 65:4 71:9,17 | 34:21,23 37:2 |
| 46:14 | **response**  27:21 | 73:8,20 75:11 | 58:23 90:14 |
| **represented**  7:2 | 48:4 59:20 | 75:25 79:10 | 91:10,16 93:17 |
| **represents**  99:8 | **rest**  56:6 | 83:7 85:7,11 | 93:18 94:21 |
| **request**  17:2,5 | **result**  26:8 | 85:16,19 86:6 | 95:19 |
| 24:10,16 26:2 | 96:23 | 86:10,16 89:16 | **ronan**  3:14 |
| 26:2 27:21 | **resulted**  55:11 | 89:20 90:14 | **room**  6:5 8:1 |
| 47:3 66:14 | **results**  85:5 | 91:10,16,22 | 8:24 17:24 |
| 67:19 70:5,15 | **return**  52:22 | 92:3 93:17,18 | 18:3 21:11 |
| 70:24 71:3 | 99:4 | 93:25 94:21 | 59:7 64:23 |
| 81:23 91:2 | **returned**  63:15 | 95:19 | 65:2,9,10 86:4 |
| **requested**  4:22 | **review**  7:6,13 | **riez's**  22:3 53:1 | 93:3,6,9 |
| 4:24 7:5 24:17 | 41:19 71:13 | 59:19 92:18 | **rooms**  65:4 |
| 26:18,21 | 90:7 | 93:11 95:4 | **roster**  14:24 |
| **requesting** | **reviewing** | **right**  7:5 8:24 | 15:2 |
| 66:14 | 18:12 19:4 | 12:2 15:18 | **round**  74:11 |
| **requests**  81:22 | **riez**  1:9 5:10 | 16:23 18:19 | **route**  43:9 |
| **required**  11:12 | 12:13 21:12 | 20:12,25 21:16 | 53:23 |
| 26:21 39:10,22 | 22:13 32:25 | 21:17 23:24 | **routed**  47:15 |
| 46:21 48:11 | 34:21,23 35:4 | 25:22 34:6 | 48:10,16 50:24 |
| | 37:2,19,21 | 43:1 44:19 | 52:1,6,18 |

