CALEB MCGILLVARY, PRO SE
#1222665/SBI#1023176 NJSP
PO BOX 861 TRENTON, NJ 08625

APRIL 2, 2025

CLERK
US DIST CT. - DNJ
402 E. STATE ST.
TRENTON, NJ 08608

    RE: MCGILLVARY V. RIEZ
    CIVIL ACTION NO. 3:22-CV-06430-MAS-JBD
    HON. MICHAEL A. SHIPP, USDJ
    HON. J. BRENDAN DAY, USMJ

DEAR CLERK;
    PLEASE PROVIDE ME WITH A COPY OF THE AUDIO
RECORDING OF THE JANUARY 22, 2025 DEPOSITION
OF CALEB L. MCGILLVARY IN THE ABOVE-
CAPTIONED MATTER. PER THE COURT'S MARCH 27, 2025
CORRESPONDENCE TO ME, PLEASE FIND ENCLOSED
MY PAYMENT OF $34.00 (THIRTY FOUR DOLLARS) FOR
THE REPRODUCTION OF THIS AUDIO RECORDING.
PLEASE MAIL IT TO ME AT THE ABOVE ADDRESS.

                THANK YOU,

                CALEB L. MCGILLVARY