Caleb McGillvary, Pro Se
#1222665/SBI#1023174 NJSP
PO Box 861 Trenton, NJ 08625

April 7, 2025

Clerk, USDC-DNJ
402 E. State St.
Trenton, NJ 08608

RE: McGillvary v. Riez
Civil Action No. 3:22-cv-06430-MAS-JBD
Hon. Michael A. Shipp, USDJ
Hon. J. Brendan Day, USMJ

Dear Clerk,

Please find enclosed a check for $34.00 for you to please provide me with a reproduction of the audio recording of the January 30, 2025 status conference before Judge Day in the above-captioned matter. Please mail the recording to me at the above address.

Thank you,

X (signature)

Caleb L. McGillvary

Encl.
cc: file