# EXHIBIT A



400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807

T: 908-722-0700
F: 908-722-0755

Direct Dial: 908-252-4228
Email: mrflood@norris-law.com

March 12, 2025

**<u>VIA FEDERAL EXPRESS</u>**
Caleb L. McGillvary, SBI #000102317G
New Jersey State Prison
600 Cass St.
Trenton, New Jersey 08608

      Re:    Caleb L. McGillvary v. Reiz, et al.
             Case No. 3:22-cv-6430-MAS-JBD

Dear Mr. McGillvary:

      This office represents Defendant, Rahmo Reiz in the above-referenced matter. Enclosed herewith, please find the transcript of your January 22, 2025 deposition taken at New Jersey State Prison. We have confirmed with the Court reporter that the audio recording of the deposition is not available as a deliverable. We were advised by the court reporter service that without video services, no audio is captured during the deposition that can be provided. As you know, we did not video tape the deposition, so we cannot obtain any audio, and therefore we cannot provide it to you.

      Thank you.

                      Very truly yours,

                      */s/ Margaret Raymond-Flood*

                      Margaret Raymond-Flood

Enclosure

