

**PHILIP D. MURPHY**
*Governor*

**TAHESHA L. WAY**
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET, PO BOX 112
TRENTON, NJ 08625-01122

**MATTHEW J. PLATKIN**
*Attorney General*

**MICHAEL C. WALTERS**
*Acting Director*

April 29, 2025

<u>**VIA CM/ECF**</u>
Hon. J. Brendan Day, U.S.M.J.
United States District Court
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Courtroom 7E
Trenton, NJ 08608

    **Re:**    **Caleb L. McGillvary v. Ronald Reiz, et al.**
               **Civil Action No. 3:22-cv-6430-MAS-JBD**

Dear Judge Day:

       I represent non-party New Jersey Department of Corrections ("NJDOC") in connection with a subpoena served on NJDOC by Plaintiff Caleb L. McGillvary.

       I am writing in accordance with the Court's February 6, 2025 Order (ECF No. 87) to advise the Court that today NJDOC served responses to Plaintiff's supplemental subpoena request for logbook entries consisting of 8 pages of documents (DOC.McGillvary.Logbook.001-008).

       Should the Court have any questions or concerns, do no hesitate to contact me.



Hon. J. Brendan Day, U.S.M.J.
April 29, 2025
Page 2

>Respectfully submitted,
>
>MATTHEW J. PLATKIN
>ATTORNEY GENERAL OF NEW JERSEY
>
>By:   /s/Michael B. McNeil
>         Michael B. McNeil
>         Deputy Attorney General

c.   Caleb L. McGillvary (via regular and certified mail)
     All counsel of record (via CM/ECF)