

400 Crossing Boulevard<br>
8th Floor<br>
P.O. Box 5933<br>
Bridgewater, NJ  08807<br><br>
T: 908-722-0700<br>
F: 908-722-0755<br>
Direct: 908-252-4228<br>
Email: mrflood@norris-law.com

May 16, 2025

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
Court Room: 7E
402 East State Street
Trenton, NJ 08608

   Re: Caleb L. McGillvary v. Rahmo Riez, et al.
     Case No. 3:22-6430 (MAS-JBD)

Dear Judge Day:

 This office represents Defendant Rahmo Reiz ("Defendant") in the above-referenced matter. We thank the Court for adjourning Plaintiff's motion for contempt (ECF No. 115), which was filed under seal. Now that the motion has been unsealed, we can confirm that the motion is not directed at our client, but was instead directed at non-party New Jersey Department of Corrections ("NJDOC"). We will therefore not be submitting a response on behalf of Defendant, and will instead defer to the response filed by the NJDOC.

 We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,<br><br>
<em>/s/ Margaret Raymond Flood</em><br><br>
Margaret Raymond-Flood

cc: Caleb McGillvary (via Regular Mail)