

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY

| MIKIE SHERRILL | DIVISION OF LAW | JENNIFER DAVENPORT |
|---|---|---|
| *Governor* | 25 MARKET STREET | *Attorney General* |
| | P.O. Box 112 | |
| DR. DALE G. CALDWELL | Trenton, NJ 08625-0112 | MICHAEL C. WALTERS |
| *Lt. Governor* | | *Director* |

May 4, 2026

**<u>VIA CM/ECF</u>**
Hon. J. Brendan Day, U.S.M.J.
United States District Court
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Courtroom 7E
Trenton, NJ 08608

   **Re: Caleb L. McGillvary v. Ronald Reiz, et al.**
      **Civil Action No. 3:22-cv-6430-MAS-JBD**

Dear Judge Day:

  The undersigned represents non-party New Jersey Department of Corrections ("DOC") in connection with several subpoenas and related motions filed by Plaintiff Caleb L. McGillvary in the above-referenced matter.

  This letter is submitted at the Court's request, *see* Order (ECF No. 174) dated April 29, 2026 at n.1, and pertains to Plaintiff's subpoena returnable December 23, 2024 ("Third Subpoena"), *see* Plaintiff's Letter (ECF No. 166) dated February 11, 2026 at Ex A. On December 23, 2024, DOC served Plaintiff with its objections and response to the Third Subpoena, along with its document production comprised of 45 pages of records (DOC.McGillvary.2SDT.001-045). A copy of DOC's response to the Third Subpoena (without enclosures) is enclosed as Exhibit A for the Court's convenience and review.

  Like the two subpoenas that were the subject of DOC's motion (ECF No. 156) to quash, the Third Subpoena sought records and information that were not relevant to his claims. For example, Plaintiff sought records pertaining to JPay correspondence, video surveillance, and body-worn camera footage generated between October 1, 2024 to November 30, 2024, well after the December 2021 dental procedures giving rise to the claims asserted in this action. Moreover, the requested video footage was objectionable on grounds of facility security.

  These objections were asserted by DOC in its response and Plaintiff never moved to compel or to enforce the Third Subpoena. Accordingly, DOC did not include the Third Subpoena in its





Hon. J. Brendan Day, U.S.M.J.
May 4, 2026
Page 2

motion to quash in the first instance. However, to the extent Plaintiff intends to enforce the objectionable requests going forward, then DOC respectfully requests that the Court quash the Third Subpoena for the same reasons set forth in the April 29, 2026 Order.

Thank you in advance for your time and consideration of this request. Should the Court have any questions or concerns, please contact me.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:    /s/Michael B. McNeil
       Michael B. McNeil
       Deputy Attorney General

encls.
c.     Caleb L. McGillvary (via regular and certified mail)
       All counsel of record (via CM/ECF)