

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4228
Email: mraymondflood@norris-law.com

May 15, 2026

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
Court Room: 7E
402 East State Street
Trenton, NJ 08608

> **Re:    Caleb L. McGillvary v. Rahmo Riez, et al.**
> **Case No. 3:22-6430 (MAS-JBD)**

Dear Judge Day:

This office represents Defendant Rahmo Reiz and dismissed Defendants Rutgers, the State University of New Jersey, Joel Bernhard and Samuel Lopez (collectively "Dismissed Defendants" and together with Defendant Reiz "Defendants") in connection with the above-referenced matter. We write pursuant to the Court's April 29, 2026, Memorandum Order (ECF No.173) to advise the Court and plaintiff, Caleb McGillvary ("Plaintiff") that our office is authorized to accept service of Plaintiff's forthcoming Supplemental Complaint on behalf of Dismissed Defendants Rutgers, Lopez and Bernhard. Insofar as it is acceptable to the Court, we do not oppose service being effectuated upon the filing of Plaintiff's Supplemental Complaint on the docket.[1]

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

*/s/ Margaret Raymond Flood*

Margaret Raymond-Flood

cc:    Caleb McGillvary (via Regular Mail)

---

[1] Pursuant to the Court's Memorandum Order, Defendants reserve the right to move—as may be appropriate—for dismissal of the forthcoming Supplemental Complaint pursuant to Fed. R. Civ. P. 12(b)(6). See ECF No. 173, pg. 28 n. 13.