

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4228
Email: mraymondflood@norris-law.com

May 19, 2026

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
Court Room: 7E
402 East State Street
Trenton, NJ 08608

> **Re:    Caleb L. McGillvary v. Rahmo Riez, et al.**
> **Case No. 3:22-6430 (MAS-JBD)**

Dear Judge Day:

This office represents Defendant Rahmo Reiz, Rutgers, the State University of New Jersey, Joel Bernhard, and Samuel Lopez (collectively "Defendants") in connection with the above-referenced matter. We write to respectfully request that Defendants' deadline to respond to Plaintiff Caleb McGillvary's ("Plaintiff") Supplemental Complaint be set for June 12, 2026.

By way of relevant procedural background, the Court granted Plaintiff leave to file a Supplemental Complaint by or before May 29, 2026 (ECF No. 173). Plaintiff filed his Supplemental Complaint on May 15, 2026, upon which service was effectuated on Defendants. See ECF Nos. 178 and 181. We respectfully submit that we need additional time to analyze Plaintiff's Supplemental Complaint—including both the sufficiency of the allegations raised therein and its compliance with the Court's April 29, 2026 Order[1]—and to review same with our client in order to assess and prepare an appropriate response.

We respectfully submit that this deadline request will not cause undue delay, in light of the Court's directive that the parties are to proceed with discovery on Plaintiff's new claims notwithstanding any response to the Supplemental Complaint. Thus, affording Defendants such time to respond will not delay this matter, which will proceed in the ordinary course.

Because Plaintiff is incarcerated, we are unable to obtain his consent to this request.

We thank Your Honor for the Court's time and attention to this matter.

---

[1] In its April 29, 2026 Order, the Court provided explicit instructions for what Plaintiff was permitted to include in his Supplemental Complaint and warned that any inclusions inconsistent with the Court's Order would be stricken. See ECF No. 173, pg. 39.

May 19, 2026
Page 2

Respectfully submitted,

/s/ *Margaret Raymond Flood*

Margaret Raymond-Flood

cc:    Caleb McGillvary (via Regular Mail)

**IT IS SO ORDERED** this 20th day of May, 2026.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE