#1222665/SBI#1023176
NJSP PO Box 861
TRENTON, NJ 08625

JUNE 15, 2026

HON. J. BRENDAN DAY, USMJ
US COURTHOUSE, OT RM 7E
402 E. STATE ST.
TRENTON, NJ 08608

RE: MCGILLVARY v. RIEZ ET. AL,
CIVIL ACTION NO. 3:22-CV-06430-MAS-JBD

DEAR JUDGE DAY,

I'M WRITING TO ASK YOU TO PLEASE EXTEND THE TIME FOR ME TO RESPOND TO ECF 191, 192, & 193; & ANY OTHER MOTIONS OR DEADLINES FOR 60 DAYS PURSUANT TO FED. R. CIV. P. 6(b). PLEASE ACCEPT THIS LETTER AS MY NOTICE, MOTION, & ORDER ALL ROLLED INTO ONE, & SO ORDER IT. MY GROUNDS FOR THIS REQUEST ARE THAT THE NJ STATE PRISON CUSTODY STAFF HAVE SEIZED THE HARD DRIVES FROM THE LAW LIBRARY ON JUNE 3, 2026; & EVER SINCE THEN, I HAVE BEEN UNABLE TO PRINT CASES FOR LEGAL RESEARCH NOR LEGAL DOCUMENTS FOR FILING. THANK YOU, YOUR HONOR.

RESPECTFULLY SUBMITTED,

CALEB L. MCGILLVARY