CALEB L. MCGILLVARY
#1222665/SBI #1023176
NJSP PO BOX 861
TRENTON, NJ 08625

RECEIVED

JUN 29 2026

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

JUNE 24, 2026

HON J. BRENDAN DAY, USMJ
402 E. STATE ST.
TRENTON, NJ 08625
        RE: MCGILLVARY v. RIEZ
        CIVIL ACTION NO. 3:22-CV-06430-MAS-JBD
DEAR JUDGE DAY
        PLEASE ACCEPT THIS LETTER IN REPLY TO ECF 194, & MY APOLOGIES FOR THE HAND-SCRAWLED PRINT, AS THE LAW LIBRARY PRINTER IS STILL BROKEN.
        THE DEFENDANTS DO NOT DISPUTE THAT THE STATUTES & LAWS WERE "GENERALLY KNOWN IN THE RELEVANT JURISDICTION." SEE F.R.E. 201. THIS IS IMPORTANT, BECAUSE IN RESPONSE TO MY REQUESTS FOR ADMISSIONS REGARDING KNOWLEDGE OF THESE STATUTES & LAWS, DEFENDANT CLAIMED IGNORANCE, BECAUSE HE CLAIMS QUALIFIED IMMUNITY, HIS KNOW-LEDGE OF WHETHER CERTAIN ACTIONS WERE PROHIBITED BY LAW IS RELEVANT TO A CLAIM OR DEFENSE. SO BY CONCEDING THAT THE LAWS WERE GENERALLY

1/2

KNOWN, DEFENDANT HAS ADMITTED TO KNOWLEDGE OF THESE STATUTES & LAWS.

SO THE INSTANT MOTION REQUESTS JUDICIAL NOTICE THAT THE FACTS OF THESE STATUTES & LAWS SAYING WHAT THEY SAY WERE GENERALLY KNOWN IN THE RELEVANT JURISDICTION, AND SINCE THIS ISN'T OPPOSED, PLAINTIFF RESPECTFULLY URGES THE COURT TO GRANT THIS REQUEST.

AS FOR DEFENDANT'S REQUEST FOR A GATE-KEEPER ORDER, IT IS ABUSIVE & HARASSIVE OF DEFENDANT TO TRY STYMYING MOTION PRACTICE WHICH DEFENDANT HAS MADE NECESSARY. TAKE FOR INSTANCE THE INSTANT MOTION, WHICH RESULTED FROM DEFENDANT'S REFUSAL TO ADMIT THE LAW SAYS WHAT IT SAYS. IF ANYTHING, THE COURT SHOULD SANCTION DEFENDANT & HIS COUNSEL FOR REPEATEDLY LYING TO THE COURT THAT "X-RAYS AREN'T KEPT IN THE NORMAL COURSE".

CONCLUSION.

PLAINTIFF'S REQUEST IS UNOPPOSED & SHOULD BE GRANTED FOR THE FOREGOING REASONS.

RESPECTFULLY SUBMITTED

CALEB L. MCGILLVARY
3RD & FEDERAL STS TRENTON, NJ 08625

2/2

RECEIVED

JUN 29 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

CALEB L. MCGILLVARY
#1222665/SBI# 102317G
NJSP PO BOX 861
TRENTON, NJ 08625

JUNE 24, 2026

CLERK
US DIST. CT. - DNJ
402 E. STATE ST.
TRENTON, NJ 08625

     RE: MCGILLVARY v. RIETZ
     CIVIL ACTION NO. 3:22-CV-06430-MAS-JBD
     HON. MICHAEL A. SHIPP, USDJ
     HON. J. BRENDAN DAY, USMJ

DEAR CLERK:

     PLEASE FIND ENCLOSED & FILE ONTO THE DOCKET MY REPLY TO ECF 194; & PROOF OF SERVICE THEREOF; IN THE ABOVE-CAPTIONED MATTER. THANK YOU.

          RESPECTFULLY SUBMITTED,

          CALEB L. MCGILLVARY

PROOF OF SERVICE

I, CALEB L. MCGILLVARY, DECLARE PURSUANT TO 28 USC 1746 THAT ON JUNE 24, 2026, I PLACED INTO THE INSTITUTIONAL MAILING SYSTEM AT NJ STATE PRISON WITH FIRST CLASS POSTAGE PREPAID TO BE SENT VIA US MAIL TO THE CLERK, USDC-DNJ AT 402 E. STATE ST. TRENTON, NJ 08625 THE ORIGINAL OF MY REPLY TO ECF 194. PURSUANT TO DNJ L. CIV. R. 5.2.2. 5.2.1(d), + 5.2.14(b)(1), I HAVE RELIED ON THE CLERK'S NOTICE OF ELECTRONIC FILING TO SERVE SAID DOCUMENTS ON ALL CAPTIONED DEFENDANTS. I HEREBY INVOKE THE PRISON MAILBOX RULE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE & ACCURATE. EXECUTED THIS 24TH DAY OF JUNE, 2026

BY: _____

CALEB L. MCGILLVARY
AT: 3RD & FEDERAL STS.
TRENTON, NJ 08625

CERTIFIED MAIL

Case 3:22-cv-06430-MAS-JBD    Document 197    Filed 06/29/26    Page 5 of 5 PageID: 3307

US POSTAGE
$010.44⁰
First-Class - IMI
ZIP 08625
06/25/2026
036B 0011837735

C MCGILLVARY
#1222665/SBI#1023174
NJSP PO BOX 861
TRENTON, NJ
08625

7022 2410 0003 3323 6976

RECEIVED

JUN 29 2026

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

CLERK
US DIST. CT. - DNJ
402 E. STATE ST.
TRENTON, NJ
08608

08608-150799

This item has been mailed from a NJDOC Correctional Facil.

LEGAL MAIL