Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

                                              July 14, 2026

Clerk, US Dist. Ct. - DNJ
US Courthouse
402 E. State St.
Trenton, NJ 08608

        RE: Caleb L. McGIllvary v. Rahmo Reiz
        Civil Action No. 3:22-cv-06430-MAS-JBD
        Hon. Michael A. Shipp, U.S.D.J.
        Hon. J. Brendan Day, U.S.M.J.

Dear Clerk;

        Please find enclosed and file onto the docket the original

of my reply to Defendants' motion to dismiss, my opposition to

Defendants' opposition to my reply to the magistrate's order, and

my reply to the NJDOC's opposition to the magistrate's order; and

proof of service thereof; in the above-captioned matter.

                                        Kind Regards,

                                        Caleb L. McGillvary
                                        In Propria Persona

ENCL:
CC:   FILE

RECEIVED

JUL 2 0 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original of my reply to Defendants' motion to dismiss, my opposition to Defendants' opposition to my reply to the magistrate's order, and my reply to the NJDOC's opposition to the magistrate's order; to the Clerk of the USDC-DNJ at 402 E. State St. Trenton, NJ 08608 for filing; and a copy of said document to counsel for NJ Department of Corrections, Michael B. McNeil at PO Box 112, 25 Market St. Trenton, NJ 08625-0112.

Pursuant to the prison mailbox rule, these documents are constructively filed as of the date of mailing. Pursuant to DNJ Local Civil Rules, upon said filing the Clerk files Plaintiff's document into the CM/ECF system. See DNJ L.Civ.R. 5.2.2 ("All civil ... cases and documents filed in this Court, will be entered into the Court's ECF System in accordance with these Procedures."). Upon entry of a document in CM/ECF, notice of electronic filing thereof ("NEF"); is automatically thereby sent to all CM/ECF-participating parties. See DNJ L.Civ.R. 5.2.1(d) ("NEF is a notice automatically generated by the Electronic Filing System at the time a document is filed with the system..."). This NEF constitutes service upon all such parties. See DNJ L.Civ.R. 5.2.14(b)(1) ("Transmission of the NEF constitutes service of the filed document on Filing Users"). Therefore, pursuant to this Court's Local Civil Rules, on today's date I have also served a copy of each said document on all appearing captioned Defendants and non-parties, who are represented by CM/ECF-user Counsel.

I hereby invoke the prison mailbox rule.

I declare under penalty of perjury that the foregoing statements made by me are true and accurate.

Executed this 14ᵗʰ Day of _____July_____, 20_26_

_____
Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861