Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

RECEIVED        July 17, 2026

Clerk, US Dist. Ct. - DNJ
US Courthouse
402 E. State St.
Trenton, NJ 08608

JUL 23 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

RE: Caleb L. McGIllvary v. Rahmo Reiz
    Civil Action No. 3:22-cv-06430-MAS-JBD
    Hon. Michael A. Shipp, U.S.D.J.
    Hon. J. Brendan Day, U.S.M.J.

Dear Clerk;

Please find enclosed and file onto the docket the certification of service of my First Set of Requests for Admissions to Samual Lopez and my First Set of Requests for Admissions to Joel Bernhard in the above-captioned matter.

Kind Regards,

Caleb L. McGillvary
In Propria Persona

ENCL:
CC: FILE

CERTIFICATE OF SERVICE

I declare pursuant to 28 U.S.C. 1746 that a true and correct copy of the attached Requests for Admissions, together with all attachments and exhibits, was sent by first-class U.S. mail in a properly addressed envelope with first class postage duly paid on ___Jury 17, 2026___ to the attorneys of record for all of the parties in this action at the addresses listed below:

1. Margaret Raymond Flood
Attorney All captioned Defendants
400 Crossing Blvd., 8th Floor
Bridgewater, NJ 08807-5933

I declare under penalty of perjury that the foregoing statements are true and accurate

Dated: ___7/17/26___

_____
Caleb L. McGillvary, Pro Se

5

CERTIFICATE OF SERVICE

I declare pursuant to 28 U.S.C. 1746 that a true and correct copy of the attached Requests for Admissions, together with all attachments and exhibits, was sent by first-class U.S. mail in a properly addressed envelope with first class postage duly paid on ___July 17, 2026___ to the attorneys of record for all of the parties in this action at the addresses listed below:

1. Margaret Raymond Flood
Attorney All captioned Defendants
400 Crossing Blvd., 8th Floor
Bridgewater, NJ 08807-5933

I declare under penalty of perjury that the foregoing statements are true and accurate

Dated: ___7/17/26___

_____
Caleb L. McGillvary, Pro Se

5



C MCGNLLVNRY
#1222665/SBI#1023124
NJSP Po Box 861
TRENTON, NJ
08625

This item has been
mailed from a NJDOC
Correctional Facility

TRENTON NJ 085
20 JUL 2026 PM 4 L

US POSTAGE
$000.78⁰
First-Class - IMI
ZIP 08625
07/20/2026
036B 0011837735

CLERK
US DIST. CT. - DNJ
402 E. STATE ST.
TRENTON, NJ
08608

08608-150799

RECEIVED
JUL 23 2026
_____M
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

LEGAL MAIL