CERTIFIED MAIL

C MCGILLVARY
#1222665/SBI #1023176
NJSP PO BOX 861
TRENTON, NJ
08625

7022 2410 0003 3323 2589

TRENTON NJ 085
8 OCT 2026 PM 6

FP US POSTAGE $010.98º
First-Class - IMI
ZIP 08625
10/08/2026
036B 0011837735

X-RAYED

RECEIVED
OCT 13 2026
AT 8:30____________M
CLERK, U.S. DISTRICT COURT - DNJ

CLERK
USDC - DNJ
402 E. STATE ST.
TRENTON, NJ
08608

08608-150799

LEGAL MAIL

CALEB L. MCGILLVARY
#1222665/SBI #102317G NJSP
PO BOX 861 TRENTON, NJ 08625

OCTOBER 7, 2026

CLERK, USDC-DNJ
402 E. STATE ST.
TRENTON, NJ 08625

RE: MCGILLVARY V. RUIZ
CIVIL ACTION NO. 3:22-CV-6430
HON. MICHAEL A. SHIPP, USDJ
HON. J. BRENDAN DAY, USMJ

DEAR CLERK:

PLEASE FILE THE ENCLOSED LETTER MOTION TO RECONSIDER JUDGE SHIPP'S 9/24/26 ORDER, & PROOF OF SERVICE THEREOF ONTO THE DOCKET IN THE ABOVE-CAPTIONED MATTER.

THANK YOU,

CALEB L. MCGILLVARY

ENCL:

CC: FILE

RECEIVED
OCT 13 2026
AT 8:30____________M
CLERK, U.S. DISTRICT COURT - DNJ

CALEB L. MCGILLVARY
#1222665/SBI#102317G NJSP
PO BOX 861 TRENTON, NJ 08625

OCTOBER 7, 2026

HON. MICHAEL SHIPP, USDJ
USDC - DNJ 402 E. STATE ST.
TRENTON, NJ 08608

RE: MCGILLVARY V. RIEZ ET AL.
CIVIL ACTION NO. 3:22-CV-6430

DEAR JUDGE SHIPP;

IN COMPLIANCE WITH JUDGE DAY'S INSTRUCTION FOR MOTIONS IN THIS CASE TO BE BY LETTER, PLEASE ACCEPT THIS MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 24, 2026 IN THIS MATTER PURSUANT TO DNJ L. CIV. R. 7.1 (i)

THE COURT'S ORDER DOESN'T ADDRESS THE MEDICAL MALPRACTICE CLAIM AGAINST LOPEZ & BERNHARD PREMISED ON THE SAME FACTS AS THE 8TH AMENDMENT CLAIM AGAINST RIEZ. THIS IS ARGUABLY THE MOST IMPORTANT CLAIM AT ISSUE IN THE MAGISTRATE'S APRIL 29, 2026 ORDER. THE 9/24/26 ORDER DOESN'T TOUCH THIS CLAIM AT ALL, & THE MAGISTRATE'S ORDER WHICH PLAINTIFF APPEALS FROM DID NOT ADDRESS THE PREJUDICE AGAINST PLAINTIFF RESULTING FROM THE DENIAL OF LEAVE TO AMEND THIS CLAIM; NOR

PLAINTIFF'S ARGUMENTS THAT THE DELAY WAS SOLELY ATTRIBUTABLE TO DEFENDANT. ADDITIONALLY, THIS COURT HAS ALREADY HELD THAT THE FACTS UNDERLYING THE 8TH AMENDMENT CLAIM AGAINST RIEZ COULD ALSO SUBSTANTIATE A MALPRACTICE CLAIM, SO THIS CLAIM IS BY NO MEANS FUTILE.

PLAINTIFF IS PERPLEXED WHY THIS MEDICAL MALPRACTICE CLAIM AGAINST SAMUAL LOPEZ & JOEL BERNHARD, WHICH THIS COURT HAS ALREADY HELD WAS MERITORIOUS & HAD PROPERLY ALLEGED FACTS TO SUPPORT IT, WAS OVERLOOKED BY THE COURT IN ITS 9/24/26 ORDER. IT WOULD CAUSE PLAINTIFF EXTREME PREJUDICE & RESULT IN A MANIFEST INJUSTICE, TO BE DEPRIVED OF HIS DAY IN COURT TO VINDICATE HIMSELF AGAINST LOPEZ & BERNHARD FOR MEDICAL MALPRACTICE, WHEN THIS CLAIM IS MERITORIOUS & SUPPORTED BY PROPERLY ALLEGED FACTS WHICH DISCOVERY HAS CORROBORATED.

FOR ALL THE FOREGOING REASONS, PLAINTIFF REQUESTS THE COURT RECONSIDER ITS 9/24/26 ORDER & ALLOW THE MEDICAL MALPRACTICE CLAIMS AGAINST LOPEZ & BERNHARD PREMISED ON THE SAME FACTS AS THE 8TH AMENDMENT CLAIM AGAINST RIEZ, & FOR UNDUE DELAY IN DENTAL TREATMENT, TO PROCEED.

DATE: 10/7/26

RESPECTFULLY SUBMITTED,

[signature]

CALEB L. MCGILLVARY

# PROOF OF SERVICE

I, CALEB L. MCGILLVARY, DECLARE PURSUANT TO 28 U.S.C 1746 THAT ON 10/7/26 I PLACED MY LETTER MOTION FOR RECONSIDERATION IN THE INSTITUTIONAL MAILING SYSTEM AT NJ STATE PRISON WHERE I'M INCARCERATED WITH FIRST CLASS POSTAGE PREPAID TO BE SENT VIA USPS MAIL TO THE CLERK OF USDC - DNJ AT 402 E. STATE ST. TRENTON, NJ 08608; & HAVE THEREBY CAUSED A COPY TO BE SERVED UPON DEFENDANTS VIA NEF. BY ACTION OF DNJ L. CIV. R. 5.2.1(d), 5.2.2, & 5.2.14(b)(1). I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE & ACCURATE. EXECUTED THIS 7TH DAY OF OCTOBER, 2026.

BY: [signature]

CALEB L. MCGILLVARY
AT: NJ STATE PRISON
3RD & FEDERAL STS.
TRENTON, NJ
08625-0861