**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**
**MAGISTRATE JUDGE: DAY**
**COURT REPORTER: DIGITALLY RECORDED**

**OCTOBER 15, 2026**
**DATE OF PROCEEDINGS**

**TITLE OF CASE:**
CALEB L. MCGILLVARY,
V.
RONALD RIEZ et al

**DOCKET # 3:22-CV-6430 (MAS)(JBD)**

**APPEARANCES:**
Caleb L. McGillvary, prose Plaintiff
Margaret Raymond-Flood, Esq. for Defendants
Matthew Wells, Esq. for Defendants

**NATURE OF PROCEEDING:** STATUS CONFERENCE
Status conference held.
Text Order to be entered.

TIME COMMENCED: 10:03 a.m.
TIME ADJOURNED: 10:40 a.m.
TOTAL TIME: 37 MINUTES

s/ Christopher Yoos
Deputy Clerk