UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CALEB L. MCGILLVARY,

Plaintiff,

v.

RONALD RIEZ, *et al.*,

Defendants.

Civ. No. 22-6430 (MAS)(JBD)

ORDER

The Court having held a telephone status conference on October 15, 2026 (the "October 15 Conference") in the above-captioned action, during which the Court addressed, among other things, (1) plaintiff's motion to dismiss defendants' counterclaim and to strike certain of defendants' affirmative defenses [Dkt. 207]; (2) defendants' letter dated September 15, 2026 [Dkt. 209] raising asserted deficiencies in plaintiff's discovery responses; and (3) plaintiff's letter dated September 29, 2026 and filed October 2, 2026 [Dkt. 212] responding to defendants' dispute letter and raising asserted deficiencies in defendants' discovery responses; and for the reasons set forth on the record during that conference, and for good cause shown,

**IT IS** on this **22nd** day of **October**, **2026**,

**ORDERED** that the Clerk shall administratively terminate plaintiff's motion to dismiss defendants' counterclaim and to strike certain of defendants' affirmative defenses [Dkt. 207] pending further proceedings. The Court will reactivate the motion, if appropriate, in due course; and it is further

**ORDERED** that, in light of plaintiff's representation and agreement on the record during the October 15 Conference that he is not presently relying on any specific document or testimony in support of his claims for fraudulent concealment and negligence and that he is instead relying on circumstantial evidence, the deficiencies in plaintiff's discovery responses identified by defendants in their in their September 15, 2026 letter [Dkt. 209] are resolved; and it is further

**ORDERED** that the Court will hold a telephone status conference on **December 16, 2026** at **10:00 a.m.** regarding the status of discovery, the pretrial schedule, and any other issues ripe for discussion with the Court. Counsel for defendants shall initiate the call. Once all parties are on the line, counsel shall conference in Judge Day's Chambers by dialing 1-856-210-8988, Meeting ID: 85710920#; and it is further

**ORDERED** that, in advance of the telephone status conference, the parties shall meet and confer in writing in a good-faith attempt to resolve, or at least narrow, the discovery disputes raised in plaintiff's September 29, 2026 letter [Dkt. 212]. As discussed during the October 15 Conference, the parties shall attempt to identify an avenue through which defendants can produce reasonably obtainable materials responsive to the six main categories of information identified by plaintiff during the conference without imposing an undue burden or cost on defendants. No later than **November 23, 2026**, the parties each shall file letters via CM/ECF that either (i) confirm that the discovery disputes have been resolved; or (ii) identify any remaining disputes that have not been resolved and provide their positions regarding the same.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE