RECEIVED

OCT 30 2026

AT 8:30__________M
CLERK, U.S. DISTRICT COURT - DNJ

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

October 21, 2026

Clerk, US Dist. Ct. - DNJ
US Courthouse
402 E. State St.
Trenton, NJ 08608

RE: Caleb L. McGIllvary v. Rahmo Reiz
Civil Action No. 3:22-cv-06430-MAS-JBD
Hon. Michael A. Shipp, U.S.D.J.
Hon. J. Brendan Day, U.S.M.J.

Dear Clerk;

Please find enclosed and file onto the docket the original of the following documents:

1.) My letter to the Court;

2.) Proof of service thereof;

3.) Proof of service of my supplemental reponse to Defendants' Second set of Interrogatories, pursuant to Judge Day's October 15, 2026 order;

in the above-captioned matter.

Kind Regards,

Caleb L. McGillvary
In Propria Persona

ENCL:
CC: FILE

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original of the following documents:

1.) My letter to the Court;

in the above-captioned matter; to the Clerk of the District Court at USDC-DNJ US Courthouse 402 E. State St. Trenton, NJ 08608. Pursuant to the prison mailbox rule, these documents are constructively filed as of the date of mailing. Pursuant to DNJ Local Civil Rules, upon said filing the Clerk files Plaintiff's document into the CM/ECF system. See DNJ L.Civ.R. 5.2.2 ("All civil ... cases and documents filed in this Court, will be entered into the Court's ECF System in accordance with these Procedures."). Upon entry of a document in CM/ECF, notice of electronic filing thereof ("NEF"); is automatically thereby sent to all CM/ECF-participating parties. See DNJ L.Civ.R. 5.2.1(d)("NEF is a notice automatically generated by the Electronic Filing System at the time a document is filed with the system..."). This NEF constitutes service upon all such parties. See DNJ L.Civ.R. 5.2.14(b)(1)("Transmission of the NEF constitutes service of the filed document on Filing Users"). Therefore, pursuant to this Court's Local Civil Rules, on today's date I have also served a copy of each said document on all appearing captioned Defendants and non-parties, who are represented by CM/ECF-user Counsel.

As far as I'm aware, no other defendants have yet appeared, and when they do, they will be represented by the counsel for Defendants currently of record.

I hereby invoke the prison mailbox rule.

I declare under penalty of perjury that the foregoing statements made by me are true and accurate.

Executed this 21 Day of OCTOBER, 2026

[signature]

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

CERTIFICATE OF SERVICE

I declare pursuant to 28 U.S.C. 1746 that a true and correct copy of the attached Interrogatories, together with all attachments and exhibits, was sent by first-class U.S. mail in a properly addressed envelope with first class postage duly paid on 10/21/26 to the attorneys of record for all of the parties in this action at the addresses listed below:

1. Margaret Raymond Flood
Attorney for All Captioned Defendants
400 Crossing Blvd., 8th Floor
Bridgewater, NJ 08807-5933

I declare under penalty of perjury that the foregoing statements are true and accurate

Dated: 10/21/26

Caleb L. McGillvary, Pro Se

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

October 21, 2026

Hon. J. Brendan Day, U.S.M.J.
US Dist. Ct. - DNJ
US Courthouse, Ct. Rm. 7E
402 E. State St.
Trenton, NJ 08608

RE: Caleb L. McGillvary v. Rahmo Reiz
Civil Action No. 3:22-cv-06430-MAS-JBD
Hon. Michael A. Shipp, U.S.D.J.
Hon. J. Brendan Day, U.S.M.J.

Dear Judge Day;

I'm writing in regards to the recent hearing, in which I was interrupted by the custody staff at NJDOC and ordered to hang up the phone without being afforded an opportunity to provide oral argument rebutting Defendants' arguments concerning my Rule 37 letter motion, nor to fully convey my need for an order to them compelling their production of responses to my requests. In the leadup to this hearing, the prison had refused to provide toner for the only printer for over a month, rendering the inmates without the ability to print. I nonetheless wrote out my documents by hand using a floppy pen on looseleaf paper.

This is not the first time NJDOC has caused disruptions to my hearings in this matter. May the Court please remember the telephone hearing for the subpoenas concerning badge cams and surveillance depicting sexual harassment against myself by NJDOC officers as I was trying to access the law library for this case: the NJDOC, in retaliation for those subpoenas, scheduled the call

in a computer lab so that I'd have to recount the sexual harassment in front of dozens of other inmates, some of whom are in here for sex crimes.

This should be taken in context of the NJDOC also withholding legal mail, opening it outside my presence, and returning it to sender. The disruptions to this case by the NJDOC has become a pattern that I feel the Court needs to address. I therefore ask the Court to issue a show cause order to the NJDOC, why an injunction should not issue to enjoin them from further disruptions of hearings or legal mail in this case.

Respectfully Submitted,

Dated: 10/21/26

By: [signature]

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

CERTIFIED MAIL

C MCGILLVARY
#1222665/SBI#1023676
NJSP PO BOX 861
TRENTON, NJ
08625

7022 2410 0003 3327 1502

TRENTON NJ 085
28 OCT 2026 PM 6 L

US POSTAGE
$011.27⁰
First-Class - IMI
ZIP 08625
10/27/2026
036B 0011837735

CLERK
USDC-DNJ
402 E. STATE ST.
TRENTON, NJ
08608

RECEIVED
OCT 30 2026
AT 8:30 M
CLERK, U.S. DISTRICT COURT - DNJ

08608-150799

LEGAL MAIL