RECEIVED

NOV 12 2026

AT 8:30________M
CLERK, U.S. DISTRICT COURT - DNJ

CALEB L. MCGILLVARY
#1222665/SBI#102317G NJSP
PO BOX 861 TRENTON, NJ 08625

NOVEMBER 5, 2026

HON. MICHAEL A. SHIPP, USDJ
US DIST. CT. -DNJ
402 E. STATE ST. TRENTON, NJ 08608

RE: MCGILLVARY V. RAEZ
CIVIL ACTION NO. 3:22-CV-06430

DEAR JUDGE SHIPP:

PLEASE ACCEPT THIS LETTER IN LIEU OF A MORE FORMAL REPLY TO DEFENDANTS' OPPOSITION TO MY MOTION FOR RECONSIDERATION ECF 213.

DEFENDANTS HAVE NOT ADDRESSED WHAT THIS MOTION IS REALLY ABOUT: THE MEDICAL MALPRACTICE CLAIM CONCERNING THE INJURIES THEMSELVES. NOT THE DELAY IN TREATMENT, ALTHOUGH IT WOULD BE MANIFEST INJUSTICE NOT TO ALLOW IT. NOT THE DESTRUCTION OF X-RAYS, AS THAT'S ALREADY COVERED BY NEGLIGENCE & FRAUDULENT CONCEALMENT, BUT RATHER THE FACT THAT SAMUAL LOPEZ & JOEL BERNHARD ALLOWED A DENTAL HYGIENIST UNDER THEIR SUPERVISION TO PERFORM A DENTAL FILLING UPON A PATIENT IN THEIR CARE, RESULTING IN INJURY. BETWEEN THE COURT'S NOVEMBER 2023 OPINION ON THAT CLAIM AS TO LOPEZ & BERNHARD & THE PRESENT DAY, DISCOVERY HAS ESTABLISHED THEIR

MALPRACTICE IN THIS REGARD. THE DELAY, WHICH IS ATTRIBUTABLE TO DEFENDANTS' DILATORY TACTICS & NOT PLAINTIFF, CANNOT OUTWEIGH THE PREJUDICE TO PLAINTIFF OCCASIONED BY THIS CLAIM HAVING BEEN OVERLOOKED BY THE COURT. LOPEZ & BERNHARD SHOULD HAVE TO SHOULDER THE BURDEN FOR THEIR MALPRACTICE THROUGH THEIR MALPRACTICE INSURANCE, INSTEAD OF SHIRKING IT ONTO THE TAXPAYER BY DISMISSING THIS VIABLE CLAIM AGAINST THEM.

AS DEFENDANTS ADMIT, NO AFFIDAVIT OF MERIT IS NECESSARY. NO ADDITIONAL DISCOVERY THAN WHAT'S BEEN TAKEN ON THE 8TH AMENDMENT CLAIM IS NECESSARY, TO PRESENT THE JURY WITH AN INSTRUCTION ON MALPRACTICE. IT WOULD SERVE THE PUBLIC INTEREST AS A DETERRENT TO DENTISTS WHO DELEGATE SURGERY TO HYGIENISTS. AND IF PLAINTIFF ISN'T ALLOWED TO INSTRUCT THE JURY ON LOPEZ & BERNHARD'S CULPABILITY <u>FOR THE INJURY ITSELF</u>, IT WOULD PRODUCE AN UNJUST RESULT: A MANIFEST INJUSTICE.

FOR THE FOREGOING REASONS, I RESPECTFULLY ASK THE COURT TO RECONSIDER & ALLOW ME TO INSTRUCT THE JURY AS TO LOPEZ & BERNHARD'S MALPRACTICE IN ALLOWING RIEZ TO PERFORM SURGERY & THEREBY INJURE ME.

RESPECTFULLY SUBMITTED,

[signature]

CALEB L. MCGILLVARY

RECEIVED
NOV 12 2026
AT 8:30 ______ M
CLERK, U.S. DISTRICT COURT - DNJ

CALEB MCGILLVARY
#1222665/SBI#102317G NJSP
PO BOX 861 TRENTON, NJ 08625

NOVEMBER 5, 2026

CLERK, USDC-DNJ
402 E. STATE ST.
TRENTON, NJ 08608

RE: MCGILLVARY V. RIEZ ET. AL.
CIVIL ACTION NO. 3:22-CV-06430-MAS-JBD
HON. MICHAEL A. SHIPP, USDJ
HON. J. BRENDAN DAY, USMJ

DEAR CLERK;

PLEASE FIND ENCLOSED & FILE ONTO THE DOCKET MY REPLY IN FURTHER SUPPORT OF ECF 213 & PROOF OF SERVICE THEREOF, IN THE ABOVE-CAPTIONED MATTER.

THANK YOU,
[signature]
CALEB MCGILLVARY

ENC:
CC: FILE.

# PROOF OF SERVICE

PURSUANT TO 28 USC 1734, I, CALEB L MCGILLVARY DECLARE THAT ON NOVEMBER 5, 2026 I PLACED THE ORIGINAL OF MY REPLY IN FURTHER SUPPORT OF ECF 213 IN THE INSTITUTIONAL MAILING SYSTEM WHERE I'M INCARCERATED AT NJ STATE PRISON WITH FIRST CLASS POSTAGE PREPAID TO BE SENT VIA US MAIL TO THE CLERK OF THE USDC-DNJ AT 402 E. STATE ST. TRENTON, NJ 08608. I HAVE RELIED ON THE CLERK'S NOTICE OF ELECTRONIC FILING TO EFFECT SERVICE OF THIS DOCUMENT ON ALL PARTIES TO THIS ACTION PURSUANT TO DNJ LOCAL CIVIL RULES.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE & ACCURATE. EXECUTED THIS 5TH DAY OF NOVEMBER, 2026.

BY: [signature]

CALEB L. MCGILLVARY
AT: NJSP 3RD & FEDERAL STS.
TRENTON, NJ 08625-0861

CERTIFIED MAIL

C MCGILLVARY
#1222665/SBI#1023176
NJSP Po Box 861
TRENTON, NJ
08625

7022 2410 0003 3323 0219

TRENTON NJ 086
NOV 2026

FP US POSTAGE
$010.98º
First-Class - IMI
ZIP 08625
11/09/2026
036B 0011837735

RECEIVED
NOV 12 2026
AT 8:30 M
CLERK, U.S. DISTRICT COURT - DNJ

CLERK
U.S. DIST. CT. - D.N.J.
402 E. STATE ST.
TRENTON, NJ
08608

This item has been mailed from a NJDOC Correctional Facility

08608-150705

LEGAL MAIL

LEGAL MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE