NORRIS McLAUGHLIN | P.A.
ATTORNEYS AT LAW

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807

T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4228
Email: mraymondflood@norris-law.com

November 18, 2026

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
Court Room: 7E
402 East State Street
Trenton, NJ 08608

**Re: Caleb L. McGillvary v. Rahmo Reiz, et al.**
**Case No. 3:22-6430 (MAS-JBD)**

Dear Judge Day:

This office represents Defendants Rahmo Reiz, Rutgers, the State University of New Jersey, Joel Bernhard, and Samuel Lopez (collectively, "Defendants") in the above-referenced matter. We write to respectfully request a 21-day extension, to December 14, 2026, of the parties' November 23, 2026 deadline to submit a letter advising the Court of any outstanding discovery disputes, which would be two days prior to the scheduled conference on December 16, 2026. We defer to the Court on whether to keep that conference as scheduled, if the Court grants the within request for additional time.

At the October 15, 2026 conference, the Court directed the parties to work together to try to resolve their discovery disputes. Before that conference, on September 30, 2026, our office served Plaintiff with a response to his deficiency letter setting forth Defendants' position on each of the purported deficiencies. Plaintiff did not reply until yesterday, November 17, 2026, when we received a 22-page letter from Plaintiff that largely revisits the issues raised in his prior letter and raises a number of new ones.

Before Defendants can meaningfully advise the Court of the outstanding disputes, our office needs time to review Plaintiff's lengthy letter, confer with our clients, and prepare and serve a written response, and Plaintiff, in turn, needs time to receive and respond to it. We do not believe that process can reasonably be completed by the current November 23, 2026 deadline, particularly since we must send our response to Plaintiff by mail as Plaintiff has refused to speak to us by phone and Your Honor ordered that all communications be in writing.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Margaret Raymond Flood*
Margaret Raymond-Flood

cc: Caleb McGillvary (via Regular Mail)