[routed - short]                                                    Page 25

| | | | |
|---|---|---|---|
| 54:18,19 57:23 | **sands**  97:17 | **see**  15:7 28:14 | 63:3,18 71:2 |
| **routine**  15:11 | **sat**  63:6 90:11 | 30:23 31:1 | 96:22 99:6 |
| 16:1 26:22 | **saw**  28:11 29:1 | 32:3 41:24 | **sentence**  32:11 |
| 36:24 37:9 | 53:20 | 43:13 53:19 | 35:5 42:1,3,4,5 |
| 39:12 46:18 | **saying**  42:18 | 54:15 55:17 | 45:10 47:18 |
| 47:3 52:19 | 48:4 53:22 | 65:23 66:22 | 65:20,24 66:1 |
| **routing**  52:9 | 63:20 83:9 | 67:14,15 68:25 | **sentences**  96:15 |
| 53:2 | 90:23 92:8,13 | 69:2 70:17 | **separate**  20:1 |
| **rows**  24:3 | **says**  32:14 33:9 | 79:3,4 87:15 | 45:2 |
| 39:11 | 48:13 53:9 | 89:15 90:25 | **sequence**  56:5 |
| **rule**  32:4 42:4 | 54:16 70:14 | 92:17 | **series**  5:20 |
| 48:12 98:24 | 75:15 94:8 | **seek**  97:2 | 18:23 |
| **rutgers**  3:15 | 95:19 96:8 | **seemed**  92:13 | **serious**  79:19 |
| 13:1,21,22 | **scheduled**  7:21 | **seems**  91:9 | **servers**  17:13 |
| 15:11 17:8,11 | 10:23 17:18 | **seen**  13:25 | **service**  93:3 |
| 17:14 18:3 | 18:1 21:6 26:9 | 14:20,23 26:7 | **services**  12:14 |
| 20:21 22:24 | 41:1 92:23 | 28:9 46:2,7,10 | 15:9 17:5,24 |
| 24:14 27:20 | **schedules**  15:9 | 72:16 73:7,8 | 18:2 19:20 |
| 34:8,15,19,24 | **scheduling** | 73:21 | 21:11 65:4 |
| 35:20 38:25 | 52:21 | **send**  7:12,16 | 66:12,14 93:6 |
| 46:22 52:20 | **school**  57:13 | 29:14 | **set**  23:6 97:12 |
| 59:21 89:14 | 94:7 | **sensation**  84:10 | 100:10 |
| **s** | **se**  76:9 | 89:8 | **sets**  93:4 |
| **s**  2:1 3:1 4:10 | **seal**  13:6,13 | **sensational** | **settlement** |
| **salary**  46:10 | 14:14 | 84:9 | 34:16 |
| **salient**  52:23 | **seats**  60:23 | **sense**  10:19 | **severe**  78:24 |
| **samples**  18:8 | **second**  28:1 | 11:24 28:24,25 | 79:7 |
| **samuel**  21:8 | 45:10 65:10 | 46:3 90:24 | **sheet**  46:12 |
| 23:20 24:24 | 91:8 | 91:24 92:12 | **sheets**  59:20 |
| 25:10 26:13 | **secondary**  80:7 | **sensitive**  50:6 | **sheriff's**  9:24 |
| 41:20 42:23 | **seconds**  87:12 | **sensitivity** | **shifts**  36:23 |
| 58:25 59:1,6 | **section**  32:14 | 55:14,18,20,24 | **shodly**  36:15 |
| 65:12 81:11 | 95:19 | **sent**  21:10 | **short**  54:2 84:5 |
| | | 46:12 59:1 | |

[shorthand - states]                                        Page 26

| | | | |
|---|---|---|---|
| **shorthand** 2:5 100:6 | **significance** 22:5 24:5 | **sorry** 8:22 31:13 41:17 47:7 56:17 69:10 98:13,14 | **spoken** 47:24 89:24 |
| **shortly** 18:5 25:23 61:22 89:10 | **signing** 93:13 **similar** 86:20 **single** 66:16 67:20 68:9 98:24,25 | **sort** 51:12 **sound** 16:23 50:2 | **spring** 52:14,18 55:2 **springtime** 20:17 |
| **show** 28:5 41:23 42:10,11 66:22 67:14 94:16 | **sit** 49:8 54:7 86:3 87:24 89:22 | **sounds** 64:6 **spaces** 24:8 **speak** 6:10 87:15 | **stand** 49:11 60:19 99:5 **standard** 86:21 **standing** 53:9 |
| **showed** 21:3 73:15,16 | **sitting** 60:24 65:14 93:4 | **speaking** 6:8,23 7:18 11:4 14:1 20:12 78:4 | **stands** 18:9 **start** 7:23 11:1 11:2 89:5 |
| **shower** 84:10 **showers** 36:6 **sic** 84:5 | **six** 15:18 20:25 21:16,17 34:6 44:15 54:5 | **special** 14:24 15:2 **specific** 48:22 | **started** 69:19 **state** 2:4,5,6 5:4 8:4,21 9:1,4 |
| **sick** 81:7 **side** 23:23,23 23:24 26:16 42:25 43:1 44:13,15,19 58:3 65:6 69:15,20,22 79:23 | **59:13 70:16 71:18** **skills** 84:4 **sleep** 70:4 79:25 80:8 85:13 | 49:6 51:3 73:12,13 74:12 74:19 84:21 97:21 **specifically** 48:25 49:2 75:18 76:19 78:15 83:23 | 20:25 28:9 34:18 36:10,17 38:5,11,12,19 39:15 60:13 77:3 78:22 83:21 84:8 86:22 89:12,13 100:5,6 |
| **sight** 33:19 65:14 | **slip** 66:12 67:11 | 96:12 97:6 **specified** 57:12 | **stated** 52:14 71:21 75:18 |
| **sign** 33:16 **signature** 30:9 30:10,18,19 31:10 54:20 95:13,16 100:20 | **slips** 81:8 **smell** 61:25 86:24,25 **snapshots** 45:2 **soap** 18:8 **somebody** 92:14 | **specify** 35:22 58:12 **specifying** 97:8 **speculate** 45:7 45:8 | 79:18 89:20 **statement** 13:24 32:5,19 75:10 **statements** 30:13 46:10 |
| **signed** 30:22 35:13 94:18,23 95:8 | **soon** 7:16 **soreness** 69:8 69:12 | **spelling** 58:14 90:15,15 93:15 | **states** 1:1 31:25 41:21 |

[statewide - tell]

Page 27

statewide 37:24
38:3
stating 58:23
61:20 76:6,8
77:4
stay 11:16
stenographer
87:21,23
stenographer's
80:13
stenographic
2:1 100:8
step 53:3
stole 10:4
stool 60:22
stop 42:2 47:25
87:10
stored 17:13
straight 80:4
street 2:6
stress 12:12,20
84:11 85:15
stresses 85:18
stretch 60:20
strike 89:4
structural
62:20 75:19
77:4,7,25 78:3
stuck 57:16
stuff 46:11
57:18 84:10
subject 13:6
14:13,14,18,22
15:1 96:10

subpoena
59:21
subsequent
56:7,21
suffering 62:15
78:24 79:7
summarizing
41:18
summer 33:13
90:2
summertime
88:2
sun's 88:9
supervision
91:17
supervisor
89:12
supposed 7:23
81:12
supremacists
36:18
sure 8:2,25
18:16 22:17
29:19,21 66:8
73:6 77:1
78:14 82:4
98:20
surgeries 24:6
surgery 21:13
21:25 22:10
24:25 25:3
38:14,21,24
39:3 50:14,18
50:21 51:4

58:24 59:1,24
63:4 65:5 69:4
71:22 79:10
91:22 92:3
surgical 4:15
62:24 94:11
surreptitiously
37:3
surrounding
51:8 64:14
93:7
swearing 7:1
swinging 42:24
switch 15:3
60:25
switcheroo
98:21
sworn 5:3
100:9
symptoms
18:10 83:18
system 14:3,12

| t |

t 2:1,1 4:10
100:1,1
table 42:24
take 5:13,18
11:17 23:22
29:19 36:19
40:8,19 43:20
56:3 68:24
taken 2:2 40:20
51:21

takes 7:15
talk 6:7 65:24
70:7 72:20
74:3 82:19
83:2 96:2
talked 35:14
42:17 56:17
talking 13:15
13:15,18 45:14
48:1 56:12,15
57:4 58:12,15
58:22 63:8,10
70:12,13 77:22
82:11 92:5
talks 41:18
78:10 96:11
tea 10:4
tear 45:19
technical 45:4
75:2 80:12
technology
31:1
teeth 12:10
24:4,7,21
34:12,25 40:8
40:20,21 47:14
48:14 50:5,6
54:17,24 55:13
86:19 92:24
tell 14:10 18:22
19:11 33:22
43:16 61:9
71:12 77:6
92:2 98:8

[temperature - top]                                             Page 28

| | | | |
|---|---|---|---|
| **temperature** 88:14 | **therapy** 84:2 84:13 | 37:23 41:12 45:16,17 46:12 | 33:20,25 34:8 34:9 38:15,22 |
| **ten** 7:21 40:6 | **thing** 23:21 | 47:23 55:21 | 38:24 39:3,22 |
| **tenor** 16:15 | 26:15 31:15 | 56:15 57:4 | 41:2,5 50:14 |
| **term** 16:22 | 44:16,18 54:16 | 59:20,25 62:8 | 50:18,19,22 |
| 43:3,11 62:12 | 92:4 | 64:24 65:15 | 51:4,6,9,13,15 |
| 78:7 88:20 | **things** 5:14 | 68:10 69:5,13 | 51:17,19,21,22 |
| 97:5 | 48:19 52:23 | 69:13,17 70:1 | 53:12 55:25 |
| **termed** 43:4 | 84:7 91:25 | 75:5 79:12,15 | 56:1,2 58:9,25 |
| **terms** 10:6 15:5 | 96:11 | 79:16,16,21,23 | 59:2,5,24 |
| 57:20 78:10 | **think** 49:1,25 | 80:20,24,25 | 60:14 61:23,25 |
| 84:12 85:2 | 62:25 66:5,6,7 | 81:5 84:24 | 62:4,13,16,19 |
| 96:8 | 76:23 79:20 | **times** 28:7 | 62:21 63:8,10 |
| **terrors** 85:14 | 82:5 84:24 | 36:14 74:25 | 63:14,17,25 |
| **testified** 85:6 | 97:15 | 97:11 | 64:3,9,15 |
| **testifies** 5:5 | **thinking** 80:1 | **timing** 57:7 | 65:22 68:17,19 |
| **testify** 95:12 | **third** 47:23 | **tip** 49:24 68:20 | 68:22,23,23,25 |
| **testimony** 58:8 | **thought** 20:14 | **tissue** 64:15 | 69:5,7,24 |
| 59:3,23 63:2 | 25:7 27:11 | **today** 5:13 6:5 | 71:22 73:9,17 |
| 64:1 68:7 | 76:21 | 8:12 11:3,18 | 73:18 75:10,16 |
| 74:13 | **threaten** 37:13 | 19:13 49:9 | 75:19,24 76:2 |
| **thank** 6:19 7:9 | **three** 18:23 | 54:7 85:23 | 76:9,10,14,18 |
| 7:14,25 14:16 | 35:19 45:1 | 87:24 | 77:4,7,18,22 |
| 15:3 18:11,18 | 99:8 | **together** 57:15 | 78:4 79:10,15 |
| 21:21 22:11 | **threshold** | **told** 14:7 43:18 | 80:3,6 81:8 |
| 27:1,12 28:3 | 83:11 | 78:17 | 84:15 86:4,7 |
| 29:5,15 31:11 | **time** 6:13,16 | **tongue** 68:21 | 86:17,24 87:25 |
| 34:3 35:9 | 7:13,23 9:25 | **took** 26:5,16 | 88:12,17 89:7 |
| 47:11 48:17 | 13:3 16:5,15 | 42:25 43:10 | 90:12 91:10,17 |
| 49:13 58:17,19 | 16:18 17:4,18 | 45:1,1 | 91:22 92:3 |
| 99:16 | 18:4 21:5,15 | **tooth** 21:10,13 | 93:7,16,23 |
| **theirselves** 36:4 | 22:21 28:18,21 | 24:22,23,25 | 94:1,21 95:20 |
| **themself** 24:15 | 29:19 33:5 | 25:4,23 26:7,8 | **top** 24:3 28:19 |
| | 35:17 36:6 | 26:13 32:25 | 39:7,11 40:5 |

[top - union]                                                                    Page 29

| | | | |
|---|---|---|---|
| 41:7,12 47:19<br>54:10 78:21<br>85:1 95:15<br>**tossed** 70:3<br>**traditionally**<br>36:14<br>**traffic** 15:20,24<br>16:2,7,19,22<br>17:21,21 20:17<br>21:3,17,18,19<br>22:23 25:16<br>41:9 59:10,13<br>59:15 72:7,25<br>81:4<br>**transcript** 7:6<br>7:12,16 29:13<br>29:14 100:7<br>**transferred** 9:8<br>9:10<br>**transported**<br>96:10<br>**trauma** 83:17<br>**traumatic**<br>12:12,20 83:12<br>83:13<br>**travel** 15:24<br>**treat** 83:19<br>**treated** 11:8<br>14:8,11<br>**treating** 83:19<br>86:22<br>**treatment** 4:16<br>5:12 11:17<br>14:3,15 35:24 | 36:1 50:19,22<br>54:2,4,6 79:20<br>79:21,24 84:1<br>94:11,22 96:6<br>96:13,16,24<br>97:3,14<br>**trenton** 2:7<br>**trick** 5:23<br>**trigger** 93:3<br>**triggered** 12:16<br>83:10 85:6,14<br>85:25 87:3,9<br>90:12<br>**triggering**<br>12:12 82:12<br>83:10,24 84:17<br>86:1<br>**triggers** 84:14<br>84:25<br>**true** 7:7 30:13<br>38:18 40:7,10<br>100:7<br>**truth** 5:20<br>**truthfully** 8:11<br>8:14<br>**try** 6:7 46:9<br>76:23<br>**trying** 5:23<br>10:19 27:10<br>41:13 48:1<br>52:11 53:6<br>56:14,20 57:3<br>69:23 82:13<br>87:3 91:2,9,16 | 94:4 95:4<br>**turn** 33:8<br>**turned** 47:8<br>70:3<br>**turning** 47:9<br>**two** 7:15 34:22<br>44:13 55:7<br>57:21,25 65:3<br>74:6,24 78:23<br>79:6,8,19<br>80:17,20 96:8<br>**tx** 47:16 48:16<br>52:2,19 53:23<br>54:2,2<br>**type** 43:23<br>52:24 88:4<br>**types** 88:20<br>**typo** 66:1<br><br>**u**<br><br>**u.s.** 99:1,6,9<br>**uh** 56:23 85:9<br>**ukiah** 9:19<br>**ultimately**<br>81:17<br>**unable** 41:3,5<br>70:4 88:16<br>**unaware** 38:8<br>**uncertain** 22:5<br>**unclear** 6:3<br>**under** 5:5<br>13:13 14:2<br>16:21 30:11,11<br>32:4 64:12 | 81:13 89:12<br>91:17 98:6,13<br>98:24<br>**undergoing**<br>84:25<br>**undermined**<br>62:20 75:20,21<br>76:18 77:5,7<br>77:11,25 78:4<br>**undermining**<br>76:3<br>**understand**<br>5:21 6:11,12<br>6:16 14:8 19:4<br>21:23 27:4<br>43:21,22 46:24<br>51:18 52:11<br>53:6,18 56:14<br>56:18,20 60:11<br>61:6 62:3<br>74:21,22 80:19<br>80:23 82:25<br>86:8 94:4,8<br>96:9<br>**understanding**<br>12:18 43:3,8<br>51:14,16,20<br>63:1 72:10,13<br>82:13<br>**understood** 6:1<br>**union** 9:7 10:7<br>28:11 36:25<br>39:14 |

[unit - word]                                                    Page 30

**unit**  15:13,18
  15:21,22 17:4
  19:20 20:25
  41:11 88:4
**united**  1:1
**units**  46:16
**university**  3:15
  13:1,21,23
  15:12 17:8,11
  17:14 18:3
  20:21 22:25
  24:14 27:20
  34:9,15,20,24
  35:20 38:25
  46:22 52:20
  59:21 89:14
**upper**  80:3
**usb**  45:21
**use**  70:2 78:6
  84:3
**used**  19:12 21:8
  23:22 42:23
  43:3,24 44:12
  49:21,22,23
  51:5,8,10,11,11
  62:4,12 63:16
  63:21 64:2,7,8
  64:15,22 73:13
  74:14,23 77:9
  78:2,8
**using**  43:17,18
**utilized**  84:12

**v**

**v**  5:1
**vague**  49:10
**various**  36:9
**verbatim**  33:4
  77:15 92:9
**video**  7:3
**visible**  15:21
  65:2
**vision**  65:18
**visit**  16:16 18:5
  25:15,21 26:6
  28:18 32:23
  41:1 54:23
  55:1,23 62:7
  71:8,12 72:13
  92:20,22 93:25
  95:1 97:2
**visited**  71:15
**visits**  25:2
  28:17 54:8
  55:7
**vividly**  49:11
**vs**  1:8

**w**

**wages**  46:13
**wait**  6:8,9
**waiting**  8:1,1
  81:9,15
**waits**  17:22
**waiving**  82:22
  83:1 97:14

**walk**  16:9 28:6
  31:21 65:7
**want**  5:14,15
  19:3,4 28:8
  40:16,22 42:2
  45:8 53:17
  60:11 62:6
  65:24 73:8
  74:22 76:5
  78:13 79:7
  80:23 81:20
  82:5,18,25
  85:19,25 86:3
  86:5,7,12
  87:16 89:20,21
  95:21 96:6,12
  96:16
**wanted**  7:24
  49:5 58:2,21
  73:6 80:19
  99:14
**water**  88:12,19
**waves**  88:3,14
  88:18
**way**  36:23 57:9
  62:14 66:22
  86:20 88:16
  94:5
**waylaid**  65:9
**ways**  84:19
**we've**  49:4
**wear**  45:19
**wednesday**
  1:15 2:7

**week**  7:15 26:1
  26:5,11
**weeks**  14:23
  20:24 25:12,25
  32:23 57:21
  59:18,25 63:15
  77:10
**welcome**  6:15
  6:20 7:10 34:4
  61:2
**went**  21:3
  33:13 52:14
  54:4,5 55:24
  57:23 75:4
  90:1,4,8 92:17
  98:9
**west**  15:25
  70:16 78:13
**whatsoever**
  38:15
**whining**  50:1
**white**  36:18
**whoa**  82:24
**wired**  83:16
**wish**  7:2 71:13
**witness**  4:3 5:2
  98:15 99:18
  100:8
**witness's**  34:25
  98:14
**witnesses**  34:22
**wooden**  19:19
**word**  6:6 42:14
  43:13 74:11

[words - z]                                                    Page 31

| words 30:11 | written 48:6 | 97:15 |
| 64:6,8 78:2 | 71:18 91:24 | yesterday |
| 96:1 | wrong 53:14 | 98:22,23 99:7 |
| work 16:8 19:2 | wrote 31:14 | york 2:5 36:14 |
| 19:3,14 32:25 | 43:2 53:8 55:4 | 100:6 |
| 33:2 37:23 | 56:21 57:21 | young 40:18 |
| 49:15 58:9 | 89:17 94:20 | younger 39:8 |
| 59:5 72:11,23 | 96:14,18,19 | yup 82:7 |
| 73:4 87:1 89:6 | **x** | **z** |
| worked 61:18 | x 1:5,11 4:1,10 | z 58:13 |
| working 42:12 | 21:7,8,9,12 | |
| worn 45:25 | 23:20,22 24:9 | |
| worse 69:14 | 24:20 25:1,11 | |
| 84:8 | 25:12 26:14,15 | |
| write 17:5 24:5 | 26:19 27:22 | |
| 70:5 | 42:23 43:10,20 | |
| writes 52:22 | 43:22 44:2,3,5 | |
| writing 6:6 | 44:7,11 51:21 | |
| 21:2 24:22,24 | 52:8,22 53:3 | |
| 25:14,16 33:5 | 54:19 56:10 | |
| 42:19 49:12,14 | 57:6,24 58:2,6 | |
| 49:15 57:17 | 63:16 73:9,15 | |
| 59:9,10 61:13 | 73:23,25 74:6 | |
| 61:14 66:8 | 74:15,15 | |
| 75:13 82:2 | xi002229 | |
| 90:5 | 100:24 | |
| writings 9:22 | **y** | |
| 9:23 12:24 | y 5:1 | |
| 13:1 20:9 | yeah 56:2 57:2 | |
| 21:14 22:16,22 | 57:12 70:18 | |
| 28:15 39:9,10 | years 9:20 40:6 | |
| 41:8 72:4,7 | 57:19 69:18 | |
| 81:3 | 82:8 92:10 | |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.